UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Microsoft Corporation, a Washington State Corporation and Health-ISAC, Inc., a Florida non-profit organization,<br><br>   Plaintiffs,<br><br>v.<br><br>Joshua Ogundipe,<br><br>and<br><br>John Does 1-4, Controlling A Computer Network and Thereby Injuring Plaintiffs and Their Customers,<br><br>   Defendants. | Civil Action No. 25-cv-07111 |

### ORDER UNSEALING CASE

On August 27, 2025, the Court issued an Order Granting Leave to Temporarily File the Case Under Seal and a Temporary Restraining Order ("TRO") enjoining Joshua Ogundipe and John Does 1-4 (collectively "RaccoonO365 Defendants"). Subsequently, on September 9, 2025, the Court modified the TRO to provide that this case would remain under seal until September 15, 2025. Plaintiffs have now informed the Court that the TRO has been effectuated and, accordingly, sealing of this case is no longer necessary.

**IT IS THEREFORE ORDERED** that this case shall immediately be unsealed and all materials previously filed under seal shall be made available for public access on the public docket.

  **SO ORDERED.**

Dated: September 16, 2025
   New York, New York

              _____
              HONORABLE JED S. RAKOFF
              UNITED STATES DISTRICT JUDGE