### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

Microsoft Corporation, a Washington State
Corporation and Health-ISAC, Inc., a Florida
non-profit organization,

                    Plaintiffs,

v.

Joshua Ogundipe,

and

John Does 1-4, Controlling A Computer
Network and Thereby Injuring Plaintiffs and
Their Customers,

Defendants.

Civil Action No. 25-CV-7111 (JSR)

**FILED UNDER SEAL PURSUANT TO
LOCAL RULE 5**

---

## [PROPOSED] *EX PARTE* TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Plaintiffs Microsoft Corporation ("Microsoft") and Health-ISAC, Inc. ("Health-ISAC")
have filed a complaint for injunctive and other relief pursuant to: (1) the Computer Fraud and
Abuse Act, 18 U.S.C. § 1030; (2) the Racketeer Influenced and Corrupt Organizations Act, 18
U.S.C. § 1962; (3) Conspiracy to Violate the Racketeer Influenced and Corrupt Organizations Act,
18 U.S.C. § 1962(d); (4) the Electronic Communications Privacy Act, 18 U.S.C. § 2701; (5) False
Designation of Origin under the Lanham Act, 15 U.S.C. § 1125(a); (6) Trademark Infringement
under the Lanham Act, 15 U.S.C. § 1114 et seq.; (7) Trademark Dilution under the Lanham Act,
15 U.S.C. § 1125(c); (8) common law trespass to chattels; (9) conversion; and (10) unjust
enrichment. Plaintiffs have moved *ex parte* for an emergency temporary restraining order and an
order to show cause why a preliminary injunction should not be granted pursuant to Rule 65(b) of
the Federal Rules of Civil Procedure, 15 U.S.C. § 1116(a) (the Lanham Act), and 28 U.S.C. §

1651(a) (the All-Writs Act).

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Having reviewed the papers, declarations, exhibits, and memorandum filed in support of Plaintiffs' *Ex Parte* Application for an Emergency Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, the Court hereby makes the following findings of fact and conclusions of law:

1.      This Court has jurisdiction over the subject matter of this case, and there is good cause to believe that it will have jurisdiction over all parties hereto; the Complaint states a claim upon which relief may be granted against Joshua Ogundipe and John Does 1-4 ("RaccoonO365Defendants") under the Computer Fraud and Abuse Act, 18 U.S.C. § 1030; (2) the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962; (3) Conspiracy to Violate the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(d); (4) The Electronic Communications Privacy Act, 18 U.S.C. § 2701; (5) False Designation of Origin under the Lanham Act, 15 U.S.C. § 1125(a); (6) Trademark Infringement under the Lanham Act, 15 U.S.C. § 1114 *et seq.*; (7) Trademark Dilution under the Lanham Act, 15 U.S.C. § 1125(c); (8) common law trespass to chattels; (9) conversion; and (10) unjust enrichment.

2.      There is good cause to believe that RaccoonO365 Defendants manufacture and sell illegal phishing kits deceptively branded as "RaccoonO365," designed to steal sensitive information and perpetrate business email compromise, ransomware, and financial fraud against Microsoft customers, Health-ISAC member organizations, and the public.

3.      There is good cause to believe that RaccoonO365 Defendants target Microsoft's customers, Health-ISAC member organizations, and the general public. RaccoonO365 Defendants manufacture, sell, and facilitate the deployment of pre-packaged sets of tools

("phishing kits") that enable other cybercriminals to launch phishing attacks with relative ease. This business model of selling phishing kits and services for use by other cybercriminals is also referred to as "Phishing-as-a-Service" or "PhaaS."

4.      There is good cause to believe that RaccoonO365 Defendants have engaged in and are likely to engage in acts or practices that violate the Computer Fraud and Abuse Act (18 U.S.C. § 1030), the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1962, 1962(d)), the Electronic Communications Privacy Act (18 U.S.C. § 2701), the Lanham Act (15 U.S.C. §§ 1114, 1125), and constitute trespass to chattels, conversion, and unjust enrichment, and Plaintiffs, therefore, are likely to prevail on the merits of this action.

5.      Microsoft owns the registered trademarks Microsoft®, Windows®, Microsoft 365®, Office365®, Office®, Microsoft Office®, SharePoint®, OneDrive®, Outlook®, and Azure® and numerous other trademarks used in connection with its services, software and products.

6.      Health-ISAC is a membership organization comprised of public and private hospitals, ambulatory providers, health insurance payers, pharmaceutical/biotech manufacturers, laboratories, diagnostic, medical device manufacturers, medical schools, medical R&D organizations and other relevant health sector stakeholders. Health-ISAC represents the interests of its healthcare industry members in combating and defending against cyber threats that pose risk and loss to the industry.

7.      There is good cause to believe that, unless RaccoonO365 Defendants are restrained and enjoined by Order of this Court, immediate and irreparable harm will result from RaccoonO365 Defendants' ongoing violations. The evidence set forth in Plaintiffs' Memorandum of Law in Support of *Ex Parte* Application for a Temporary Restraining Order and Order to Show

Cause Re Preliminary Injunction ("TRO Application"), and the accompanying declarations of Jason Lyons, Nick Monaco, and Errol Weiss, and supporting exhibits, demonstrate that Plaintiffs are likely to prevail on their claim that RaccoonO365 Defendants have engaged in violations of the foregoing law by:

    a.  Intentionally accessing the protected computers and computer networks of Microsoft and the customers of Microsoft, without authorization or exceeding authorization, in order to steal and exfiltrate information from those computers and computer networks;

    b.  Engaging in phishing operations to steal credentials from unsuspecting victims who are tricked into believing they are accessing legitimate websites;

    c.  Developing mechanisms to circumvent technological security protocols;

    d.  Intentionally accessing, without authorization, the email inboxes of Microsoft customers, to support credentials theft, information exfiltration, and subsequent end-user terminal attacks which include business email compromise, ransomware, and financial fraud;

    e.  Operating a Racketeering Enterprise by leveraging each other's work to: (i) create, distribute, and operate the phishing technical infrastructure, (ii) sell, distribute, and use RaccoonO365 branded phishing kits, (iii) to steal credentials from victims, and (iv) gain access to victim computers to further additional criminal activities like financial fraud, business email compromise, and deploying ransomware.

    f.  Infringing the protected marks of Plaintiffs for the purpose of causing confusion or mistake, whereby the victims of RaccoonO365 Defendants' attacks mistakenly associate such conduct with Plaintiffs.

    8.    There is good cause to believe that if such conduct continues, irreparable harm will occur to Microsoft, Microsoft's customers, Health-ISAC member organizations, and the public. There is good cause to believe that RaccoonO365 Defendants will continue to engage in such unlawful actions if not immediately restrained from doing so by Order of this Court.

    9.    There is good cause to believe that immediate and irreparable damage to this Court's ability to grant effective final relief will result from the sale, distribution, deployment, or use of the RaccoonO365-branded phishing kits by RaccoonO365 Defendants that is hosted at and

otherwise operates through the Internet domains listed in **Appendix A** to this Order, and from the destruction or concealment of other discoverable evidence of RaccoonO365 Defendants' misconduct available via those domains, including on victims targeted by RaccoonO365 Defendants, if they receive advance notice of this action. Based on the evidence cited in Plaintiffs' TRO Application and accompanying declarations and exhibits, Plaintiffs are likely to be able to prove that:

    a.  RaccoonO365 Defendants are engaged in activities that directly violate United States law and harm Microsoft, its customers, Health-ISAC member organizations, and the public;

    b.  RaccoonO365 Defendants have continued their unlawful conduct despite the clear injury to the foregoing interests;

    c.  RaccoonO365 Defendants are likely to delete or to relocate Internet infrastructure in Plaintiffs' TRO Application and the harmful and malicious phishing kits disseminated through the Internet domains listed in **Appendix A**, thereby permitting them to continue their illegal acts; and

    d.  RaccoonO365 Defendants are likely to warn their associates engaged in such activities if informed of Plaintiffs' action.

10.    Plaintiffs' request for this emergency *ex parte* relief is not the result of any lack of diligence on Plaintiffs' part, but instead, is based upon the nature of RaccoonO365 Defendants' unlawful conduct. Therefore, in accordance with Fed. R. Civ. P. 65(b), 15 U.S.C. § 1116(a) and 28 U.S.C. § 1651(a), good cause and the interest of justice require that this Order be **GRANTED** without prior notice to RaccoonO365 Defendants, and accordingly, Plaintiffs are relieved of the duty to provide RaccoonO365 Defendants with prior notice of Plaintiffs' motion and requested relief.

11.    There is good cause to believe that RaccoonO365 Defendants have operated their phishing operations through certain instrumentalities – specifically through the website domains identified in **Appendix A**.

12.    There is good cause to believe that RaccoonO365 Defendants have (i) engaged in illegal activity by using the domain registration facilities of the domain registries identified in **Appendix A,** to register the Internet domains identified in **Appendix A,** (ii) violated Plaintiffs' trademarks in order to: (iii) deceive Plaintiffs' customers to steal credentials for their email accounts, infiltrate the email systems, and have unfettered access to the contents of those email accounts for purposes of data exfiltration and the perpetration of further cybercrime.

13.    There is good cause to believe that RaccoonO365 Defendants have engaged in illegal activity by using deceptive and fraudulent methods to steal computer users' account credentials and to use such credentials for illegal purposes.

14.    There is good cause to believe that to immediately halt the injury caused by RaccoonO365 Defendants, they must be prohibited from accessing Plaintiffs' services without authorization, prohibited from the unlawful intrusion and data theft of the victims' email accounts, from using Plaintiffs' marks to perpetrate their unlawful and criminal scheme, and prevented from using the Internet domains identified in **Appendix A** to operate the Internet infrastructure to further its phishing operation.

15.    There is good cause to believe that RaccoonO365 Defendants have engaged in illegal activity using the Internet domains identified in **Appendix A** to carry out their illegal phishing campaign. There is good cause to believe that to immediately halt the injury caused by RaccoonO365 Defendants, each of RaccoonO365 Defendants' domains set forth in **Appendix A** must be immediately transferred beyond the control of RaccoonO365 Defendants' criminal operation, thus making them inaccessible to RaccoonO365 Defendants.

16.    There is good cause to believe that to immediately halt the injury, the execution of this Order should be carried out in a coordinated manner by Plaintiffs and by the domain registries

identified in **Appendix A** on such date and time within three (3) days of this Order as may be reasonably requested by Plaintiffs.

17.    There is good cause to believe that RaccoonO365 Defendants have specifically directed their activities to the Southern District of New York.

18.    There is good cause to believe that if RaccoonO365 Defendants are provided advance notice of Plaintiffs' TRO Application or this Order, they would move RaccoonO365 Defendants' infrastructure, allowing them to continue their misconduct and that they would destroy, move, hide, conceal, or otherwise make inaccessible to the Court evidence of their misconduct, RaccoonO365 Defendants' infrastructure's activity, the infringing materials, the instrumentalities used to make the infringing materials, and the records evidencing the manufacture and distributing of the infringing materials.

19.    There is good cause to permit notice of the instant Order, notice of the Preliminary Injunction hearing and service of the Complaint by formal and alternative means, given the exigency of the circumstances and the need for prompt relief. The following means of service are authorized by law, satisfy Due Process, and satisfy Fed. R. Civ. P. 4(f)(3) and are reasonably calculated to notify RaccoonO365 Defendants of the instant order, the Preliminary Injunction hearing and of this action: (1) transmission by email, facsimile, mail and/or personal delivery to the contact information provided by RaccoonO365 Defendants to RaccoonO365 Defendants' domain registrars and hosting companies and as agreed to by RaccoonO365 Defendants in their domain registration and/or hosting agreements, (2) publishing notice on a publicly available Internet website, (3) by personal delivery upon RaccoonO365 Defendants, to the extent RaccoonO365 Defendants provided accurate contact information in the U.S.; and (4) personal delivery through the Hague Convention on Service Abroad or similar treaties upon RaccoonO365

Defendants, to the extent RaccoonO365 Defendants provided accurate contact information in foreign countries that are signatories to such treaties.

20.     There is good cause to believe that RaccoonO365 Defendants have no legitimate interest in carrying out their cybercriminal activities.

21.     There is good cause to believe that the harm to Plaintiffs in denying the relief requested in their TRO Application outweighs any harm to any legitimate interest of RaccoonO365 Defendants (of which there is none) and that there is no undue burden to any third party.

### TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

**IT IS THEREFORE ORDERED** that RaccoonO365 Defendants, their representatives, and persons who are in active concert or participation with RaccoonO365 Defendants and associated criminal operation, are temporarily restrained and enjoined from: (1) intentionally accessing the protected computers without authorization, (2) engaging in phishing campaigns, (3) stealing credentials from victims of phishing campaigns, (4) using the credentials to access the email inboxes of victims, (4) unlawfully accessing, viewing, exfiltrating, or otherwise stealing the contents of the compromised email inboxes, (5) capitalizing on the trademarks of Plaintiffs to fabricate legitimacy of the phishing campaign, (6) misappropriating that which rightfully belongs to Microsoft, its customers, or in which Microsoft or its customers have a proprietary interest; (7) destroying the goodwill and reputation of Plaintiffs, (8) impersonating Plaintiffs, their systems, products, and services, (9) configuring, deploying, operating, or otherwise participating in or facilitating infrastructure described in the TRO Application, including but not limited to the Internet domains set forth in **Appendix A** and through any other component or element of RaccoonO365 Defendants' illegal infrastructure at any location, including infrastructure

RaccoonO365 Defendants may attempt to rebuild, and (10) undertaking any similar activity that inflicts harm on Microsoft, Microsoft's customers, Health-ISAC member organizations, or the public.

**IT IS FURTHER ORDERED** that, RaccoonO365 Defendants, their representatives, and persons who are in active concert or participation with RaccoonO365 Defendants and associated criminal operation are temporarily restrained and enjoined from (1) using and infringing Plaintiffs' trademarks, including specifically Microsoft's registered trademarks Microsoft®, Windows®, Microsoft 365®, Office365®, Office®, Microsoft Office®, SharePoint®, OneDrive®, Outlook®, and Azure®, and/or other trademarks, trade names, service marks, or Internet domain addresses or names containing or infringing such trademarks, trade names or service marks, as set forth in **Appendix B** to this Order; (2) using in connection with RaccoonO365 Defendants' activities, products, or services any false or deceptive designation, representation or description of RaccoonO365 Defendants or of their activities, whether by symbols, words, designs or statements, which would damage or injure Plaintiffs or give RaccoonO365 Defendants an unfair competitive advantage or result in deception of consumers; or (3) acting in any other manner which suggests in any way that RaccoonO365 Defendants' activities, products or services come from or are somehow sponsored by or affiliated with Plaintiffs, or passing off RaccoonO365 Defendants' activities, products or services as Plaintiffs'.

**IT IS FURTHER ORDERED** that, with respect to any currently registered Internet domains set forth in **Appendix A** to this Order, the domain registries located in the United States shall take the following actions:

    A.   Within **three (3) business days** of receipt of this Order, shall unlock and change the registrar of record for the domain to MarkMonitor or such other registrar specified by

Microsoft. To the extent the registrar of record does not assist in changing the registrar of record for the domain under its control, the domain registry for the domain, or its administrators, including backend registry operators or administrators, within three (3) business days of receipt of this Order, shall change, or assist in changing, the registrar of record for the domain to MarkMonitor or such other registrar specified by Microsoft. The purpose of this paragraph is to ensure that Microsoft has control over the hosting and administration of the domain in its registrar account at MarkMonitor or such other registrar specified by Microsoft. Microsoft shall provide to the domain registry or registrar of record any requested information or account details necessary to effectuate the foregoing.

B.      The domain registries shall be made active and shall resolve in the manner set forth in this order, or as otherwise specified by Microsoft, upon taking control of the domain.

C.      The domain registries shall take reasonable steps to work with Microsoft to ensure the transfer of the domain and to ensure that RaccoonO365 Defendants cannot use it to make unauthorized access to computers, infect computers, compromise computers and computer networks, monitor the owners and users of computers and computer networks, steal information from them, or engage in any other activities prohibited by this Order;

D.      The WHOIS registrant, administrative, billing and technical contact and identifying information should be the following, or other information as may be specified by Microsoft:

    Domain Administrator
    Microsoft Corporation
    One Microsoft Way
    Redmond, WA 98052
    United States
    Phone: +1.4258828080
    Facsimile: +1.4259367329
    domains@microsoft.com

Name Server Information: ns2246a.microsoftinternetsafety.net, ns2246b.microsoftinternetsafety.net

E.    Prevent transfer, modification or deletion of the domain by RaccoonO365 Defendants and prevent transfer or control of the domain to the account of any party other than Microsoft;

F.    Take all steps required to propagate to the foregoing changes through the Domain Name System ("DNS"), including domain registrars.

2.    With regard to the domain registries and registrars located outside of the United States, the Court respectfully requests, but does not order, that they take the same or substantially similar actions as the foregoing so as to neutralize the threat posed by RaccoonO365 Defendants to the citizens of all countries, including their own. RaccoonO365 Defendants, their representatives and persons who are in active concert or participation with them are ordered to consent to whatever actions are necessary for non-United States registries, registrars and registrants or hosts, set forth in **Appendix A** to this Order, to effectuate this request.

**IT IS FURTHER ORDERED** that copies of this Order, notice of the Preliminary Injunction hearing and service of the Complaint may be served by any means authorized by law, including (1) ^by no later than September 6, 2025^ transmission by email, facsimile, mail and/or personal delivery to the contact information provided by RaccoonO365 Defendants to their domain registrars and/or hosting companies and as agreed to by RaccoonO365 Defendants in the domain registration and/or hosting agreements, (2) ^by no later than September 6, 2025^ publishing notice on a publicly available Internet website, (3) ^by no later than September 10, 2025^ by personal delivery upon Defendants, to the extent RaccoonO365 Defendants provided accurate contact information in the U.S.; and (4) ^as soon as reasonably convenient^ personal delivery through the Hague Convention on Service Abroad or similar treaties upon RaccoonO365 Defendants, to the extent they provided accurate contact information in foreign countries that are signatories to such treaties.

**IT IS FURTHER ORDERED**, pursuant to Federal Rule of Civil Procedure 65(b) that RaccoonO365 Defendants shall appear before this Court ^in Courtroom 14B at the US Courthouse at on September __11__, 2025 at 500 Pearl St, New York, NY __4:00__ a.m. (p.m.) to show cause, if there is any, why this Court should not enter a Preliminary Injunction, pending final ruling on the Complaint against RaccoonO365 Defendants, enjoining RaccoonO365 Defendants from the conduct temporarily restrained by the preceding provisions of this Order.

**IT IS FURTHER ORDERED** that Microsoft, on behalf of Plaintiffs, shall post bond in the amount of $ __10,000__ to be paid into the Court registry by no later than 6:00 pm on September 2, 2025.

**IT IS FURTHER ORDERED** that RaccoonO365 Defendants shall file with the Court and serve on Plaintiffs' counsel any answering affidavits, pleadings, motions, expert reports or declarations and/or legal memoranda no later than two (2) days prior to the hearing on Plaintiffs' request for a preliminary injunction. Plaintiffs may file responsive or supplemental pleadings, materials, affidavits, or memoranda with the Court and serve the same on counsel for RaccoonO365 Defendants no later than one (1) day prior to the preliminary injunction hearing in this matter. Provided that service shall be performed by personal or overnight delivery, facsimile or electronic mail, and documents shall be delivered so that they shall be received by the other parties no later than 4:00 p.m. (Eastern Standard Time) on the appropriate dates listed in this paragraph.

**IT IS SO ORDERED**

Entered this __27__ day of August, 2025
at 6:00 pm

UNITED STATES DISTRICT JUDGE
Hon. Jed S. Rakoff

## APPENDIX A

**.ORG REGISTRY**
Public Interest Registry
11911 Freedom Drive, 10th Floor, Suite 1000
Reston, VA 20190

**.ORG DOMAINS**

| 1. | RACCOONO365.ORG | Domain Name: RACCOONO365.ORG<br>Registry Domain ID: d2b52b97a3e849a4b2ff2bd473dc2877-LROR<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-09-11T23:46:10Z<br>Creation Date: 2024-08-04T14:32:16Z<br>Registrar Registration Expiration Date: 2025-08-04T14:32:16Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED<br>Registrant Street: DATA REDACTED<br>Registrant City: DATA REDACTED<br>Registrant State/Province: PA<br>Registrant Postal Code: DATA REDACTED<br>Registrant Country: US<br>Registrant Phone: DATA REDACTED<br>Registrant Phone Ext: DATA REDACTED<br>Registrant Fax: DATA REDACTED<br>Registrant Fax Ext: DATA REDACTED<br>Registrant Email: https://domaincontact.cloudflareregistrar.com/raccoono365.org<br>Registry Admin ID:<br>Admin Name: DATA REDACTED<br>Admin Organization: DATA REDACTED<br>Admin Street: DATA REDACTED<br>Admin City: DATA REDACTED<br>Admin State/Province: DATA REDACTED<br>Admin Postal Code: DATA REDACTED<br>Admin Country: DATA REDACTED<br>Admin Phone: DATA REDACTED<br>Admin Phone Ext: DATA REDACTED<br>Admin Fax: DATA REDACTED<br>Admin Fax Ext: DATA REDACTED |
|----|-----------------|

Admin                                        Email:
https://domaincontact.cloudflareregistrar.com/raccoono365.org
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech                                          Email:
https://domaincontact.cloudflareregistrar.com/raccoono365.org
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing                                       Email:
https://domaincontact.cloudflareregistrar.com/raccoono365.org
Name Server: ishaan.ns.cloudflare.com
Name Server: melinda.ns.cloudflare.com
DNSSEC: unsigned
Registrar    Abuse    Contact    Email:    registrar-
abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
Last update of WHOIS database: 2025-08-18T14:31:22Z

**.NET REGISTRY**
VeriSign Global Registry Services
12061 Bluemont Way
Reston VA 20190

**.NET DOMAIN**

RACCOON0365.NET

Domain name: raccoono365.net Registry Domain ID: 2909435551_DOMAIN_NET-VRSN Registrar WHOIS Server: whois.namecheap.com Registrar URL: http://www.namecheap.com Updated Date: 2025-08-03T04:02:08.44Z Creation Date: 2024-08-19T18:48:48.00Z Registrar Registration Expiration Date: 2026-08-19T18:48:48.00Z Registrar: NAMECHEAP INC Registrar IANA ID: 1068 Registrar Abuse Contact Email: abuse@namecheap.com Registrar Abuse Contact Phone: +1.9854014545 Reseller: NAMECHEAP INC Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Registrant Name: Redacted for Privacy Registrant Organization: Privacy service provided by Withheld for Privacy ehf Registrant Street: Kalkofnsvegur 2 Registrant City: Reykjavik Registrant State/Province: Capital Region Registrant Postal Code: 101 Registrant Country: IS Registrant Phone: +354.4212434 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: f5e964935b9147c495b4eaac17a09be2.protect@withhe ldforprivacy.com Registry Admin ID: Admin Name: Redacted for Privacy Admin Organization: Privacy service provided by Withheld for Privacy ehf Admin Street: Kalkofnsvegur 2 Admin City: Reykjavik Admin State/Province: Capital Region Admin Postal Code: 101 Admin Country: IS Admin Phone: +354.4212434 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: f5e964935b9147c495b4eaac17a09be2.protect@withhe ldforprivacy.com Registry Tech ID: Tech Name: Redacted for Privacy Tech Organization: Privacy service provided by Withheld for Privacy ehf Tech Street: Kalkofnsvegur 2 Tech City: Reykjavik Tech State/Province: Capital Region Tech Postal Code: 101 Tech Country: IS Tech Phone: +354.4212434 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: f5e964935b9147c495b4eaac17a09be2.protect@withhe ldforprivacy.com Name Server: dns1.registrar-servers.com Name Server: dns2.registrar-servers.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-

| | 18T06:39:56.04Z <<< For more information on Whois status codes, please visit https://icann.org/epp |
|---|---|

**.COM REGISTRY**
VeriSign Global Registry Services
12061 Bluemont Way
Reston VA 20190

**.COM DOMAIN**

| AUTHYPRODSERVICES.COM | Domain Name: authyprodservices.com Registry Domain ID: 2962954236_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-04-29T00:05:33Z Creation Date: 2025-02-27T09:06:24Z Registrar Registration Expiration Date: 2026-02-27T09:06:24Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: fljnbfs kfj Registrant Organization: Registrant Street: 101 Registrant City: ny Registrant State/Province: ny Registrant Postal Code: 10010 Registrant Country: US Registrant Phone: +1.3054654645 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: crasengan073@gmail.com Registry Admin ID: Not Available From Registry Admin Name: fljnbfs kfj Admin Organization: Admin Street: 101 Admin City: ny Admin State/Province: ny Admin Postal Code: 10010 Admin Country: US Admin Phone: +1.3054654645 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: crasengan073@gmail.com Registry Tech ID: Not Available From Registry Tech Name: fljnbfs kfj Tech Organization: Tech Street: 101 Tech City: ny Tech State/Province: ny Tech Postal Code: 10010 Tech Country: US Tech Phone: +1.3054654645 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: crasengan073@gmail.com Name Server: ganz.ns.cloudflare.com Name Server: ziggy.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> |

| | Last update of WHOIS database: 2025-08-18T14:53:33Z <<< |
|---|---|
| OAUTHCLIENTREDIRECTI NG.COM | Domain Name: oauthclientredirecting.com Registry Domain ID: 2971367522_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-05-31T02:05:21Z Creation Date: 2025-03-31T17:14:31Z Registrar Registration Expiration Date: 2026-03-31T17:14:31Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org) Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect, LLC (PrivacyProtect.org) Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect, LLC (PrivacyProtect.org) Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: ace.ns.cloudflare.com Name Server: eve.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-18T14:55:45Z <<< |
| OFFICE365FILESECURITY. COM | Domain Name: office365filesecurity.com Registry Domain ID: 2926109232_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10- |

23T07:39:51Z Creation Date: 2024-10-17T06:16:53Z
Registrar Registration Expiration Date: 2025-10-
17T06:16:53Z Registrar: Cloudflare, Inc. Registrar IANA
ID: 1910 Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/office365files
ecurity.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/office365files
ecurity.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/office365files
ecurity.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/office365files
ecurity.com Name Server: alina.ns.cloudflare.com Name
Server: jose.ns.cloudflare.com DNSSEC: unsigned Registrar

| | |
|---|---|
| | Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-18T15:02:29Z <<< |
| LOGINOFFNLINEDOCUMEN.COM | Domain Name: LOGINOFFNLINEDOCUMEN.COM Registry Domain ID: 2987330640_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.tucows.com Registrar URL: http://tucowsdomains.com Updated Date: 2025-07-04T13:16:50 Creation Date: 2025-05-29T04:05:55 Registrar Registration Expiration Date: 2026-05-29T04:05:55 Registrar: TUCOWS, INC. Registrar IANA ID: 69 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited Registry Registrant ID: Registrant Name: REDACTED FOR PRIVACY Registrant Organization: REDACTED FOR PRIVACY Registrant Street: REDACTED FOR PRIVACY Registrant City: REDACTED FOR PRIVACY Registrant State/Province: Charlestown Registrant Postal Code: REDACTED FOR PRIVACY Registrant Country: KN Registrant Phone: REDACTED FOR PRIVACY Registrant Phone Ext: Registrant Fax: REDACTED FOR PRIVACY Registrant Fax Ext: Registrant Email: https://tieredaccess.com/contact/e22e41d9-d88c-452b-90c3-cc4e74bb1f6e Name Server: carioca.ns.cloudflare.com Name Server: keaton.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: domainabuse@tucows.com Registrar Abuse Contact Phone: +1.4165350123 URL of the ICANN WHOIS Data Problem Reporting System: https://icann.org/wicf >>> Last update of WHOIS database: 2025-08-18T15:06:36Z <<< |
| DOCSCLOUD-SHRPNT1DRVONLINE.COM | Domain Name: docscloud-shrpnt1drvonline.com Registry Domain ID: 2992441450_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-17T22:41:32Z Creation Date: 2025-06-17T10:38:35Z Registrar Registration Expiration Date: 2026-06-17T10:38:35Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant |

| | |
|---|---|
| | Name: Yack Servers Registrant Organization: YACK ENTERPRISE Registrant Street: 13 hilton Registrant City: HAVEN RD Registrant State/Province: FL Registrant Postal Code: 33040 Registrant Country: US Registrant Phone: +1.4094339824 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: redirecting.com@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Yack Servers Admin Organization: YACK ENTERPRISE Admin Street: 13 hilton Admin City: HAVEN RD Admin State/Province: FL Admin Postal Code: 33040 Admin Country: US Admin Phone: +1.4094339824 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: redirecting.com@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Yack Servers Tech Organization: YACK ENTERPRISE Tech Street: 13 hilton Tech City: HAVEN RD Tech State/Province: FL Tech Postal Code: 33040 Tech Country: US Tech Phone: +1.4094339824 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: redirecting.com@gmail.com Name Server: doug.ns.cloudflare.com Name Server: adrian.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-17T22:41:32Z <<< |
| VMAILOFFVM.COM | Domain Name: vmailoffvm.com Registry Domain ID: 2981490962_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-08T18:50:47Z Creation Date: 2025-05-07T19:04:25Z Registrar Registration Expiration Date: 2026-05-07T19:04:25Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Steve Barnish Registrant Organization: cottoncreekscapital Registrant Street: 3700 North Capital of Texas Highway Suite 520 Registrant City: Austin Registrant State/Province: TX Registrant Postal Code: 78746 Registrant Country: US Registrant Phone: +1.5124003330 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: sbarnish@cottoncreekscapital.com Registry Admin ID: Not Available From Registry Admin Name: Steve Barnish Admin Organization: |

| | |
|---|---|
| | cottoncreekscapital Admin Street: 3700 North Capital of Texas Highway Suite 520 Admin City: Austin Admin State/Province: TX Admin Postal Code: 78746 Admin Country: US Admin Phone: +1.5124003330 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: sbarnish@cottoncreekscapital.com Registry Tech ID: Not Available From Registry Tech Name: Steve Barnish Tech Organization: cottoncreekscapital Tech Street: 3700 North Capital of Texas Highway Suite 520 Tech City: Austin Tech State/Province: TX Tech Postal Code: 78746 Tech Country: US Tech Phone: +1.5124003330 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: sbarnish@cottoncreekscapital.com Name Server: will.ns.cloudflare.com Name Server: carlane.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-08T18:50:47Z <<< |
| OFFICE365CLOUDVFILESZIP.COM | Domain Name: office365cloudrvfileszip.com Registry Domain ID: 2974162861_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-04-13T01:41:23Z Creation Date: 2025-04-10T19:22:00Z Registrar Registration Expiration Date: 2026-04-10T19:22:00Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Timothy Alger Registrant Organization: N A Registrant Street: 302 Innovation Drive Suite 450 Registrant City: Franklin Registrant State/Province: TN Registrant Postal Code: 37067 Registrant Country: US Registrant Phone: +1.2817839488 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: sjone0884@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Timothy Alger Admin Organization: N A Admin Street: 302 Innovation Drive Suite 450 Admin City: Franklin Admin State/Province: TN Admin Postal Code: 37067 Admin Country: US Admin Phone: +1.2817839488 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: sjone0884@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Timothy Alger Tech Organization: N A Tech Street: 302 |

| | |
|---|---|
| | Innovation Drive Suite 450 Tech City: Franklin Tech State/Province: TN Tech Postal Code: 37067 Tech Country: US Tech Phone: +1.2817839488 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: sjone0884@gmail.com Name Server: tara.ns.cloudflare.com Name Server: morgan.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-04-13T01:41:23Z <<< |
| GNTTY.COM | Domain Name: GNTTY.COM Registry Domain ID: 2963181060_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-04-29T01:05:39Z Creation Date: 2025-02-27T21:17:20Z Registrar Registration Expiration Date: 2026-02-27T21:17:20Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Rare Gem Registrant Organization: The Prosper Group Registrant Street: 1242 N 4th st Registrant City: Abilene Registrant State/Province: TX Registrant Postal Code: 79601 Registrant Country: US Registrant Phone: +1.3172174269 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: rmcy987@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Rare Gem Admin Organization: The Prosper Group Admin Street: 1242 N 4th st Admin City: Abilene Admin State/Province: TX Admin Postal Code: 79601 Admin Country: US Admin Phone: +1.3172174269 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: rmcy987@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Rare Gem Tech Organization: The Prosper Group Tech Street: 1242 N 4th st Tech City: Abilene Tech State/Province: TX Tech Postal Code: 79601 Tech Country: US Tech Phone: +1.3172174269 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: rmcy987@gmail.com Name Server: lynn.ns.cloudflare.com Name Server: may.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> |

| | Last update of WHOIS database: 2025-08-18T16:41:23Z <<< |
|---|---|
| MARKETINGCHAIR50.COM | Domain Name: marketingchair50.com Registry Domain ID: 2346307 Registrar WHOIS Server: whois.ownregistrar.com Registrar URL: http://www.ownregistrar.com Updated Date: 2025-04-29T11:44:44Z Creation Date: 2025-04-29T11:44:45Z Registrar Registration Expiration Date: 2026-04-29T11:44:45Z Registrar: OwnRegistrar, Inc. Registrar IANA ID: 1250 Registrar Abuse Contact Email: abuse@ownregistrar.com Registrar Abuse Contact Phone: +91.2261426042 Domain Status: ok https://icann.org/epp#ok Registry Registrant ID: OR_353937 Registrant Name: Chairman Chairman Registrant Organization: NA Registrant Street: 240 E Marshall st240 E Marshall st Registrant City: Ferndale Registrant State/Province: Michigan Registrant Postal Code: 48220 Registrant Country: United States Registrant Phone: +1.5172104643 Registrant Phone Ext: 1 Registrant Fax: null Registrant Fax Ext: null Registrant Email: marketingchairman50@gmail.com Registry Admin ID: OR_353937 Admin Name: Chairman Chairman Admin Organization: NA Admin Street: 240 E Marshall st240 E Marshall st Admin City: Ferndale Admin State/Province: Michigan Admin Postal Code: 48220 Admin Country: United States Admin Phone: +1.5172104643 Admin Phone Ext: 1 Admin Fax: null Admin Fax Ext: null Admin Email: marketingchairman50@gmail.com Registry Tech ID: OR_353937 Tech Name: Chairman Chairman Tech Organization: NA Tech Street: 240 E Marshall st240 E Marshall st Tech City: Ferndale Tech State/Province: Michigan Tech Postal Code: 48220 Tech Country: United States Tech Phone: +1.5172104643 Tech Phone Ext: 1 Tech Fax: null Tech Fax Ext: null Tech Email: marketingchairman50@gmail.com Name Server: adelaide.ns.cloudflare.com Name Server: jim.ns.cloudflare.com Name Server: null Name Server: null DNSSEC: Unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ For more information on Whois status codes, please visit https://icann.org/epp >>>Last update of WHOIS database: 2024-10-18T06:26:05Z<<< |
| ESHAREDDOCCLOUD.COM | Domain Name: eshareddoccloud.com Registry Domain ID: 2922451302_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10- |

12

10T08:11:39Z Creation Date: 2024-10-03T21:29:16Z Registrar Registration Expiration Date: 2025-10-03T21:29:16Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/eshareddocclo ud.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/eshareddocclo ud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/eshareddocclo ud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/eshareddocclo ud.com Name Server: jerome.ns.cloudflare.com Name Server: meiling.ns.cloudflare.com DNSSEC: unsigned

| | |
|---|---|
| | Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-18T16:43:42Z <<< |
| SHAREDFILESCLOUDSTORAGESYSTEM.COM | Domain Name: sharedfilescloudstoragesystem.com Registry Domain ID: 2969696964_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-03-26T23:32:54Z Creation Date: 2025-03-24T23:26:23Z Registry Expiry Date: 2026-03-24T23:26:23Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: CONRAD.NS.CLOUDFLARE.COM Name Server: GABRIELLA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-20T03:13:46Z <<< |
| SHAREDFILESDRIVE.COM | Domain Name: SHAREDFILESDRIVE.COM Registry Domain ID: 2915777973_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: http://www.cloudflare.com Updated Date: 2024-09-10T21:51:44Z Creation Date: 2024-09-10T21:51:41Z Registry Expiry Date: 2025-09-10T21:51:41Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.6503198930 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: ABBY.NS.CLOUDFLARE.COM Name Server: ISAAC.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-20T03:16:46Z <<< |

| C21PEAKS.COM | Domain Name: c21peaks.com Registry Domain ID: 2971526852_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-05-31T02:06:40Z Creation Date: 2025-03-31T20:15:05Z Registrar Registration Expiration Date: 2026-03-31T20:15:05Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org) Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect, LLC (PrivacyProtect.org) Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect, LLC (PrivacyProtect.org) Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: emerson.ns.cloudflare.com Name Server: kay.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:20:02Z <<< |
| SHAREPOINTFAUTH.COM | Domain Name: sharepointfauth.com Registry Domain ID: 2956296906_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-02-05T13:46:50Z Creation Date: 2025-02-04T10:47:21Z Registry Expiry Date: 2026-02-04T10:47:21Z Registrar: |

| | |
|---|---|
| | PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: BARBARA.NS.CLOUDFLARE.COM Name Server: HANS.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-20T03:21:14Z << |
| ESHARED-CLOUDFILES.COM | Domain Name: eshared-cloudfiles.com Registry Domain ID: 2921056267_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-06T01:54:18Z Creation Date: 2024-09-29T08:33:27Z Registrar Registration Expiration Date: 2025-09-29T08:33:27Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/eshared-cloudfiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Country: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/eshared-cloudfiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA |

| | |
|---|---|
| | REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/eshared-cloudfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/eshared-cloudfiles.com Name Server: odin.ns.cloudflare.com Name Server: raina.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:22:34Z <<< |
| ECLOUDDOCSHAREDDRIVE.COM | Domain Name: eclouddocshareddrive.com Registry Domain ID: 2934090745_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2024-11-14T15:00:19Z Creation Date: 2024-11-13T20:14:56Z Registrar Registration Expiration Date: 2025-11-13T20:14:56Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: dskjdsd kskjssk Registrant Organization: N A Registrant Street: dsjsd dsjdhsd Registrant City: csdd Registrant State/Province: NA Registrant Postal Code: 00000 Registrant Country: US Registrant Phone: +1.4844731620 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: helpdesk24hrs@raccoono365.net Registry Admin ID: Not Available From Registry Admin Name: dskjdsd kskjssk Admin Organization: N A Admin Street: dsjsd dsjdhsd Admin City: csdd Admin State/Province: NA Admin Postal Code: 00000 Admin Country: US Admin Phone: +1.4844731620 Admin Phone Ext: Admin Fax: Admin Fax |

| | |
|---|---|
| | Ext: Admin Email: helpdesk24hrs@raccoono365.net Registry Tech ID: Not Available From Registry Tech Name: dskjdsd kskjssk Tech Organization: N A Tech Street: dsjsd dsjdhsd Tech City: csdd Tech State/Province: NA Tech Postal Code: 00000 Tech Country: US Tech Phone: +1.4844731620 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: helpdesk24hrs@raccoono365.net Name Server: gabriel.ns.cloudflare.com Name Server: anna.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2024-11-14T15:00:19Z <<< |
| SHAREDECLOUDDRIVE.COM | Domain Name: sharedeclouddrive.com Registry Domain ID: 2922466928_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-11T08:09:29Z Creation Date: 2024-10-04T01:52:07Z Registrar Registration Expiration Date: 2025-10-04T01:52:07Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedeclouddrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedeclouddrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal |

| | |
|---|---|
| | Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedecloudd rive.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedecloudd rive.com Name Server: amy.ns.cloudflare.com Name Server: cameron.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:26:04Z <<< |
| O365FILESHAREECLOUD.C OM | Domain Name: o365fileshareecloud.com Registry Domain ID: 2918408792_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-26T08:10:29Z Creation Date: 2024-09-19T23:27:06Z Registrar Registration Expiration Date: 2025-09-19T23;27:06Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/o365fileshare ecloud.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED |

| | |
|---|---|
| | Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/o365fileshare ecloud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/o365fileshare ecloud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/o365fileshare ecloud.com Name Server: arya.ns.cloudflare.com Name Server: jobs.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:29;37Z <<< |
| ESHAREDDOCECLOUD.CO M | Domain Name: eshareddocecloud.com Registry Domain ID: 2925469885_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-21T08:11:58Z Creation Date: 2024-10-14T22:11:24Z Registrar Registration Expiration Date: 2025-10-14T22:11:24Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant |

| | |
|---|---|
| | Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/eshareddocecloud.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/eshareddocecloud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/eshareddocecloud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/eshareddocecloud.com Name Server: jerome.ns.cloudflare.com Name Server: meiling.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:31:03Z <<< |
| PROCTORGRAHAM.COM | Domain Name: PROCTORGRAHAM.COM Registry Domain ID: 2971810344_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar |

| | |
|---|---|
| | URL: www.publicdomainregistry.com Updated Date: 2025-06-02T00:05:09Z Creation Date: 2025-04-02T01:14:53Z Registrar Registration Expiration Date: 2026-04-02T01:14:53Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Nawty Boss Registrant Organization: abidnal Registrant Street: 228 Park Ave S Registrant City: New York Registrant State/Province: NY Registrant Postal Code: 10003 Registrant Country: US Registrant Phone: +1.6822442776 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: edmblais@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Nawty Boss Admin Organization: abidnal Admin Street: 228 Park Ave S Admin City: New York Admin State/Province: NY Admin Postal Code: 10003 Admin Country: US Admin Phone: +1.6822442776 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: edmblais@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Nawty Boss Tech Organization: abidnal Tech Street: 228 Park Ave S Tech City: New York Tech State/Province: NY Tech Postal Code: 10003 Tech Country: US Tech Phone: +1.6822442776 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: edmblais@gmail.com Name Server: cosmin.ns.cloudflare.com Name Server: nelci.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-19T16:57:06Z <<< |
| DOCCLOUDONEDRIVEFILES.COM | Domain Name: doccloudonedrivefiles.com Registry Domain ID: 2927505363_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-28T08:11:03Z Creation Date: 2024-10-21T23:14:39Z Registrar Registration Expiration Date: 2025-10-21T23:14:39Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant |

Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/doccloudoned rivefiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/doccloudoned rivefiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/doccloudoned rivefiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/doccloudoned rivefiles.com Name Server: dahlia.ns.cloudflare.com Name Server: rayden.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:32:10Z <<<

| COM-CAST.COM | Domain Name: COM-CAST.COM Registry Domain ID: 2923489717_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.hostinger.com Registrar URL: http://www.hostinger.com Updated Date: 2024-12-11T21:14:20Z Creation Date: 2024-10-07T21:03:55Z Registry Expiry Date: 2025-10-07T21:03:55Z Registrar: HOSTINGER operations, UAB Registrar IANA ID: 1636 Registrar Abuse Contact Email: abuse-tracker@hostinger.com Registrar Abuse Contact Phone: +37064503378 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: NASH.NS.CLOUDFLARE.COM Name Server: NOVA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-20T03:33:19Z <<< |
|---|---|
| OFFICE365SECUREESHARE.COM | Domain Name: office365secureeshare.com Registry Domain ID: 2925477284_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-22T08:10:24Z Creation Date: 2024-10-15T00:11:22Z Registrar Registration Expiration Date: 2025-10-15T00:11:22Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/office365secureeshare.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/office365secu |

| | |
|---|---|
| | reeshare.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/office365secu reeshare.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/office365secu reeshare.com Name Server: aragorn.ns.cloudflare.com Name Server: pam.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:34:13Z <<< |
| SHAREDOFFICE365CLOUD FILES.COM | Domain Name: sharedoffice365cloudfiles.com Registry Domain ID: 2929967615_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-06T08:10:09Z Creation Date: 2024-10-30T01:30:52Z Registrar Registration Expiration Date: 2025-10-30T01:30:52Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedoffice3 |

| | |
|---|---|
| | 65cloudfiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedoffice3 65cloudfiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedoffice3 65cloudfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedoffice3 65cloudfiles.com Name Server: georgia.ns.cloudflare.com Name Server: lynn.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:35:13Z <<< |
| ECLOUDDRIVEFILE.COM | Domain Name: eclouddrivefile.com Registry Domain ID: 2911200747_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-02T08:09:21Z Creation Date: 2024-08-26T12:41:25Z Registrar Registration Expiration Date: 2025-08-26T12:41:25Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry |

Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/eclouddrivefil
e.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/eclouddrivefil
e.com Registry Tech ID: Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED Tech Street:
DATA REDACTED Tech City: DATA REDACTED Tech
State/Province: DATA REDACTED Tech Postal Code:
DATA REDACTED Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED Tech Phone Ext: DATA
REDACTED Tech Fax: DATA REDACTED Tech Fax Ext:
DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/eclouddrivefil
e.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/eclouddrivefil
e.com Name Server: gracie.ns.cloudflare.com Name Server:
norm.ns.cloudflare.com DNSSEC: signedDelegation
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com Registrar Abuse Contact Phone:
+1.4153197517 URL of the ICANN WHOIS Data Problem
Reporting System: http://wdprs.internic.net/ >>> Last
update of WHOIS database: 2025-08-20T03:36:23Z <<<

| REMINDER-TODOLIST.COM | Domain Name: reminder-todolist.com Registry Domain ID: 2998491420_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namesrs.com Registrar URL: https://www.namesrs.com Creation Date: 2025-07-08T05:42:02.00Z Registrar Registration Expiration Date: 2026-07-08T05:42:02.00Z Registrar: Name SRS AB Registrar IANA ID: 638 Registrar Abuse Contact Email: abuse@namesrs.com Registrar Abuse Contact Phone: +46.313011220 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Protected Registrant Name: Protected Protected Registrant Organization: Shield Whois Registrant Street: Radiov??gen 2 Registrant City: V??stra Fr??lunda Registrant State: Registrant Postal Code: 42147 Registrant Country: SE Registrant Phone: +46.104500390 Registrant Fax: Registrant Email: reminder-todolist.com@shieldwhois.com Registry Admin ID: Protected Admin Name: Protected Protected Admin Organization: Shield Whois Admin Street: Radiov??gen 2 Admin City: V??stra Fr??lunda Admin Postal Code: 42147 Admin Country: SE Admin Phone: +46.104500390 Admin Fax: Admin Email: reminder-todolist.com@shieldwhois.com Registry Tech ID: Protected Tech Name: Protected Protected Tech Organization: Shield Whois Tech Street: Radiov??gen 2 Tech City: V??stra Fr??lunda Tech Postal Code: 42147 Tech Country: SE Tech Phone: +46.104500390 Tech Fax: Tech Email: reminder-todolist.com@shieldwhois.com Name Server: JIHOON.NS.CLOUDFLARE.COM Name Server: LOVISA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ Last update of WHOIS database: 2025-08-20T03:37:24.00Z |
| OFFICE365CLOUDSTORAGESK.COM | Domain Name: OFFICE365CLOUDSTORAGESK.COM Registry Domain ID: 2951626608_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-01-19T22:48:12Z Creation Date: 2025-01-18T10:57:11Z Registry Expiry Date: 2026-01-18T10:57:11Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited |

| | |
|---|---|
| | https://icann.org/epp#clientTransferProhibited Name Server: MALCOLM.NS.CLOUDFLARE.COM Name Server: MOLLY.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-20T03:38:32Z <<< |
| RCIIELECT.COM | Domain Name: rciielect.com Registry Domain ID: 2953045692_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namecheap.com Registrar URL: http://www.namecheap.com Updated Date: 2025-04-27T14:48:46Z Creation Date: 2025-01-23T12:54:37Z Registry Expiry Date: 2026-01-23T12:54:37Z Registrar: NameCheap, Inc. Registrar IANA ID: 1068 Registrar Abuse Contact Email: abuse@namecheap.com Registrar Abuse Contact Phone: +1.6613102107 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: ETIENNE.NS.CLOUDFLARE.COM Name Server: PEACHES.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-20T03:39:19Z <<< |
| OFFICEWCLOUD.COM | Domain Name: officewcloud.com Registry Domain ID: 2909780205_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-28T08:08:21Z Creation Date: 2024-08-21T06:08:30Z Registrar Registration Expiration Date: 2025-08-21T06:08:30Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/officewcloud.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED |

| | |
|---|---|
| | Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/officewcloud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/officewcloud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/officewcloud.com Name Server: alan.ns.cloudflare.com Name Server: rosalie.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:42:07Z <<< |
| ONLINECA11ING.COM | Domain Name: onlineca11ing.com Registry Domain ID: 2965847744_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-03-11T09:05:16Z Creation Date: 2025-03-10T10:54:43Z Registry Expiry Date: 2026-03-10T10:54:43Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: ANNABEL.NS.CLOUDFLARE.COM Name Server: |

| | |
|---|---|
| | DIMITRIS.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www Last update of whois database: 2025-08-20T03:43:03Z <<< |
| OFFICESECUREMFOAUTH DOC.COM | Domain Name: officesecuremfoauthdoc.com Registry Domain ID: 2911227250_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-03T08:09:31Z Creation Date: 2024-08-26T16:51:50Z Registrar Registration Expiration Date: 2025-08-26T16:51:50Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/officesecuremfoauthdoc.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/officesecuremfoauthdoc.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/officesecuremfoauthdoc.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA |

| | |
|---|---|
| | REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/officesecuremfoauthdoc.com Name Server: karina.ns.cloudflare.com Name Server: ned.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:45:16Z <<< |
| SHPRNT1DRVECLOUDFLS.COM | Domain Name: shprnt1drvecloudfls.com Registry Domain ID: 2941403637_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.metaregistrar.com Registrar URL: https://www.metaregistrar.com/ Updated Date: 2024-12-16T15:26:04Z Creation Date: 2024-12-11T15:26:04Z Registrar Registration Expiration Date: 2025-12-11T15:26:04Z Registrar: Metaregistrar BV Registrar IANA ID: 2288 Reseller: Newfold Digital Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited Registry Registrant ID: REDACTED FOR PRIVACY Registrant Name: REDACTED FOR PRIVACY Registrant Organization: REDACTED FOR PRIVACY Registrant Street: REDACTED FOR PRIVACY Registrant City: REDACTED FOR PRIVACY Registrant State/Province: FL Registrant Postal Code: REDACTED FOR PRIVACY Registrant Country: US Registrant Phone: REDACTED FOR PRIVACY Registrant Phone Ext: REDACTED FOR PRIVACY Registrant Fax: REDACTED FOR PRIVACY Registrant Fax Ext: REDACTED FOR PRIVACY Registrant Email: https://mydomainprovider.com/contact_domain/ Registry Admin ID: REDACTED FOR PRIVACY Admin Name: REDACTED FOR PRIVACY Admin Organization: REDACTED FOR PRIVACY Admin Street: REDACTED FOR PRIVACY Admin City: REDACTED FOR PRIVACY Admin State/Province: REDACTED FOR PRIVACY Admin Postal Code: REDACTED FOR PRIVACY Admin Country: REDACTED FOR PRIVACY Admin Phone: REDACTED FOR PRIVACY Admin Phone Ext: REDACTED FOR PRIVACY Admin Fax: REDACTED |

| | |
|---|---|
| | FOR PRIVACY Admin Fax Ext: REDACTED FOR PRIVACY Admin Email: https://mydomainprovider.com/contact_domain/ Registry Tech ID: REDACTED FOR PRIVACY Tech Name: REDACTED FOR PRIVACY Tech Organization: REDACTED FOR PRIVACY Tech Street: REDACTED FOR PRIVACY Tech City: REDACTED FOR PRIVACY Tech State/Province: REDACTED FOR PRIVACY Tech Postal Code: REDACTED FOR PRIVACY Tech Country: REDACTED FOR PRIVACY Tech Phone: REDACTED FOR PRIVACY Tech Phone Ext: REDACTED FOR PRIVACY Tech Fax: REDACTED FOR PRIVACY Tech Fax Ext: REDACTED FOR PRIVACY Tech Email: https://mydomainprovider.com/contact_domain/ Name Server: doug.ns.cloudflare.com Name Server: adrian.ns.cloudflare.com DNSSEC: not signed Registrar Abuse Contact Email: abuse@metaregistrar.com Registrar Abuse Contact Phone: +31.858885692 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:46:26Z <<< |
| EDRIVESECUREFILE.COM | Domain Name: edrivesecurefile.com Registry Domain ID: 2917541559_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-24T08:09:16Z Creation Date: 2024-09-17T03:17:49Z Registrar Registration Expiration Date: 2025-09-17T03:17:49Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/edrivesecurefile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: |

| | |
|---|---|
| | DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/edrivesecurefi le.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/edrivesecurefi le.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/edrivesecurefi le.com Name Server: derek.ns.cloudflare.com Name Server: nia.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:47:41Z <<< |
| OFFICE365SYNCEDFILES.C OM | No match for "office365syncedfiles.com". >>> Last update of whois database: 2025-08-20T03:48:34Z <<< |
| EDOCSHAREFILESHARING SERVICE.COM | Domain Name: edocsharefilesharingservice.com Registry Domain ID: 2925846628_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-23T08:11:26Z Creation Date: 2024-10-16T15:12:01Z Registrar Registration Expiration Date: 2025-10-16T15:12:01Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA |

34

| | REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/edocsharefiles haringservice.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/edocsharefiles haringservice.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/edocsharefiles haringservice.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/edocsharefiles haringservice.com Name Server: aisha.ns.cloudflare.com Name Server: uriah.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:50:04Z <<< |
|---|---|
| SHAREDOCUMENTONLINE.COM | Domain Name: sharedocumentonline.com Registry Domain ID: 2934087821_DOMAIN_COM-VRSN Registrar WHOIS |

| | |
|---|---|
| | Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2024-11-17T17:21:26Z Creation Date: 2024-11-13T19:48:18Z Registrar Registration Expiration Date: 2025-11-13T19:48:18Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Leo Yurek Registrant Organization: N A Registrant Street: 428 58th St 2 Registrant City: Brooklyn Registrant State/Province: NY Registrant Postal Code: 11220 Registrant Country: US Registrant Phone: +1.9073316451 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: megatechblock247@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Leo Yurek Admin Organization: N A Admin Street: 428 58th St 2 Admin City: Brooklyn Admin State/Province: NY Admin Postal Code: 11220 Admin Country: US Admin Phone: +1.9073316451 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: megatechblock247@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Leo Yurek Tech Organization: N A Tech Street: 428 58th St 2 Tech City: Brooklyn Tech State/Province: NY Tech Postal Code: 11220 Tech Country: US Tech Phone: +1.9073316451 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: megatechblock247@gmail.com Name Server: bella.ns.cloudflare.com Name Server: alex.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2024-11-17T17:21:26Z <<< |
| DOCUMENTS-FLIP.COM | Domain Name: documents-flip.com Registry Domain ID: 2983440657_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-15T21:59:48Z Creation Date: 2025-05-14T18:29:14Z Registrar Registration Expiration Date: 2026-05-14T18:29:14Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant |

| | |
|---|---|
| | Name: Michael Previte Registrant Organization: Polytronics Group Registrant Street: 6208 Whiskey Creek Drive Registrant City: Fort Myers Registrant State/Province: FL Registrant Postal Code: 33919 Registrant Country: US Registrant Phone: +1.3059124872 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: mchlprevite@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Michael Previte Admin Organization: Polytronics Group Admin Street: 6208 Whiskey Creek Drive Admin City: Fort Myers Admin State/Province: FL Admin Postal Code: 33919 Admin Country: US Admin Phone: +1.3059124872 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: mchlprevite@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Michael Previte Tech Organization: Polytronics Group Tech Street: 6208 Whiskey Creek Drive Tech City: Fort Myers Tech State/Province: FL Tech Postal Code: 33919 Tech Country: US Tech Phone: +1.3059124872 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: mchlprevite@gmail.com Name Server: piper.ns.cloudflare.com Name Server: moura.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-15T21:59:48Z <<< |
| ESHAREDONEDRIVECLOUD.COM | Domain Name: esharedonedrivecloud.com Registry Domain ID: 2925481150_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-22T08:10:25Z Creation Date: 2024-10-15T01:21:45Z Registrar Registration Expiration Date: 2025-10-15T01:21:45Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/esharedonedrivecloud.com Registry Admin ID: Admin Name: DATA |

| | REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/esharedonedrivecloud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/esharedonedrivecloud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/esharedonedrivecloud.com Name Server: celeste.ns.cloudflare.com Name Server: quentin.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:53:06Z <<< |
| CLOUDSHAREDFILES.COM | Domain Name: cloudsharedfiles.com Registry Domain ID: 2917240789_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-23T08:09:46Z Creation Date: 2024-09-16T00:35:59Z Registrar Registration Expiration Date: 2025-09-16T00:35:59Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED |

Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/cloudsharedfiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/cloudsharedfiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/cloudsharedfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/cloudsharedfiles.com Name Server: audrey.ns.cloudflare.com Name Server: max.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T03:54:09Z <<<

| SHAREDDRIVECLOUDDOCS.COM | Domain Name: SHAREDDRIVECLOUDDOCS.COM<br>Registry Domain ID: 2922970904_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-10-13T08:10:30Z<br>Creation Date: 2024-10-06T02:54:20Z<br>Registrar Registration Expiration Date: 2025-10-06T02:54:20Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited<br>https://icann.org/epp#clienttransferprohibited<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED<br>Registrant Street: DATA REDACTED<br>Registrant City: DATA REDACTED<br>Registrant State/Province: PA<br>Registrant Postal Code: DATA REDACTED<br>Registrant Country: US<br>Registrant Phone: DATA REDACTED<br>Registrant Phone Ext: DATA REDACTED<br>Registrant Fax: DATA REDACTED<br>Registrant Fax Ext: DATA REDACTED<br>Registrant Email:<br>https://domaincontact.cloudflareregistrar.com/shareddriveclouddocs.com<br>Registry Admin ID:<br>Admin Name: DATA REDACTED<br>Admin Organization: DATA REDACTED<br>Admin Street: DATA REDACTED<br>Admin City: DATA REDACTED<br>Admin State/Province: DATA REDACTED<br>Admin Postal Code: DATA REDACTED<br>Admin Country: DATA REDACTED<br>Admin Phone: DATA REDACTED<br>Admin Phone Ext: DATA REDACTED<br>Admin Fax: DATA REDACTED<br>Admin Fax Ext: DATA REDACTED<br>Admin Email:<br>https://domaincontact.cloudflareregistrar.com/shareddriveclouddocs.com<br>Registry Tech ID:<br>Tech Name: DATA REDACTED<br>Tech Organization: DATA REDACTED<br>Tech Street: DATA REDACTED |
|---|---|

| | |
|---|---|
| | Tech City: DATA REDACTED<br>Tech State/Province: DATA REDACTED<br>Tech Postal Code: DATA REDACTED<br>Tech Country: DATA REDACTED<br>Tech Phone: DATA REDACTED<br>Tech Phone Ext: DATA REDACTED<br>Tech Fax: DATA REDACTED<br>Tech Fax Ext: DATA REDACTED<br>Tech Email:<br>https://domaincontact.cloudflareregistrar.com/shareddrivecl<br>ouddocs.com<br>Registry Billing ID:<br>Billing Name: DATA REDACTED<br>Billing Organization: DATA REDACTED<br>Billing Street: DATA REDACTED<br>Billing City: DATA REDACTED<br>Billing State/Province: DATA REDACTED<br>Billing Postal Code: DATA REDACTED<br>Billing Country: DATA REDACTED<br>Billing Phone: DATA REDACTED<br>Billing Phone Ext: DATA REDACTED<br>Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/shareddrivecl<br>ouddocs.com<br>Name Server: aisha.ns.cloudflare.com<br>Name Server: jasper.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-<br>abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-<br>20T03:55:14Z <<< |
| OFFICE365PDFCLOUD.COM | Domain Name: office365pdfcloud.com<br>Registry Domain ID: 2939819683_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.internet.bs<br>Registrar URL:<br>Updated Date: 2024-12-08T12:05:15Z<br>Creation Date: 2024-12-05T15:35:10Z<br>Registrar Registration Expiration Date: 2025-12-<br>05T15:35:10Z |

Registrar: Internet Domain Service BS Corp.
Registrar IANA ID: 2487
Registrar Abuse Contact Email: abuse@internet.bs
Registrar Abuse Contact Phone: +1.5163015301
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain Admin
Registrant Organization: Whois Privacy Corp.
Registrant Street: Ocean Centre, Montagu Foreshore, East
Bay Street
Registrant City: Nassau
Registrant State/Province: New Providence
Registrant Postal Code: 00000
Registrant Country: BS
Registrant Phone: +1.5163872248
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:
OWNER@office365pdfcloud.com.customers.whoisprivacyc
orp.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain Admin
Admin Organization: Whois Privacy Corp.
Admin Street: Ocean Centre, Montagu Foreshore, East Bay
Street
Admin City: Nassau
Admin State/Province: New Providence
Admin Postal Code: 00000
Admin Country: BS
Admin Phone: +1.5163872248
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
ADMIN@office365pdfcloud.com.customers.whoisprivacyc
orp.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain Admin
Tech Organization: Whois Privacy Corp.
Tech Street: Ocean Centre, Montagu Foreshore, East Bay
Street
Tech City: Nassau
Tech State/Province: New Providence
Tech Postal Code: 00000

| | |
|---|---|
| | Tech Country: BS<br>Tech Phone: +1.5163872248<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email:<br>TECH@office365pdfcloud.com.customers.whoisprivacycor<br>p.com<br>Registry Billing ID: Not Available From Registry<br>Billing Name: Domain Admin<br>Billing Organization: Whois Privacy Corp.<br>Billing Street: Ocean Centre, Montagu Foreshore, East Bay<br>Street<br>Billing City: Nassau<br>Billing State/Province: New Providence<br>Billing Postal Code: 00000<br>Billing Country: BS<br>Billing Phone: +1.5163872248<br>Billing Phone Ext:<br>Billing Fax:<br>Billing Fax Ext:<br>Billing Email:<br>BILLING@office365pdfcloud.com.customers.whoisprivacy<br>corp.com<br>Name Server: bradley.ns.cloudflare.com<br>Name Server: kiki.ns.cloudflare.com<br>DNSSEC: unsigned<br>Whoisprivacy: 8<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: https://wdprs.internic.net/ |
| MONTEREYHOPONHOPOF<br>F.COM | Domain Name: montereyhoponhopoff.com Registry Domain<br>ID: 1855299201_DOMAIN_COM-VRSN Registrar WHOIS<br>Server: whois.ionos.com Registrar URL: http://ionos.com<br>Updated Date: 2025-01-12T01:51:55.000Z Creation Date:<br>2014-04-18T20:09:20.000Z Registrar Registration<br>Expiration Date: 2026-04-18T20:09:20.000Z Registrar:<br>IONOS SE Registrar IANA ID: 83 Registrar Abuse Contact<br>Email: abuse@ionos.com Registrar Abuse Contact Phone:<br>+1.8774612631 Reseller: Domain Status:<br>clientTransferProhibited<br>https://www.icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: REDACTED FOR PRIVACY<br>Registrant Name: REDACTED FOR PRIVACY Registrant<br>Organization: REDACTED FOR PRIVACY Registrant<br>Street: REDACTED FOR PRIVACY Registrant City:<br>REDACTED FOR PRIVACY Registrant State/Province: |

| | |
|---|---|
| | CA Registrant Postal Code: REDACTED FOR PRIVACY Registrant Country: US Registrant Phone: REDACTED FOR PRIVACY Registrant Phone Ext: Registrant Fax: REDACTED FOR PRIVACY Registrant Fax Ext: Registrant Email: dataprivacyprotected@ionos.de Registry Admin ID: REDACTED FOR PRIVACY Admin Name: REDACTED FOR PRIVACY Admin Organization: REDACTED FOR PRIVACY Admin Street: REDACTED FOR PRIVACY Admin City: REDACTED FOR PRIVACY Admin State/Province: REDACTED FOR PRIVACY Admin Postal Code: REDACTED FOR PRIVACY Admin Country: REDACTED FOR PRIVACY Admin Phone: REDACTED FOR PRIVACY Admin Phone Ext: REDACTED FOR PRIVACY Admin Fax: REDACTED FOR PRIVACY Admin Fax Ext: REDACTED FOR PRIVACY Admin Email: dataprivacyprotected@ionos.de Registry Tech ID: REDACTED FOR PRIVACY Tech Name: REDACTED FOR PRIVACY Tech Organization: REDACTED FOR PRIVACY Tech Street: REDACTED FOR PRIVACY Tech City: REDACTED FOR PRIVACY Tech State/Province: REDACTED FOR PRIVACY Tech Postal Code: REDACTED FOR PRIVACY Tech Country: REDACTED FOR PRIVACY Tech Phone: REDACTED FOR PRIVACY Tech Phone Ext: REDACTED FOR PRIVACY Tech Fax: REDACTED FOR PRIVACY Tech Fax Ext: REDACTED FOR PRIVACY Tech Email: dataprivacyprotected@ionos.de Nameserver: damon.ns.cloudflare.com Nameserver: teresa.ns.cloudflare.com DNSSEC: Unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T04:01:31Z <<< |
| SKYDOCUFILES.COM | Domain Name: SKYDOCUFILES.COM Registry Domain ID: 2971593287_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-06-01T00:05:37Z Creation Date: 2025-04-01T10:16:01Z Registrar Registration Expiration Date: 2026-04-01T10:16:01Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Zurhellen Cody Registrant Organization: Zur Files Registrant Street: 145 church street Registrant City: |

| | |
|---|---|
| | Newyork Registrant State/Province: NY Registrant Postal Code: 10001 Registrant Country: US Registrant Phone: +1.2389098735 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: czurhellen@nsalabs.com Registry Admin ID: Not Available From Registry Admin Name: Zurhellen Cody Admin Organization: Zur Files Admin Street: 145 church street Admin City: Newyork Admin State/Province: NY Admin Postal Code: 10001 Admin Country: US Admin Phone: +1.2389098735 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: czurhellen@nsalabs.com Registry Tech ID: Not Available From Registry Tech Name: Zurhellen Cody Tech Organization: Zur Files Tech Street: 145 church street Tech City: Newyork Tech State/Province: NY Tech Postal Code: 10001 Tech Country: US Tech Phone: +1.2389098735 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: czurhellen@nsalabs.com Name Server: ed.ns.cloudflare.com Name Server: monroe.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T04:03:02Z <<< |
| FILE-LAUNCH.COM | Domain Name: file-launch.com Registry Domain ID: 2974987397_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namecheap.com Registrar URL: http://www.namecheap.com Updated Date: 2025-05-16T01:22:00Z Creation Date: 2025-04-14T09:07:23Z Registry Expiry Date: 2026-04-14T09:07:23Z Registrar: NameCheap, Inc. Registrar IANA ID: 1068 Registrar Abuse Contact Email: abuse@namecheap.com Registrar Abuse Contact Phone: +1.6613102107 Domain Status: clientHold https://icann.org/epp#clientHold Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: MONROE.NS.CLOUDFLARE.COM Name Server: VICK.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-20T04:03:37Z <<< |
| MICROSOFT365ONLINECLOUDOFFICE.COM | Domain Name: microsoft365onlinecloudoffice.com Registry Domain ID: 2950751864_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar |

45

| | |
|---|---|
| | URL: www.publicdomainregistry.com Updated Date: 2025-03-17T00:05:36Z Creation Date: 2025-01-15T10:00:23Z Registrar Registration Expiration Date: 2026-01-15T10:00:23Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Francis Drew Registrant Organization: Registrant Street: L 4 Corner The Kingsway And Kareena Rd Registrant City: Sydney Registrant State/Province: New South Wales Registrant Postal Code: 2000 Registrant Country: AU Registrant Phone: +61.287535047 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: bclarknorwood@outlook.com Registry Admin ID: Not Available From Registry Admin Name: Francis Drew Admin Organization: Admin Street: L 4 Corner The Kingsway And Kareena Rd Admin City: Sydney Admin State/Province: New South Wales Admin Postal Code: 2000 Admin Country: AU Admin Phone: +61.287535047 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: bclarknorwood@outlook.com Registry Tech ID: Not Available From Registry Tech Name: Francis Drew Tech Organization: Tech Street: L 4 Corner The Kingsway And Kareena Rd Tech City: Sydney Tech State/Province: New South Wales Tech Postal Code: 2000 Tech Country: AU Tech Phone: +61.287535047 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: bclarknorwood@outlook.com Name Server: aspen.ns.cloudflare.com Name Server: jerry.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T04:05:18Z <<< |
| AUTHYPOW.COM | Domain Name: authypow.com Registry Domain ID: 2969483655_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-03-24T19:38:32Z Creation Date: 2025-03-24T15:20:28Z Registry Expiry Date: 2026-03-24T15:20:28Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact |

| | |
|---|---|
| | Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: JONAH.NS.CLOUDFLARE.COM Name Server: NATASHA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-20T04:05:52Z <<< |
| ESHAREDOFFICECLOUDFILES.COM | Domain Name: esharedofficecloudfiles.com Registry Domain ID: 2925802865_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-23T08:10:49Z Creation Date: 2024-10-16T08:49:03Z Registrar Registration Expiration Date: 2025-10-16T08:49:03Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/esharedofficecloudfiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/esharedofficecloudfiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: |

| | |
|---|---|
| | https://domaincontact.cloudflareregistrar.com/esharedofficecloudfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/esharedofficecloudfiles.com Name Server: chan.ns.cloudflare.com Name Server: luke.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T04:06:59Z <<< |
| MASISSTAFIFING.COM | Domain Name: masisstafifing.com Registry Domain ID: 2949638195_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-02-09T21:03:24Z Creation Date: 2025-01-11T14:30:48Z Registry Expiry Date: 2026-01-11T14:30:48Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: ETIENNE.NS.CLOUDFLARE.COM Name Server: PEACHES.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-20T04:07:36Z <<< |
| CREIGHTON-EDU.COM | Domain Name: creighton-edu.com Registry Domain ID: 2989440046_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namesilo.com Registrar URL: https://www.namesilo.com/ Updated Date: 2025-06-23T07:00:00Z Creation Date: 2025-06-05T07:00:00Z Registrar Registration Expiration Date: 2026-06-05T07:00:00Z Registrar: NameSilo, LLC Registrar IANA ID: 1479 Registrar Abuse Contact Email: abuse@namesilo.com Registrar Abuse Contact Phone: +1.4805240066 Domain Status: pendingDelete |

| | |
|---|---|
| | https://www.icann.org/epp#pendingDelete Registry ID: Registrant Name: Domain Administrator Registrant Organization: See PrivacyGuardian.org Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255 Registrant City: Phoenix Registrant State/Province: AZ Registrant Postal Code: 85016 Registrant Country: US Registrant Phone: +1.3478717726 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: pwp-1f20591e3eaaa55f78a3d389a7f45e0a@privacyguardian.org Registry Admin ID: Admin Name: Domain Administrator Admin Organization: See PrivacyGuardian.org Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255 Admin City: Phoenix Admin State/Province: AZ Admin Postal Code: 85016 Admin Country: US Admin Phone: +1.3478717726 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: pwp-1f20591e3eaaa55f78a3d389a7f45e0a@privacyguardian.org Registry Tech ID: Tech Name: Domain Administrator Tech Organization: See PrivacyGuardian.org Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255 Tech City: Phoenix Tech State/Province: AZ Tech Postal Code: 85016 Tech Country: US Tech Phone: +1.3478717726 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: pwp-1f20591e3eaaa55f78a3d389a7f45e0a@privacyguardian.org Name Server: EARL.NS.CLOUDFLARE.COM Name Server: NAYA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T07:00:00Z <<< |
| GEAUDLOVISUAL.COM | Domain Name: geaudlovisual.com Registry Domain ID: 2917806195_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namecheap.com Registrar URL: http://www.namecheap.com Updated Date: 2024-12-09T12:44:18+00:00 2024-12-09 Creation Date: 2024-09-17T20:11:20+00:00 2024-09-17 Registrar Registration Expiration Date: 2025-09-17T20:11:20+00:00 2025-09-17 Registrar: NameCheap, Inc. Sponsoring Registrar IANA ID: 1068 Registrar Abuse Contact Email:abuse@namecheap.com Registrar Abuse Contact Phone: +1.6613102107 Status: clientTransferProhibited Registry Registrant ID: Registrant Name: |

Registrant Organization:
Registrant Street:
Registrant City:
Registrant State/Province:
Registrant Postal Code:
Registrant Country:
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:

| | Billing Phone Ext:<br>Billing Fax:<br>Billing Fax Ext:<br>Billing Email:<br>Nameservers: katja.ns.cloudflare.com<br>odin.ns.cloudflare.com |
|---|---|
| OFFICECLOUDENTERPRIS<br>E.COM | Domain Name: OFFICECLOUDENTERPRISE.COM<br>Registry Domain ID: 2909744325_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-08-28T08:07:52Z<br>Creation Date: 2024-08-20T21:07:55Z<br>Registrar Registration Expiration Date: 2025-08-20T21:07:55Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited<br>https://icann.org/epp#clienttransferprohibited<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED<br>Registrant Street: DATA REDACTED<br>Registrant City: DATA REDACTED<br>Registrant State/Province: PA<br>Registrant Postal Code: DATA REDACTED<br>Registrant Country: US<br>Registrant Phone: DATA REDACTED<br>Registrant Phone Ext: DATA REDACTED<br>Registrant Fax: DATA REDACTED<br>Registrant Fax Ext: DATA REDACTED<br>Registrant Email:<br>https://domaincontact.cloudflareregistrar.com/officecloudent<br>erprise.com<br>Registry Admin ID:<br>Admin Name: DATA REDACTED<br>Admin Organization: DATA REDACTED<br>Admin Street: DATA REDACTED<br>Admin City: DATA REDACTED<br>Admin State/Province: DATA REDACTED<br>Admin Postal Code: DATA REDACTED<br>Admin Country: DATA REDACTED<br>Admin Phone: DATA REDACTED<br>Admin Phone Ext: DATA REDACTED<br>Admin Fax: DATA REDACTED<br>Admin Fax Ext: DATA REDACTED |

Admin Email:
https://domaincontact.cloudflareregistrar.com/officecloudent
erprise.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/officecloudent
erprise.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing Email:
https://domaincontact.cloudflareregistrar.com/officecloudent
erprise.com
Name Server: isaac.ns.cloudflare.com
Name Server: kehlani.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2025-08-
20T04:14:04Z <<<

| SHAREDCLOUDFILE.COM | Domain Name: sharedcloudfile.com Registry Domain ID: 2911141142_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-01T08:10:51Z Creation Date: 2024-08-25T21:21:41Z Registrar Registration Expiration Date: 2025-08-25T21:21:41Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedcloudfile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedcloudfile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedcloudfile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing |

| | |
|---|---|
| | Email: https://domaincontact.cloudflareregistrar.com/sharedcloudfile.com Name Server: sid.ns.cloudflare.com Name Server: vera.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T04:22:42Z <<< |
| MYSIGN-MIRCROSOFT.COM | Domain Name: mysign-mircrosoft.com Registry Domain ID: 2986556158_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-27T07:02:52Z Creation Date: 2025-05-26T13:50:34Z Registrar Registration Expiration Date: 2026-05-26T13:50:34Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect LLC PrivacyProtect org Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect LLC PrivacyProtect org Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect LLC PrivacyProtect org Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: piper.ns.cloudflare.com Name Server: moura.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: |

| | http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-27T07:02:52Z <<< |
|---|---|
| SHAREPOINTCLOUDFILESE-STORAGE.COM | Domain Name: sharepointcloudfilese-storage.com Registry Domain ID: 2975591973_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-04-19T23:15:31Z Creation Date: 2025-04-16T13:53:05Z Registrar Registration Expiration Date: 2026-04-16T13:53:05Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: George Urban Registrant Organization: N A Registrant Street: 7003 Creighton Ln Registrant City: Austin Registrant State/Province: TX Registrant Postal Code: 78723 Registrant Country: US Registrant Phone: +1.4092410063 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: rarejnr@gmail.com Registry Admin ID: Not Available From Registry Admin Name: George Urban Admin Organization: N A Admin Street: 7003 Creighton Ln Admin City: Austin Admin State/Province: TX Admin Postal Code: 78723 Admin Country: US Admin Phone: +1.4092410063 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: rarejnr@gmail.com Registry Tech ID: Not Available From Registry Tech Name: George Urban Tech Organization: N A Tech Street: 7003 Creighton Ln Tech City: Austin Tech State/Province: TX Tech Postal Code: 78723 Tech Country: US Tech Phone: +1.4092410063 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: rarejnr@gmail.com Name Server: venkat.ns.cloudflare.com Name Server: emely.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-04-19T23:15:31Z <<< |
| DOCSHAREFILEONMSCROSOFT365.COM | Domain Name: docsharefileonmscrosoft365.com Registry Domain ID: 2956150111_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-04-05T01:05:36Z Creation Date: 2025-02-03T19:19:29Z Registrar Registration Expiration Date: 2026-02-03T19:19:29Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 |

| | |
|---|---|
| | Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Patricia Suggs Registrant Organization: Patricia Suggs Coaching Registrant Street: 4435 Shebar Dr Registrant City: Pfafftown Registrant State/Province: NC Registrant Postal Code: 27040 Registrant Country: US Registrant Phone: +1.6304254019 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: nwfamsp000@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Patricia Suggs Admin Organization: Patricia Suggs Coaching Admin Street: 4435 Shebar Dr Admin City: Pfafftown Admin State/Province: NC Admin Postal Code: 27040 Admin Country: US Admin Phone: +1.6304254019 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: nwfamsp000@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Patricia Suggs Tech Organization: Patricia Suggs Coaching Tech Street: 4435 Shebar Dr Tech City: Pfafftown Tech State/Province: NC Tech Postal Code: 27040 Tech Country: US Tech Phone: +1.6304254019 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: nwfamsp000@gmail.com Name Server: justin.ns.cloudflare.com Name Server: riya.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T04:26:31Z <<< |
| SHAREDCLOUDWEFILES.COM | Domain Name: sharedcloudwefiles.com Registry Domain ID: 2932503811_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2024-11-09T02:51:45Z Creation Date: 2024-11-08T06:50:29Z Registrar Registration Expiration Date: 2025-11-08T06:50:28Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: dskdjsdd dskdjksd Registrant Organization: RaccoonO365 Registrant Street: 4 nptt st Registrant City: carlisle Registrant State/Province: CA Registrant Postal |

| | |
|---|---|
| | Code: 17013 Registrant Country: US Registrant Phone: +1.4844731620 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: michaelwesleysullivan@gmail.com Registry Admin ID: Not Available From Registry Admin Name: dskdjsdd dskdjksd Admin Organization: RaccoonO365 Admin Street: 4 nptt st Admin City: carlisle Admin State/Province: CA Admin Postal Code: 17013 Admin Country: US Admin Phone: +1.4844731620 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: michaelwesleysullivan@gmail.com Registry Tech ID: Not Available From Registry Tech Name: dskdjsdd dskdjksd Tech Organization: RaccoonO365 Tech Street: 4 nptt st Tech City: carlisle Tech State/Province: CA Tech Postal Code: 17013 Tech Country: US Tech Phone: +1.4844731620 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: michaelwesleysullivan@gmail.com Name Server: ulla.ns.cloudflare.com Name Server: graham.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2024-11-09T02:51:45Z <<< |
| SHARECLOUDONEDRIVEFILES.COM | Domain Name: sharecloudonedrivefiles.com Registry Domain ID: 2950515032_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-01-14T17:15:36Z Creation Date: 2025-01-14T16:59:52Z Registry Expiry Date: 2026-01-14T16:59:52Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: BENEDICT.NS.CLOUDFLARE.COM Name Server: RIYA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-20T04:28:16Z <<< |
| SHAREDECLOUDFILES.COM | Domain Name: sharedecloudfiles.com Registry Domain ID: 2912374424_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-06T08:11:08Z Creation Date: 2024-08-30T02:14:38Z Registrar Registration Expiration Date: 2025-08- |

30T02:14:38Z Registrar: Cloudflare, Inc. Registrar IANA
ID: 1910 Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/sharedcloudf
iles.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/sharedcloudf
iles.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/sharedcloudf
iles.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/sharedcloudf
iles.com Name Server: elisa.ns.cloudflare.com Name Server:
eoin.ns.cloudflare.com DNSSEC: signedDelegation
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com Registrar Abuse Contact Phone:

| | |
|---|---|
| | +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-20T04:29:37Z <<< |
| GVFFY.COM | Domain Name: gvffy.com Registry Domain ID: 2976384411_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-04-21T07:01:38Z Creation Date: 2025-04-19T09:46:27Z Registrar Registration Expiration Date: 2026-04-19T09:46:27Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Rare Gem Registrant Organization: The Prosper Group Registrant Street: 1242 N 4th st Registrant City: Abilene Registrant State/Province: TX Registrant Postal Code: 79601 Registrant Country: US Registrant Phone: +1.3172174269 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: rmcy987@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Rare Gem Admin Organization: The Prosper Group Admin Street: 1242 N 4th st Admin City: Abilene Admin State/Province: TX Admin Postal Code: 79601 Admin Country: US Admin Phone: +1.3172174269 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: rmcy987@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Rare Gem Tech Organization: The Prosper Group Tech Street: 1242 N 4th st Tech City: Abilene Tech State/Province: TX Tech Postal Code: 79601 Tech Country: US Tech Phone: +1.3172174269 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: rmcy987@gmail.com Name Server: memphis.ns.cloudflare.com Name Server: isla.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-04-21T07:01:38Z <<< |
| SHAREDONEDRIVEOFFICE DOC.COM | Domain Name: SHAREDONEDRIVEOFFICEDOC.COM Registry Domain ID: 2954134663_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-02-04T12:05:06Z Creation Date: 2025-01-27T07:13:22Z Registry Expiry Date: 2026-01- |

| | |
|---|---|
| | 27T07:13:22Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: DILBERT.NS.CLOUDFLARE.COM Name Server: GEMMA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-21T00:37:13Z <<< |
| MICRSOFT3655ADMIN.COM | Domain Name: micrsoft3655admin.com Registry Domain ID: 2992455630_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-18T00:00:57Z Creation Date: 2025-06-17T12:36:59Z Registrar Registration Expiration Date: 2026-06-17T12:36:59Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Jerome Clay Registrant Organization: jerome enterprises Registrant Street: 225 Bonnie Registrant City: Palm Springs Registrant State/Province: FL Registrant Postal Code: 33461 Registrant Country: US Registrant Phone: +1.5613194996 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: jcllay07@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Jerome Clay Admin Organization: jerome enterprises Admin Street: 225 Bonnie Admin City: Palm Springs Admin State/Province: FL Admin Postal Code: 33461 Admin Country: US Admin Phone: +1.5613194996 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: jcllay07@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Jerome Clay Tech Organization: jerome enterprises Tech Street: 225 Bonnie Tech City: Palm Springs Tech State/Province: FL Tech Postal Code: 33461 Tech Country: US Tech Phone: +1.5613194996 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: jcllay07@gmail.com Name Server: fred.ns.cloudflare.com Name Server: adelaide.ns.cloudflare.com DNSSEC: unsigned URL of the |

| | |
|---|---|
| | ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-18T00:00:57Z <<< |
| ONEDRIVEPDFDOCSSIGNA CCESSPAY.COM | Domain Name: onedrivepdfdocsignaccesspay.com Registry Domain ID: 2929346740_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-04T08:09:55Z Creation Date: 2024-10-28T11:56:50Z Registrar Registration Expiration Date: 2025-10-28T11:56:50Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/onedrivepdfdo cssignaccesspay.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/onedrivepdfdo cssignaccesspay.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/onedrivepdfdo cssignaccesspay.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA |

| | |
|---|---|
| | REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/onedrivepdfdocssignaccesspay.com Name Server: michael.ns.cloudflare.com Name Server: wren.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T00:39:21Z <<< |
| RSSCOUDDOCFILES.COM | Domain Name: rsscouddocfiles.com Registry Domain ID: 2920491655_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-04T08:10:35Z Creation Date: 2024-09-27T09:14:45Z Registrar Registration Expiration Date: 2025-09-27T09:14:45Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/rsscouddocfiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/rsscouddocfiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: |

| | |
|---|---|
| | DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/rsscouddocfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/rsscouddocfiles.com Name Server: carlane.ns.cloudflare.com Name Server: will.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T00:40:09Z <<< |
| UNLEASHEBRANDS.COM | Domain Name: UNLEASHEBRANDS.COM Registry Domain ID: 2951038122_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-01-21T03:56:09Z Creation Date: 2025-01-16T08:53:09Z Registry Expiry Date: 2026-01-16T08:53:09Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: ANDY.NS.CLOUDFLARE.COM Name Server: SAVANNA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-21T00:41:44Z <<< |
| ONLINE1DRV-SHRPNTMSDOCS.COM | Domain Name: online1drv-shrpntmsdocs.com Registry Domain ID: 2994133579_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar |

| | |
|---|---|
| | URL: http://www.onamae.com Updated Date: 2025-06-25T22:32:53Z Creation Date: 2025-06-23T14:01:28Z Registrar Registration Expiration Date: 2026-06-23T14:01:28Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Yack Servers Registrant Organization: YACK ENTERPRISE Registrant Street: 13 hilton Registrant City: HAVEN RD Registrant State/Province: FL Registrant Postal Code: 33040 Registrant Country: US Registrant Phone: +1.4094339824 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: redirecting.com@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Yack Servers Admin Organization: YACK ENTERPRISE Admin Street: 13 hilton Admin City: HAVEN RD Admin State/Province: FL Admin Postal Code: 33040 Admin Country: US Admin Phone: +1.4094339824 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: redirecting.com@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Yack Servers Tech Organization: YACK ENTERPRISE Tech Street: 13 hilton Tech City: HAVEN RD Tech State/Province: FL Tech Postal Code: 33040 Tech Country: US Tech Phone: +1.4094339824 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: redirecting.com@gmail.com Name Server: doug.ns.cloudflare.com Name Server: adrian.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-25T22:32:53Z <<< |
| ADMINIINC.COM | Domain Name: adminiinc.com Registry Domain ID: 2952314422_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-03-11T12:35:10Z Creation Date: 2025-01-20T19:25:51Z Registry Expiry Date: 2026-01-20T19:25:51Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: |

| | GLORIA.NS.CLOUDFLARE.COM Name Server: TODD.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-21T00:43:17Z <<< |
|---|---|
| OFFICE365ECLOUDSHARE.COM | Domain Name: office365ecloudshare.com Registry Domain ID: 2911761353_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-04T08:26:48Z Creation Date: 2024-08-27T23:16:51Z Registrar Registration Expiration Date: 2025-08-27T23:16:51Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/office365ecloudshare.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/office365ecloudshare.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/office365ecloudshare.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED |

| | |
|---|---|
| | Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/office365eclo udshare.com Name Server: indie.ns.cloudflare.com Name Server: steven.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T00:44:24Z <<< |
| SHAREDOFFICECLOUDDRI VE.COM | Domain Name: sharedofficeclouddrive.com Registry Domain ID: 2929965602_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-06T08:10:09Z Creation Date: 2024-10-30T01:01:25Z Registrar Registration Expiration Date: 2025-10-30T01:01:25Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedofficecl ouddrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedofficecl ouddrive.com Registry Tech ID: Tech Name: DATA |

| | |
|---|---|
| | REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedofficecloud-drive.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedofficecloud-drive.com Name Server: amy.ns.cloudflare.com Name Server: cameron.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T00:45:19Z <<< |
| MICROSOFT365CLOUDSTORAGEE-SERVICE.COM | Domain Name: microsoft365cloudstorage-service.com Registry Domain ID: 2954725187_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-02-05T19:20:07Z Creation Date: 2025-01-29T12:02:18Z Registry Expiry Date: 2026-01-29T12:02:18Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: SHAZ.NS.CLOUDFLARE.COM Name Server: TITAN.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-21T00:46:04Z <<< |

| DOCUMENTSCLOUDDRIVE EFILESSTORAGE.COM | Domain Name: documentsclouddriveefilesstorage.com Registry Domain ID: 2956877801_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-02-06T19:28:41Z Creation Date: 2025-02-06T08:01:08Z Registry Expiry Date: 2026-02-06T08:01:08Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: ALEENA.NS.CLOUDFLARE.COM Name Server: YADIEL.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-21T00:47:18Z <<< |
| OFFICESHAREDCLOUDFIL E.COM | Domain Name: officesharedcloudfile.com Registry Domain ID: 2909518417_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-27T08:08:25Z Creation Date: 2024-08-20T12:02:54Z Registrar Registration Expiration Date: 2025-08-20T12:02:54Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/officesharedcl oudfile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin |

| | |
|---|---|
| | Email: https://domaincontact.cloudflareregistrar.com/officesharedcloudfile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/officesharedcloudfile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/officesharedcloudfile.com Name Server: lilith.ns.cloudflare.com Name Server: martin.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T00:49:23Z <<< |
| SECUREDOCUFILESEONLINEREVIEW.COM | Domain Name: securedocufileseonlinereview.com Registry Domain ID: 2912376551_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-06T08:11:09Z Creation Date: 2024-08-30T02:46:06Z Registrar Registration Expiration Date: 2025-08-30T02:46:06Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED |

| | Registrant Email: https://domaincontact.cloudflareregistrar.com/securedocufile seonlinereview.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/securedocufile seonlinereview.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/securedocufile seonlinereview.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/securedocufile seonlinereview.com Name Server: amanda.ns.cloudflare.com Name Server: tate.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T00:50:08Z <<< |
| SHAREDEDOCUMENTS.COM | Domain Name: sharededocuments.com Registry Domain ID: 2919846482_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-02T08:09:05Z Creation Date: 2024-09-25T02:16:27Z Registrar Registration Expiration Date: 2025-09- |

25T02:16:27Z Registrar: Cloudflare, Inc. Registrar IANA
ID: 1910 Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/sharededocum
ents.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/sharededocum
ents.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/sharededocum
ents.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/sharededocum
ents.com Name Server: melany.ns.cloudflare.com Name
Server: zod.ns.cloudflare.com DNSSEC: unsigned Registrar
Abuse Contact Email: registrar-abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517 URL of the

| | ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T00:51:01Z <<< |
|---|---|
| O365CLOUDFILES.COM | Domain Name: o365cloudfiles.com Registry Domain ID: 2913500223_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-03T11:37:50Z Creation Date: 2024-09-03T11:37:47Z Registrar Registration Expiration Date: 2025-09-03T11:37:47Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: addperiod https://icann.org/epp#addperiod Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/o365cloudfiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/o365cloudfiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/o365cloudfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA |

| | |
|---|---|
| | REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/o365cloudfiles.com Name Server: anuj.ns.cloudflare.com Name Server: evangeline.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T00:51:55Z <<< |
| ESTORAGEDRIVE.COM | Domain Name: estoragedrive.com Registry Domain ID: 2911152104_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-02T08:08:38Z Creation Date: 2024-08-26T01:13:18Z Registrar Registration Expiration Date: 2025-08-26T01:13:18Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/estoragedrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/estoragedrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: |

| | |
|---|---|
| | DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/estoragedrive. com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/estoragedrive. com Name Server: aron.ns.cloudflare.com Name Server: rob.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T00:52:41Z <<< |
| NAUTILUSWAV.COM | Registry Domain ID: 2973095484_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-04-07T08:55:34Z Creation Date: 2025-04-07T08:05:44Z Registry Expiry Date: 2026-04-07T08:05:44Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: JIHOON.NS.CLOUDFLARE.COM Name Server: LOVISA.NS.CLOUDFLARE.COM DNSSEC: unsigned |
| CLOUDDOCDRIVEFILE.CO M | Domain Name: CLOUDDOCDRIVEFILE.COM Registry Domain ID: 2920455638_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com |

Updated Date: 2024-10-04T08:09:49Z
Creation Date: 2024-09-27T00:32:31Z
Registrar Registration Expiration Date: 2025-09-
27T00:32:31Z
Registrar: Cloudflare, Inc.
Registrar IANA ID: 1910
Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited
Registry Registrant ID:
Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED
Registrant Street: DATA REDACTED
Registrant City: DATA REDACTED
Registrant State/Province: PA
Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/clouddocdrive
file.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/clouddocdrive
file.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED

| | |
|---|---|
| | Tech Phone: DATA REDACTED<br>Tech Phone Ext: DATA REDACTED<br>Tech Fax: DATA REDACTED<br>Tech Fax Ext: DATA REDACTED<br>Tech Email:<br>https://domaincontact.cloudflareregistrar.com/clouddocdrive<br>file.com<br>Registry Billing ID:<br>Billing Name: DATA REDACTED<br>Billing Organization: DATA REDACTED<br>Billing Street: DATA REDACTED<br>Billing City: DATA REDACTED<br>Billing State/Province: DATA REDACTED<br>Billing Postal Code: DATA REDACTED<br>Billing Country: DATA REDACTED<br>Billing Phone: DATA REDACTED<br>Billing Phone Ext: DATA REDACTED<br>Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/clouddocdrive<br>file.com<br>Name Server: felipe.ns.cloudflare.com<br>Name Server: harlee.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-<br>abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-<br>21T00:55:54Z <<< |
| DOCUMENTS-SG.COM | Domain Name: documents-sg.com Registry Domain ID:<br>2981574607_DOMAIN_COM-VRSN Registrar WHOIS<br>Server: whois.discount-domain.com Registrar URL:<br>http://www.onamae.com Updated Date: 2025-05-<br>09T00:33:33Z Creation Date: 2025-05-08T12:38:19Z<br>Registrar Registration Expiration Date: 2026-05-<br>08T12:38:19Z Registrar: GMO Internet, Inc. Registrar<br>IANA ID: 49 Registrar Abuse Contact Email:<br>abuse@gmo.jp Registrar Abuse Contact Phone:<br>+81.337709199 Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited Registry<br>Registrant ID: Not Available From Registry Registrant |

| | |
|---|---|
| | Name: Michael Previte Registrant Organization: Polytronics Group Registrant Street: 6208 Whiskey Creek Drive Registrant City: Fort Myers Registrant State/Province: FL Registrant Postal Code: 33919 Registrant Country: US Registrant Phone: +1.3059124872 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: mchlprevite@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Michael Previte Admin Organization: Polytronics Group Admin Street: 6208 Whiskey Creek Drive Admin City: Fort Myers Admin State/Province: FL Admin Postal Code: 33919 Admin Country: US Admin Phone: +1.3059124872 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: mchlprevite@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Michael Previte Tech Organization: Polytronics Group Tech Street: 6208 Whiskey Creek Drive Tech City: Fort Myers Tech State/Province: FL Tech Postal Code: 33919 Tech Country: US Tech Phone: +1.3059124872 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: mchlprevite@gmail.com Name Server: ethan.ns.cloudflare.com Name Server: braelyn.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-09T00:33:33Z <<< |
| OFFICEDOCDRIVECLOUDIN.COM | Domain Name: officedocdrivecloudin.com Registry Domain ID: 2987661214_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-02T15:42:35Z Creation Date: 2025-05-30T12:51:51Z Registrar Registration Expiration Date: 2026-05-30T12:51:50Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: dave white Registrant Organization: N A Registrant Street: 350 Grant St Gary Indiana 46404 Registrant City: Gary Registrant State/Province: IN Registrant Postal Code: 46404 Registrant Country: US Registrant Phone: +1.4056787890 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: thceneda@gmail.com Registry Admin ID: Not Available From Registry Admin Name: dave white Admin Organization: N A Admin Street: |

| | |
|---|---|
| | 350 Grant St Gary Indiana 46404 Admin City: Gary Admin State/Province: IN Admin Postal Code: 46404 Admin Country: US Admin Phone: +1.4056787890 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: thceneda@gmail.com Registry Tech ID: Not Available From Registry Tech Name: dave white Tech Organization: N A Tech Street: 350 Grant St Gary Indiana 46404 Tech City: Gary Tech State/Province: IN Tech Postal Code: 46404 Tech Country: US Tech Phone: +1.4056787890 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: thceneda@gmail.com Name Server: quincy.ns.cloudflare.com Name Server: megan.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-02T15:42:35Z <<< |
| V-MRAK.COM | Domain Name: v-mrak.com Registry Domain ID: 2661925053_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-06-13T17:59:28Z Creation Date: 2021-12-15T19:43:33Z Registry Expiry Date: 2025-12-15T19:43:33Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: KENNETH.NS.CLOUDFLARE.COM Name Server: OPAL.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-21T01:00:14Z <<< |
| SHAREDCLOUDFILESR.COM | Domain Name: sharedcloudfilesr.com Registry Domain ID: 2915803251_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-18T08:08:48Z Creation Date: 2024-09-11T03:07:28Z Registrar Registration Expiration Date: 2025-09-11T03:07:28Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA |

| | |
|---|---|
| | REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedcloudfil esr.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedcloudfil esr.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedcloudfil esr.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedcloudfil esr.com Name Server: cody.ns.cloudflare.com Name Server: mira.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T01:01:35Z <<< |
| MICROSOFT-SECUREDOCUMENTS.COM | Domain Name: microsoft-securedocuments.com Registry Domain ID: 2367458 Registrar WHOIS Server: |

| | |
|---|---|
| | whois.ownregistrar.com Registrar URL: http://www.ownregistrar.com Updated Date: 2025-06-23T15:18:29Z Creation Date: 2025-06-23T15:18:30Z Registrar Registration Expiration Date: 2026-06-23T15:18:30Z Registrar: OwnRegistrar, Inc. Registrar IANA ID: 1250 Registrar Abuse Contact Email: abuse@ownregistrar.com Registrar Abuse Contact Phone: +91.2261426042 Domain Status: ok https://icann.org/epp#ok Registry Registrant ID: OR_345856 Registrant Name: Casey flown Registrant Organization: NA Registrant Street: 363 Uhler Ave Registrant City: Marion Registrant State/Province: Ohio Registrant Postal Code: 43302 Registrant Country: United States Registrant Phone: +1.7403273573 Registrant Phone Ext: 1 Registrant Fax: null Registrant Fax Ext: null Registrant Email: jennix18@gmail.com Registry Admin ID: OR_345856 Admin Name: Casey flown Admin Organization: NA Admin Street: 363 Uhler Ave Admin City: Marion Admin State/Province: Ohio Admin Postal Code: 43302 Admin Country: United States Admin Phone: +1.7403273573 Admin Phone Ext: 1 Admin Fax: null Admin Fax Ext: null Admin Email: jennix18@gmail.com Registry Tech ID: OR_345856 Tech Name: Casey flown Tech Organization: NA Tech Street: 363 Uhler Ave Tech City: Marion Tech State/Province: Ohio Tech Postal Code: 43302 Tech Country: United States Tech Phone: +1.7403273573 Tech Phone Ext: 1 Tech Fax: null Tech Fax Ext: null Tech Email: jennix18@gmail.com Name Server: blakely.ns.cloudflare.com Name Server: marvin.ns.cloudflare.com Name Server: null Name Server: null DNSSEC: Unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ For more information on Whois status codes, please visit https://icann.org/epp >>>Last update of WHOIS database: 2024-10-18T06:26:05Z<<< |
| ONEDRIVESECURECLOUDFILE.COM | No match for "ONEDRIVESECURECLOUDFILE.COM". >>> Last update of whois database: 2025-08-21T01:03:19Z <<< |
| MICROSOFT365DOCSSUITE.COM | Domain Name: microsoft365docssuite.com Registry Domain ID: 2909446753_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08- |

26T08:10:37Z Creation Date: 2024-08-19T20:53:17Z
Registrar Registration Expiration Date: 2025-08-
19T20:53:17Z Registrar: Cloudflare, Inc. Registrar IANA
ID: 1910 Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/microsoft365d
ocssuite.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/microsoft365d
ocssuite.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/microsoft365d
ocssuite.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/microsoft365d
ocssuite.com Name Server: alice.ns.cloudflare.com Name
Server: dante.ns.cloudflare.com DNSSEC: unsigned

| | |
|---|---|
| | Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T01:05:01Z <<< |
| INSPAYTAB.COM | Domain Name: inspaytab.com Registry Domain ID: 2969470238_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-06-13T12:34:13Z Creation Date: 2025-03-24T13:25:47Z Registry Expiry Date: 2026-03-24T13:25:47Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited Domain Status: clientHold https://icann.org/epp#clientHold Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited Name Server: GIANCARLO.NS.CLOUDFLARE.COM Name Server: SLOAN.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-21T01:05:37Z <<< |
| SECUREMESSAGE365.COM | No match for "securemessage365.com". >>> Last update of whois database: 2025-08-21T01:06:19Z <<< |
| OFFICEDRIVESECUREFILES.COM | Domain Name: OFFICEDRIVESECUREFILES.COM Registry Domain ID: 2913755963_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-12T22:51:37Z Creation Date: 2024-09-03T23:34:28Z Registrar Registration Expiration Date: 2025-09-03T23:34:28Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA |

| | REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/officedrivesecurefiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/officedrivesecurefiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/officedrivesecurefiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/officedrivesecurefiles.com Name Server: brady.ns.cloudflare.com Name Server: ruth.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T01:07:42Z <<< |
|---|---|
| ESHAREDCLOUDFILESDRIVE.COM | Domain Name: ESHAREDCLOUDFILESDRIVE.COM Registry Domain ID: 2926100328_DOMAIN_COM-VRSN |

Registrar WHOIS Server: whois.cloudflare.com
Registrar URL: https://www.cloudflare.com
Updated Date: 2024-11-11T17:23:05Z
Creation Date: 2024-10-17T04:05:20Z
Registrar Registration Expiration Date: 2025-10-17T04:05:20Z
Registrar: Cloudflare, Inc.
Registrar IANA ID: 1910
Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited
Domain Status: clienthold https://icann.org/epp#clienthold
Registry Registrant ID:
Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED
Registrant Street: DATA REDACTED
Registrant City: DATA REDACTED
Registrant State/Province: PA
Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/esharedcloudf
ilesdrive.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/esharedcloudf
ilesdrive.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED

| | |
|---|---|
| | Tech State/Province: DATA REDACTED<br>Tech Postal Code: DATA REDACTED<br>Tech Country: DATA REDACTED<br>Tech Phone: DATA REDACTED<br>Tech Phone Ext: DATA REDACTED<br>Tech Fax: DATA REDACTED<br>Tech Fax Ext: DATA REDACTED<br>Tech Email:<br>https://domaincontact.cloudflareregistrar.com/esharedcloudf<br>ilesdrive.com<br>Registry Billing ID:<br>Billing Name: DATA REDACTED<br>Billing Organization: DATA REDACTED<br>Billing Street: DATA REDACTED<br>Billing City: DATA REDACTED<br>Billing State/Province: DATA REDACTED<br>Billing Postal Code: DATA REDACTED<br>Billing Country: DATA REDACTED<br>Billing Phone: DATA REDACTED<br>Billing Phone Ext: DATA REDACTED<br>Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/esharedcloudf<br>ilesdrive.com<br>Name Server: gracie.ns.cloudflare.com<br>Name Server: langston.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-<br>abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-<br>21T01:08:53Z <<< |
| MICROSOFTSTORAGEDRI<br>VE.COM | Domain Name: MICROSOFTSTORAGEDRIVE.COM<br>Registry Domain ID: 2916138923_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-09-19T08:09:41Z<br>Creation Date: 2024-09-12T04:14:08Z<br>Registrar Registration Expiration Date: 2025-09-<br>12T04:14:08Z<br>Registrar: Cloudflare, Inc. |

Registrar IANA ID: 1910
Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited
Registry Registrant ID:
Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED
Registrant Street: DATA REDACTED
Registrant City: DATA REDACTED
Registrant State/Province: PA
Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/microsoftstora
gedrive.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/microsoftstora
gedrive.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED

| | |
|---|---|
| | Tech Email:<br>https://domaincontact.cloudflareregistrar.com/microsoftstoragedrive.com<br>Registry Billing ID:<br>Billing Name: DATA REDACTED<br>Billing Organization: DATA REDACTED<br>Billing Street: DATA REDACTED<br>Billing City: DATA REDACTED<br>Billing State/Province: DATA REDACTED<br>Billing Postal Code: DATA REDACTED<br>Billing Country: DATA REDACTED<br>Billing Phone: DATA REDACTED<br>Billing Phone Ext: DATA REDACTED<br>Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/microsoftstoragedrive.com<br>Name Server: aron.ns.cloudflare.com<br>Name Server: rob.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-21T01:12:18Z <<< |
| SHAREDONEDRIVECLOUD FILES.COM | Domain Name: sharedonedrivecloudfiles.com Registry Domain ID: 2926710507_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-27T08:11:43Z Creation Date: 2024-10-19T07:41:55Z Registrar Registration Expiration Date: 2025-10-19T07:41:55Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA |

| | |
|---|---|
| | REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedonedrivecloudfiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedonedrivecloudfiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedonedrivecloudfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedonedrivecloudfiles.com Name Server: maeve.ns.cloudflare.com Name Server: margo.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T01:14:43Z <<< |
| E-STORAGEDRIVE.COM | Domain Name: e-storagedrive.com Registry Domain ID: 2917318772_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-23T08:11:21Z Creation Date: 2024-09-16T17:19:21Z Registrar Registration Expiration Date: 2025-09- |

16T17:19:21Z Registrar: Cloudflare, Inc. Registrar IANA
ID: 1910 Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflaregistrar.com/e-
storagedrive.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email: https://domaincontact.cloudflareregistrar.com/e-
storagedrive.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/e-
storagedrive.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email: https://domaincontact.cloudflareregistrar.com/e-
storagedrive.com Name Server: anahi.ns.cloudflare.com
Name Server: yoxall.ns.cloudflare.com DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com Registrar Abuse Contact Phone:
+1.4153197517 URL of the ICANN WHOIS Data Problem

| | Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T01:15:25Z <<< |
|---|---|
| MICROSOFT365CLOUDFIL ESSERVICE.COM | Domain Name: microsoft365cloudfilesservice.com Registry Domain ID: 2952469080_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-01-22T08:24:16Z Creation Date: 2025-01-21T15:38:25Z Registry Expiry Date: 2026-01-21T15:38:25Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: ANNABEL.NS.CLOUDFLARE.COM Name Server: DIMITRIS.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-21T01:16:00Z <<< |
| WORKDAYSFLIER.COM | Domain Name: workdaysflier.com Registry Domain ID: 2968596312_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-03-20T18:49:06Z Creation Date: 2025-03-20T18:17:55Z Registry Expiry Date: 2026-03-20T18:17:55Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: ANTON.NS.CLOUDFLARE.COM Name Server: BLAIR.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-21T01:16:44Z <<< |
| ECLOUD-SHAREDFILE.COM | Domain Name: ecloud-sharedfile.com Registry Domain ID: 2921009548_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-05T08:10:45Z Creation Date: 2024-09-28T18:41:25Z Registrar Registration Expiration Date: 2025-09-28T18:41:25Z Registrar: Cloudflare, Inc. Registrar IANA |

ID: 1910 Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/ecloud-
sharedfile.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/ecloud-
sharedfile.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/ecloud-
sharedfile.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/ecloud-
sharedfile.com Name Server: fay.ns.cloudflare.com Name
Server: jim.ns.cloudflare.com DNSSEC: unsigned Registrar
Abuse Contact Email: registrar-abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517 URL of the
ICANN WHOIS Data Problem Reporting System:

| | http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T01:17:30Z <<< |
|---|---|
| E-SHAREDONEDRIVEFILE.C OM | Domain Name: e-sharedonedrivefile.com Registry Domain ID: 2918961683_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-29T08:11:42Z Creation Date: 2024-09-22T02:45:12Z Registrar Registration Expiration Date: 2025-09-22T02:45:12Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/e-sharedonedrivefile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/e-sharedonedrivefile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/e-sharedonedrivefile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA |

| | |
|---|---|
| | REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/e-sharedonedrivefile.com Name Server: virginia.ns.cloudflare.com Name Server: west.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-21T01:18:18Z <<< |
| SHAREDEDRIVECLOUDFILE.COM | Domain Name: SHAREDEDRIVECLOUDFILE.COM Registry Domain ID: 2947406018_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-01-03T23:23:07Z Creation Date: 2025-01-03T13:00:45Z Registry Expiry Date: 2026-01-03T13:00:45Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: PEDRO.NS.CLOUDFLARE.COM Name Server: RAPHAELA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-21T01:18:44Z <<< |
| H-GSOLICITORS.COM | Domain Name: h-gsolicitors.com Registry Domain ID: 2911514818_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-04-14T04:28:40Z Creation Date: 2024-08-27T13:59:16Z Registrar Registration Expiration Date: 2025-08-27T13:59:16Z Registrar: GMO Internet, Inc. |

Registrar IANA ID: 49
Registrar Abuse Contact Email: abuse@gmo.jp
Registrar Abuse Contact Phone: +81.337709199
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Woodlands Mechanical
Registrant Organization: Woodlandmech
Registrant Street: Henderson NV 89052
Registrant City: Nevada
Registrant State/Province: NV
Registrant Postal Code: 89036
Registrant Country: US
Registrant Phone: +1.4470923487
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: woodlandmech@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Woodlands Mechanical
Admin Organization: Woodlandmech
Admin Street: Henderson NV 89052
Admin City: Nevada
Admin State/Province: NV
Admin Postal Code: 89036
Admin Country: US
Admin Phone: +1.4470923487
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: woodlandmech@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Woodlands Mechanical
Tech Organization: Woodlandmech
Tech Street: Henderson NV 89052
Tech City: Nevada
Tech State/Province: NV
Tech Postal Code: 89036
Tech Country: US
Tech Phone: +1.4470923487
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: woodlandmech@gmail.com
Name Server: langston.ns.cloudflare.com
Name Server: alexia.ns.cloudflare.com

| | |
|---|---|
| | DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-04-14T04:28:40Z <<< |
| ESHAREDONEDRIVEFILES.<br>COM | Domain Name: ESHAREDONEDRIVEFILES.COM<br>Registry Domain ID: 2918955100_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-09-28T08:10:50Z<br>Creation Date: 2024-09-21T23:54:41Z<br>Registrar Registration Expiration Date: 2025-09-21T23:54:41Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited<br>https://icann.org/epp#clienttransferprohibited<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED<br>Registrant Street: DATA REDACTED<br>Registrant City: DATA REDACTED<br>Registrant State/Province: PA<br>Registrant Postal Code: DATA REDACTED<br>Registrant Country: US<br>Registrant Phone: DATA REDACTED<br>Registrant Phone Ext: DATA REDACTED<br>Registrant Fax: DATA REDACTED<br>Registrant Fax Ext: DATA REDACTED<br>Registrant Email:<br>https://domaincontact.cloudflareregistrar.com/esharedonedrivefiles.com<br>Registry Admin ID:<br>Admin Name: DATA REDACTED<br>Admin Organization: DATA REDACTED<br>Admin Street: DATA REDACTED<br>Admin City: DATA REDACTED<br>Admin State/Province: DATA REDACTED<br>Admin Postal Code: DATA REDACTED<br>Admin Country: DATA REDACTED<br>Admin Phone: DATA REDACTED<br>Admin Phone Ext: DATA REDACTED<br>Admin Fax: DATA REDACTED<br>Admin Fax Ext: DATA REDACTED |

Admin Email:
https://domaincontact.cloudflareregistrar.com/esharedonedri
vefiles.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/esharedonedri
vefiles.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing Email:
https://domaincontact.cloudflareregistrar.com/esharedonedri
vefiles.com
Name Server: virginia.ns.cloudflare.com
Name Server: west.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2025-08-
21T01:22:47Z <<<

| OFFICE365SECURESHARE.<br>COM | Domain Name: office365secureshare.com Registry Domain ID: 2911776989_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-04T08:27:40Z Creation Date: 2024-08-28T03:10:32Z Registrar Registration Expiration Date: 2025-08-28T03:10:32Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/office365secureshare.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/office365secureshare.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/office365secureshare.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing |

| | |
|---|---|
| | Email: https://domaincontact.cloudflareregistrar.com/office365secureshare.com Name Server: felipe.ns.cloudflare.com Name Server: gabriella.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T02:59:45Z <<< |
| LOGINONLINEDOCUMENTIN.COM | Domain Name: loginonlinedocumentin.com Registry Domain ID: 2986831638_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-28T00:02:23Z Creation Date: 2025-05-27T14:56:50Z Registrar Registration Expiration Date: 2026-05-27T14:56:50Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: love you Registrant Organization: N A Registrant Street: 314 west st Registrant City: Boone Registrant State/Province: IA Registrant Postal Code: 50036 Registrant Country: US Registrant Phone: +1.5156752233 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: store.mca@maxx-coffee.id Registry Admin ID: Not Available From Registry Admin Name: love you Admin Organization: N A Admin Street: 314 west st Admin City: Boone Admin State/Province: IA Admin Postal Code: 50036 Admin Country: US Admin Phone: +1.5156752233 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: store.mca@maxx-coffee.id Registry Tech ID: Not Available From Registry Tech Name: love you Tech Organization: N A Tech Street: 314 west st Tech City: Boone Tech State/Province: IA Tech Postal Code: 50036 Tech Country: US Tech Phone: +1.5156752233 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: store.mca@maxx-coffee.id Name Server: naomi.ns.cloudflare.com Name Server: algin.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-28T00:02:23Z <<< |

| MICROSOFTDOCSCLOUDP ORTAL.COM | Domain Name: microsoftdocscloudportal.com Registry Domain ID: 2985212620_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-21T17:36:25Z Creation Date: 2025-05-21T07:57:18Z Registrar Registration Expiration Date: 2026-05-21T07:57:17Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect LLC PrivacyProtect org Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect LLC PrivacyProtect org Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect LLC PrivacyProtect org Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: ulla.ns.cloudflare.com Name Server: cleo.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-21T17:36:25Z <<< |
| AWL-MX.COM | Domain name: awl-mx.com Registry Domain ID: 2936000655_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namecheap.com Registrar URL: http://www.namecheap.com Updated Date: 0001-01-01T00:00:00.00Z Creation Date: 2024-11-21T18:35:51.00Z Registrar Registration Expiration Date: 2025-11-21T18:35:51.00Z Registrar: NAMECHEAP INC Registrar |

| | IANA ID: 1068 Registrar Abuse Contact Email: abuse@namecheap.com Registrar Abuse Contact Phone: +1.9854014545 Reseller: NAMECHEAP INC Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Domain Status: addPeriod https://icann.org/epp#addPeriod Registry Registrant ID: Registrant Name: Redacted for Privacy Registrant Organization: Privacy service provided by Withheld for Privacy ehf Registrant Street: Kalkofnsvegur 2 Registrant City: Reykjavik Registrant State/Province: Capital Region Registrant Postal Code: 101 Registrant Country: IS Registrant Phone: +354.4212434 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: 6284b6c374c347d6946b07e219300a0d.protect@withheldfor privacy.com Registry Admin ID: Admin Name: Redacted for Privacy Admin Organization: Privacy service provided by Withheld for Privacy ehf Admin Street: Kalkofnsvegur 2 Admin City: Reykjavik Admin State/Province: Capital Region Admin Postal Code: 101 Admin Country: IS Admin Phone: +354.4212434 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: 6284b6c374c347d6946b07e219300a0d.protect@withheldfor privacy.com Registry Tech ID: Tech Name: Redacted for Privacy Tech Organization: Privacy service provided by Withheld for Privacy ehf Tech Street: Kalkofnsvegur 2 Tech City: Reykjavik Tech State/Province: Capital Region Tech Postal Code: 101 Tech Country: IS Tech Phone: +354.4212434 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: 6284b6c374c347d6946b07e219300a0d.protect@withheldfor privacy.com Name Server: barbara.ns.cloudflare.com Name Server: hans.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-22T16:05:17.10Z <<< |
| --- | --- |
| O365DOCSSUITE.COM | Domain Name: o365docssuite.com Registry Domain ID: 2929963477_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-06T08:10:02Z Creation Date: 2024-10-30T00:21:01Z Registrar Registration Expiration Date: 2025-10-30T00:21:01Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry |

Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/o365docssuite
.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/o365docssuite
.com Registry Tech ID: Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED Tech Street:
DATA REDACTED Tech City: DATA REDACTED Tech
State/Province: DATA REDACTED Tech Postal Code:
DATA REDACTED Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED Tech Phone Ext: DATA
REDACTED Tech Fax: DATA REDACTED Tech Fax Ext:
DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/o365docssuite
.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/o365docssuite
.com Name Server: alice.ns.cloudflare.com Name Server:
dante.ns.cloudflare.com DNSSEC: unsigned Registrar
Abuse Contact Email: registrar-abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517 URL of the
ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/ >>> Last update of WHOIS
database: 2025-08-23T03:06:06Z <<<

| DOCSHAREFILESHARINGS ERVICE.COM | Domain Name: docsharefilesharingservice.com Registry Domain ID: 2916115540_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-18T08:10:18Z Creation Date: 2024-09-11T23:27:00Z Registrar Registration Expiration Date: 2025-09-11T23:27:00Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/docsharefilesh aringservice.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/docsharefilesh aringservice.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/docsharefilesh aringservice.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing |

| | |
|---|---|
| | Email: https://domaincontact.cloudflareregistrar.com/docsharefilesharingservice.com Name Server: bowen.ns.cloudflare.com Name Server: lilith.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:07:18Z <<< |
| ODGWRUND.COM | Domain Name: odgwrund.com Registry Domain ID: 2963182999_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-04-29T01:06:54Z Creation Date: 2025-02-27T21:40:13Z Registrar Registration Expiration Date: 2026-02-27T21:40:13Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: ghj gh Registrant Organization: REDACTED FOR PRIVACY Registrant Street: 1392 E BONDS RANCH RD, Registrant City: Arlington Registrant State/Province: TX Registrant Postal Code: 76001 Registrant Country: US Registrant Phone: +1.3456778906 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: keedew12@gmail.com Registry Admin ID: Not Available From Registry Admin Name: ghj gh Admin Organization: restte inc Admin Street: 1392 E BONDS RANCH RD, Admin City: Arlington Admin State/Province: TX Admin Postal Code: 76001 Admin Country: US Admin Phone: +1.3456778906 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: keedew12@gmail.com Registry Tech ID: Not Available From Registry Tech Name: ghj gh Tech Organization: restte inc Tech Street: 1392 E BONDS RANCH RD, Tech City: Arlington Tech State/Province: TX Tech Postal Code: 76001 Tech Country: US Tech Phone: +1.3456778906 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: keedew12@gmail.com Name Server: igor.ns.cloudflare.com Name Server: millie.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> |

| | Last update of WHOIS database: 2025-08-23T03:08:13Z <<< |
|---|---|
| MWORDNOWMSN.COM | Domain Name: mwordnowmsn.com Registry Domain ID: 2900760100_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2025-08-12T12:00:14Z Creation Date: 2024-07-19T23:03:33Z Registrar Registration Expiration Date: 2025-07-19T23:03:33Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/mwordnowmsn.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/mwordnowmsn.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/mwordnowmsn.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: |

| | |
|---|---|
| | DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/mwordnowmsn.com Name Server: lilith.ns.cloudflare.com Name Server: uriah.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:09:38Z <<< |
| CLOUDOFFICEDRIVE.COM | Domain Name: CLOUDOFFICEDRIVE.COM Registry Domain ID: 2917226495_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-22T08:09:20Z Creation Date: 2024-09-15T19:54:43Z Registrar Registration Expiration Date: 2025-09-15T19:54:43Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/cloudofficedrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/cloudofficedrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: |

| | |
|---|---|
| | DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/cloudofficedrive.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/cloudofficedrive.com Name Server: arushi.ns.cloudflare.com Name Server: vin.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:10:55Z <<< |
| DOCCLOUDSHAREDDRIVE.COM | Domain Name: DOCCLOUDSHAREDDRIVE.COM Registry Domain ID: 2922188380_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-08T17:28:58Z Creation Date: 2024-10-03T01:25:44Z Registrar Registration Expiration Date: 2025-10-03T01:25:44Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/doccloudshareddrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA |

| | |
|---|---|
| | REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/doccloudshare ddrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/doccloudshare ddrive.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/doccloudshare ddrive.com Name Server: alexis.ns.cloudflare.com Name Server: jill.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:12:03Z <<< |
| CLOUDSTORAGEFILE.COM | Domain Name: cloudstoragefile.com Registry Domain ID: 2929650900_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-05T08:10:10Z Creation Date: 2024-10-29T09:47:18Z Registrar Registration Expiration Date: 2025-10-29T09:47:18Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA |

REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/cloudstoragefi
le.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/cloudstoragefi
le.com Registry Tech ID: Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED Tech Street:
DATA REDACTED Tech City: DATA REDACTED Tech
State/Province: DATA REDACTED Tech Postal Code:
DATA REDACTED Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED Tech Phone Ext: DATA
REDACTED Tech Fax: DATA REDACTED Tech Fax Ext:
DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/cloudstoragefi
le.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/cloudstoragefi
le.com Name Server: anirban.ns.cloudflare.com Name
Server: robin.ns.cloudflare.com DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com Registrar Abuse Contact Phone:
+1.4153197517 URL of the ICANN WHOIS Data Problem
Reporting System: http://wdprs.internic.net/ >>> Last
update of WHOIS database: 2025-08-23T03:12:43Z <<<

| OFFICE365CLOUDSUITES.COM | Domain Name: office365cloudsuites.com Registry Domain ID: 2909203729_DOMAIN_COM-VRSN Registrar WHOIS |

Server: whois.cloudflare.com Registrar URL:
https://www.cloudflare.com Updated Date: 2024-09-
12T23:58:04Z Creation Date: 2024-08-19T08:26:42Z
Registrar Registration Expiration Date: 2025-08-
19T08:26:42Z Registrar: Cloudflare, Inc. Registrar IANA
ID: 1910 Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited Domain
Status: clienthold https://icann.org/epp#clienthold Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/office365clou
dsuites.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/office365clou
dsuites.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/office365clou
dsuites.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:

| | |
|---|---|
| | https://domaincontact.cloudflareregistrar.com/office365clou dsuites.com Name Server: chloe.ns.cloudflare.com Name Server: piers.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:13:35Z <<< |
| ESHAREDOFFICEONEDRIV E.COM | Domain Name: esharedofficeonedrive.com Registry Domain ID: 2961488650_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-04-24T00:05:13Z Creation Date: 2025-02-22T05:25:51Z Registrar Registration Expiration Date: 2026-02-22T05:25:51Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: dsldlkssl sdslkd Registrant Organization: Registrant Street: 1498 Shearwood Forest Drive Registrant City: Belmont Registrant State/Province: Registrant Postal Code: 03220 Registrant Country: US Registrant Phone: +1.484731620 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: sleeplessh1@raccoono365.net Registry Admin ID: Not Available From Registry Admin Name: dsldlkssl sdslkd Admin Organization: Admin Street: 1498 Shearwood Forest Drive Admin City: Belmont Admin State/Province: Admin Postal Code: 03220 Admin Country: US Admin Phone: +1.484731620 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: sleeplessh1@raccoono365.net Registry Tech ID: Not Available From Registry Tech Name: dsldlkssl sdslkd Tech Organization: Tech Street: 1498 Shearwood Forest Drive Tech City: Belmont Tech State/Province: Tech Postal Code: 03220 Tech Country: US Tech Phone: +1.484731620 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: sleeplessh1@raccoono365.net Name Server: odin.ns.cloudflare.com Name Server: raina.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> |

| | |
|---|---|
| | Last update of WHOIS database: 2025-08-23T03:14:21Z <<< |
| MICROSOFT365DOCSUITE.COM | Domain Name: microsoft365docsuite.com Registry Domain ID: 2909243977_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-26T08:10:16Z Creation Date: 2024-08-19T15:59:15Z Registrar Registration Expiration Date: 2025-08-19T15:59:15Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/microsoft365docsuite.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/microsoft365docsuite.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/microsoft365docsuite.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: |

| | |
|---|---|
| | DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/microsoft365d ocsuite.com Name Server: serenity.ns.cloudflare.com Name Server: shane.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:15:40Z <<< |
| MISCROSOFTDOCUMENTR EVIEWTODAY.COM | Domain Name: microsoftdocumentreviewtoday.com Registry Domain ID: 2986065236_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.dynu.com Registrar URL: https://www.dynu.com http://www.dynu.com Updated Date: 2025-05-25T23:25:41+00:00 2025-05-25 Creation Date: 2025-05-24T14:09:33+00:00 2025-05-24 Registrar Registration Expiration Date: 2026-05-24T14:09:33+00:00 2026-05-24 Registrar: Dynu Systems, Inc. Dynu Systems Incorporated Sponsoring Registrar IANA ID: 3857 Registrar Abuse Contact Email: abuse@dynu.com Registrar Abuse Contact Phone: +1.6029045357 Status: clientTransferProhibited Registry Registrant ID: 1028-DYNU Registrant Name: REDACTED FOR PRIVACY (DT) Registrant Organization: Registrant Street: REDACTED FOR PRIVACY (DT) Registrant City: REDACTED FOR PRIVACY (DT) Registrant State/Province: CA Registrant Postal Code: REDACTED FOR PRIVACY (DT) Registrant Country: US Registrant Phone: REDACTED FOR PRIVACY (DT) Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: REDACTED FOR PRIVACY (DT) Registry Admin ID: 1028-DYNU Admin Name: REDACTED FOR PRIVACY (DT) Admin Organization: Admin Street: REDACTED FOR PRIVACY (DT) Admin City: REDACTED FOR PRIVACY (DT) |

| | |
|---|---|
| | Admin State/Province: CA<br>Admin Postal Code: REDACTED FOR PRIVACY (DT)<br>Admin Country: US<br>Admin Phone: REDACTED FOR PRIVACY (DT)<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: REDACTED FOR PRIVACY (DT)<br>Registry Tech ID: 1028-DYNU<br>Tech Name: REDACTED FOR PRIVACY (DT)<br>Tech Organization:<br>Tech Street: REDACTED FOR PRIVACY (DT)<br>Tech City: REDACTED FOR PRIVACY (DT)<br>Tech State/Province: CA<br>Tech Postal Code: REDACTED FOR PRIVACY (DT)<br>Tech Country: US<br>Tech Phone: REDACTED FOR PRIVACY (DT)<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: REDACTED FOR PRIVACY (DT)<br>Registry Billing ID:<br>Billing Name:<br>Billing Organization:<br>Billing Street:<br>Billing City:<br>Billing State/Province:<br>Billing Postal Code:<br>Billing Country:<br>Billing Phone:<br>Billing Phone Ext:<br>Billing Fax:<br>Billing Fax Ext:<br>Billing Email:<br>Nameservers: guss.ns.cloudflare.com<br>raquel.ns.cloudflare.com<br>DNSSEC: Unsigned |
| MNONLIVANIN.COM | Domain Name: mnonlivanin.com Registry Domain ID:<br>2994053845_DOMAIN_COM-VRSN Registrar WHOIS<br>Server: whois.discount-domain.com Registrar URL:<br>http://www.onamae.com Updated Date: 2025-06-<br>23T08:28:38Z Creation Date: 2025-06-22T21:54:44Z<br>Registrar Registration Expiration Date: 2026-06-<br>22T21:54:44Z Registrar: GMO Internet, Inc. Registrar<br>IANA ID: 49 Registrar Abuse Contact Email:<br>abuse@gmo.jp Registrar Abuse Contact Phone: |

| | |
|---|---|
| | +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: love you Registrant Organization: N A Registrant Street: 314 west st Registrant City: Boone Registrant State/Province: IA Registrant Postal Code: 50036 Registrant Country: US Registrant Phone: +1.5156752233 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: store.mca@maxx-coffee.id Registry Admin ID: Not Available From Registry Admin Name: love you Admin Organization: N A Admin Street: 314 west st Admin City: Boone Admin State/Province: IA Admin Postal Code: 50036 Admin Country: US Admin Phone: +1.5156752233 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: store.mca@maxx-coffee.id Registry Tech ID: Not Available From Registry Tech Name: love you Tech Organization: N A Tech Street: 314 west st Tech City: Boone Tech State/Province: IA Tech Postal Code: 50036 Tech Country: US Tech Phone: +1.5156752233 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: store.mca@maxx-coffee.id Name Server: keaton.ns.cloudflare.com Name Server: carioca.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-23T08:28:38Z <<< |
| OFFICE365CLOUDSHARE.COM | Domain Name: office365cloudshare.com Registry Domain ID: 2911793833_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-04T08:28:26Z Creation Date: 2024-08-28T07:32:02Z Registrar Registration Expiration Date: 2025-08-28T07:32:02Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/office365cloudshare.com Registry Admin ID: Admin Name: DATA |

| | |
|---|---|
| | REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/office365clou dshare.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/office365clou dshare.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/office365clou dshare.com Name Server: paislee.ns.cloudflare.com Name Server: watson.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:22:52Z <<< |
| SHAREDDRIVEURLFILES.C OM | Domain Name: shareddriveurlfiles.com Registry Domain ID: 2931345349_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-11T08:15:52Z Creation Date: 2024-11-04T03:36:30Z Registrar Registration Expiration Date: 2025-11-04T03:36:30Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED |

Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/shareddriveurl files.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/shareddriveurl files.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/shareddriveurl files.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/shareddriveurl files.com Name Server: irena.ns.cloudflare.com Name Server: memphis.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:23:48Z <<<

| ESHAREDDRIVECLOUD.C OM | Domain Name: esliareddrivecloud.com Registry Domain ID: 2925473039_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-08T17:25:37Z Creation Date: 2024-10-14T23:04:50Z Registrar Registration Expiration Date: 2025-10-14T23:04:50Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/eshareddrivecl oud.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/eshareddrivecl oud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/eshareddrivecl oud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA |

117

| | |
|---|---|
| | REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/eshareddrivecloud.com Name Server: art.ns.cloudflare.com Name Server: robin.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:24:32Z <<< |
| PDF-APP-DOCUMENT.COM | Domain Name: pdf-app-document.com Registry Domain ID: 2998823617_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namesrs.com Registrar URL: https://www.namesrs.com Creation Date: 2025-07-09T08:16:19.00Z Registrar Registration Expiration Date: 2026-07-09T08:16:19.00Z Registrar: Name SRS AB Registrar IANA ID: 638 Registrar Abuse Contact Email: abuse@namesrs.com Registrar Abuse Contact Phone: +46.313011220 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Protected Registrant Name: Protected Protected Registrant Organization: Shield Whois Registrant Street: Radiov??gen 2 Registrant City: V??stra Fr??lunda Registrant State: Registrant Postal Code: 42147 Registrant Country: SE Registrant Phone: +46.104500390 Registrant Fax: Registrant Email: pdf-app-document.com@shieldwhois.com Registry Admin ID: Protected Admin Name: Protected Protected Admin Organization: Shield Whois Admin Street: Radiov??gen 2 Admin City: V??stra Fr??lunda Admin Postal Code: 42147 Admin Country: SE Admin Phone: +46.104500390 Admin Fax: Admin Email: pdf-app-document.com@shieldwhois.com Registry Tech ID: Protected Tech Name: Protected Protected Tech Organization: Shield Whois Tech Street: Radiov??gen 2 Tech City: V??stra Fr??lunda Tech Postal Code: 42147 Tech Country: SE Tech Phone: +46.104500390 Tech Fax: Tech Email: pdf-app-document.com@shieldwhois.com Name Server: HAZEL.NS.CLOUDFLARE.COM Name Server: JEREMY.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ Last update of WHOIS database: 2025-08-23T03:26:57.00Z |
| ZZOURA.COM | Domain Name: zzoura.com Registry Domain ID: 2970296625_DOMAIN_COM-VRSN Registrar WHOIS |

| | Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-06-19T17:55:15Z Creation Date: 2025-03-27T08:30:40Z Registry Expiry Date: 2026-03-27T08:30:40Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: CAROL.NS.CLOUDFLARE.COM Name Server: NITIN.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T03:27:54Z <<< |
|---|---|
| BARCODEDOCUMENTSON LINE.COM | Domain Name: barcodedocumentsonline.com Registry Domain ID: 2917816949_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-24T08:10:47Z Creation Date: 2024-09-17T22:31:02Z Registrar Registration Expiration Date: 2025-09-17T22:31:02Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/barcodedocu mentsonline.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/barcodedocu mentsonline.com Registry Tech ID: Tech Name: DATA |

| | |
|---|---|
| | REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/barcodedocu mentsonline.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/barcodedocu mentsonline.com Name Server: mariah.ns.cloudflare.com Name Server: tate.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:30:05Z <<< |
| 365DOCSSUITE.COM | Domain Name: 365docssuite.com Registry Domain ID: 2923590250_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-15T08:11:32Z Creation Date: 2024-10-08T17:13:57Z Registrar Registration Expiration Date: 2025-10-08T17:13:57Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Country: US Registrant Postal Code: DATA REDACTED Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/365docssuite. com Registry Admin ID: Admin Name: DATA |

| | |
|---|---|
| | REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/365docssuite.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/365docssuite.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/365docssuite.com Name Server: alice.ns.cloudflare.com Name Server: dante.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:31:23Z <<< |
| SHAREDFILESPAGE.COM | Domain Name: sharedfilespage.com Registry Domain ID: 2912942064_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-08T08:10:03Z Creation Date: 2024-09-01T02:50:29Z Registrar Registration Expiration Date: 2025-09-01T02:50:29Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED |

Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedfilespage.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedfilespage.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedfilespage.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedfilespage.com Name Server: chuck.ns.cloudflare.com Name Server: nicole.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:32:25Z <<<

| VIRTUALCLOUDFILESDRIVE.COM | Domain Name: virtualcloudfilesdrive.com Registry Domain ID: 2912383257_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-06T08:11:16Z Creation Date: 2024-08-30T04:26:50Z Registrar Registration Expiration Date: 2025-08-30T04:26:50Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/virtualcloudfilesdrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/virtualcloudfilesdrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/virtualcloudfilesdrive.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing |

| | |
|---|---|
| | Email: https://domaincontact.cloudflareregistrar.com/virtualcloudfil esdrive.com Name Server: coraline.ns.cloudflare.com Name Server: harley.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:33:28Z <<< |
| EDRIVECLOUDFILES.COM | Domain Name: edrivecloudfiles.com Registry Domain ID: 2921595107_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar WHOIS Server URL: https://www.cloudflare.com Updated Date: 2024-11-08T16:46:26Z Creation Date: 2024-09-30T22:26:29Z Registrar Registration Expiration Date: 2025-09-30T22:26:29Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/edrivecloudfil es.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/edrivecloudfil es.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA |

| | |
|---|---|
| | REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/edrivecloudfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/edrivecloudfiles.com Name Server: galilea.ns.cloudflare.com Name Server: margo.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:34:48Z <<< |
| OFFICECLOUDDRIVESHAREDFILE.COM | Domain Name: microsoft365docssuite.com Registry Domain ID: 2909446753_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-26T08:10:37Z Creation Date: 2024-08-19T20:53:17Z Registrar Registration Expiration Date: 2025-08-19T20:53:17Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/microsoft365docssuite.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED |

| | |
|---|---|
| | Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/microsoft365d ocssuite.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/microsoft365d ocssuite.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/microsoft365d ocssuite.com Name Server: alice.ns.cloudflare.com Name Server: dante.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:51:09Z <<< |
| VOICEMAILOIPSSEC.COM | Domain Name: VOICEMAILOIPSSEC.COM Registry Domain ID: 2969682483_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-03-25T14:40:14Z Creation Date: 2025-03-24T20:25:23Z Registry Expiry Date: 2026-03-24T20:25:23Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: BENEDICT.NS.CLOUDFLARE.COM Name Server: RIYA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL |

| | |
|---|---|
| | of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T03:52:46Z <<< |
| ESHAREDONEDRIVECLOUDFILES.COM | Domain Name: esharedonedrivecloudfiles.com Registry Domain ID: 2925821348_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-23T08:11:03Z Creation Date: 2024-10-16T11:19:34Z Registrar Registration Expiration Date: 2025-10-16T11:19:34Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/esharedonedrivecloudfiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/esharedonedrivecloudfiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/esharedonedrivecloudfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED |

| | |
|---|---|
| | Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/esharedonedrivecloudfiles.com Name Server: millie.ns.cloudflare.com Name Server: nile.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:53:27Z <<< |
| VIRTUALDRIVESHAREDCLOUDFILES.COM | Domain Name: virtualdrivesharedcloudfiles.com Registry Domain ID: 2916772944_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-21T08:09:58Z Creation Date: 2024-09-14T15:07:46Z Registrar Registration Expiration Date: 2025-09-14T15:07:46Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/virtualdrivesharedcloudfiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/virtualdrivesharedcloudfiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED |

| | Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/virtualdrivesharedcloudfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/virtualdrivesharedcloudfiles.com Name Server: dax.ns.cloudflare.com Name Server: lia.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:54:10Z <<< |
|---|---|
| SHAREDDOCUMENTSO365COLLABORATIONS.COM | Domain Name: shareddocumentso365collaborations.com Registry Domain ID: 2956942094_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-04-08T01:05:39Z Creation Date: 2025-02-06T18:25:21Z Registrar Registration Expiration Date: 2026-02-06T18:25:21Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: dsdksldkd sdlkslkdsdkl Registrant Organization: REDACTED FOR PRIVACY Registrant Street: 9602 4th Ave Registrant City: Brooklyn Registrant State/Province: NY Registrant Postal Code: 11209 Registrant Country: US Registrant Phone: +1.4844731620 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: ikaoutsider@raccoono365.net Registry Admin ID: Not Available From Registry Admin Name: dsdksldkd sdlkslkdsdkl Admin Organization: Admin Street: 9602 4th Ave Admin City: Brooklyn Admin State/Province: NY Admin Postal Code: 11209 Admin Country: US Admin |

| | |
|---|---|
| | Phone: +1.4844731620 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: ikaoutsider@raccoono365.net Registry Tech ID: Not Available From Registry Tech Name: dsdksldkd sdlkslkdsdkl Tech Organization: Tech Street: 9602 4th Ave Tech City: Brooklyn Tech State/Province: NY Tech Postal Code: 11209 Tech Country: US Tech Phone: +1.4844731620 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: ikaoutsider@raccoono365.net Name Server: may.ns.cloudflare.com Name Server: tate.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:55:09Z <<< |
| OFFICEPRECLOUD.COM | Domain Name: officeprecloud.com Registry Domain ID: 2910318619_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-29T08:09:58Z Creation Date: 2024-08-22T20:11:30Z Registrar Registration Expiration Date: 2025-08-22T20:11:30Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/officeprecloud .com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/officeprecloud |

| | |
|---|---|
| | .com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/officeprecloud .com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/officeprecloud .com Name Server: erin.ns.cloudflare.com Name Server: noel.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T03:55:59Z <<< |
| O365CLOUDFILE.COM | Domain Name: o365cloudfile.com Registry Domain ID: 2994063520_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-23T10:20:10Z Creation Date: 2025-06-23T01:01:38Z Registrar Registration Expiration Date: 2026-06-23T01:01:38Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect LLC PrivacyProtect org Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry |

| | |
|---|---|
| | Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect LLC PrivacyProtect org Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect LLC PrivacyProtect org Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: chin.ns.cloudflare.com Name Server: bart.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-23T10:20:10Z <<< |
| REVIEWFILE.NET | Domain Name: reviewfile.net Registry Domain ID: 2948490956_DOMAIN_NET-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-01-08T18:42:53Z Creation Date: 2025-01-07T14:39:23Z Registry Expiry Date: 2026-01-07T14:39:23Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: MEGAN.NS.CLOUDFLARE.COM Name Server: SAM.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T03:57:35Z <<< |
| STAELLON.COM | Domain Name: staellon.com Registry Domain ID: 2987301993_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-29T05:30:13Z Creation Date: 2025-05-28T21:33:59Z Registrar Registration Expiration Date: 2026-05-28T21:33:58Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: |

| | |
|---|---|
| | +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: cheryl Sharp Registrant Organization: grupo cobo Registrant Street: 104 E gerald dr Registrant City: anadarko Registrant State/Province: OK Registrant Postal Code: 73005 Registrant Country: US Registrant Phone: +1.4058850460 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: oodybugs53@gmail.com Registry Admin ID: Not Available From Registry Admin Name: cheryl Sharp Admin Organization: grupo cobo Admin Street: 104 E gerald dr Admin City: anadarko Admin State/Province: OK Admin Postal Code: 73005 Admin Country: US Admin Phone: +1.4058850460 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: oodybugs53@gmail.com Registry Tech ID: Not Available From Registry Tech Name: cheryl Sharp Tech Organization: grupo cobo Tech Street: 104 E gerald dr Tech City: anadarko Tech State/Province: OK Tech Postal Code: 73005 Tech Country: US Tech Phone: +1.4058850460 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: oodybugs53@gmail.com Name Server: vin.ns.cloudflare.com Name Server: lorna.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-29T05:30:13Z <<< |
| OFFICECLOUDFILES.COM | Domain Name: OFFICECLOUDFILES.COM Registry Domain ID: 2910060175_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-29T08:08:48Z Creation Date: 2024-08-22T04:42:13Z Registrar Registration Expiration Date: 2025-08-22T04:42:13Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA |

Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/officecloudfil
es.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/officecloudfil
es.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/officecloudfil
es.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED

Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing Email:
https://domaincontact.cloudflareregistrar.com/officecloudfil
es.com
Name Server: bjorn.ns.cloudflare.com
Name Server: daisy.ns.cloudflare.com
DNSSEC: signedDelegation
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2025-08-
23T03:59:58Z <<<

Domain Name: officedocumentscloud.com
Registry Domain ID: 2978070122_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.discount-domain.com
Registrar URL: http://www.onamae.com
Updated Date: 2025-04-28T20:13:54Z
Creation Date: 2025-04-25T17:50:43Z
Registrar Registration Expiration Date: 2026-04-
25T17:50:43Z
Registrar: GMO Internet, Inc.
Registrar IANA ID: 49
Registrar Abuse Contact Email: abuse@gmo.jp
Registrar Abuse Contact Phone: +81.337709199
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Hhsss Sjshss
Registrant Organization: Ssk
Registrant Street: 509 Willison Street
Registrant City: Minneapolis
Registrant State/Province: MN
Registrant Postal Code: 55401
Registrant Country: US
Registrant Phone: +1.484471625
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:

| | |
|---|---|
| | Registrant Email: drstacywalterofficial@gmail.com<br>Registry Admin ID: Not Available From Registry<br>Admin Name: Hhsss Sjshss<br>Admin Organization: Ssk<br>Admin Street: 509 Willison Street<br>Admin City: Minneapolis<br>Admin State/Province: MN<br>Admin Postal Code: 55401<br>Admin Country: US<br>Admin Phone: +1.484471625<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: drstacywalterofficial@gmail.com<br>Registry Tech ID: Not Available From Registry<br>Tech Name: Hhsss Sjshss<br>Tech Organization: Ssk<br>Tech Street: 509 Willison Street<br>Tech City: Minneapolis<br>Tech State/Province: MN<br>Tech Postal Code: 55401<br>Tech Country: US<br>Tech Phone: +1.484471625<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: drstacywalterofficial@gmail.com<br>Name Server: viddy.ns.cloudflare.com<br>Name Server: pam.ns.cloudflare.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-04-<br>28T20:13:54Z <<< |
| DOCSFILESCLOUDERS.COM | Domain Name: docsfilesclouders.com Registry Domain ID:<br>2994138780_DOMAIN_COM-VRSN Registrar WHOIS<br>Server: whois.discount-domain.com Registrar URL:<br>http://www.onamae.com Updated Date: 2025-06-<br>24T00:38:04Z Creation Date: 2025-06-23T14:42:16Z<br>Registrar Registration Expiration Date: 2026-06-<br>23T14:42:16Z Registrar: GMO Internet, Inc. Registrar<br>IANA ID: 49 Registrar Abuse Contact Email:<br>abuse@gmo.jp Registrar Abuse Contact Phone:<br>+81.337709199 Domain Status: clientTransferProhibited |

| | https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Timothy Alger Registrant Organization: N A Registrant Street: 302 Innovation Drive Suite 450 Registrant City: Franklin Registrant State/Province: TN Registrant Postal Code: 37067 Registrant Country: US Registrant Phone: +1.2817839488 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: sjone0884@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Timothy Alger Admin Organization: N A Admin Street: 302 Innovation Drive Suite 450 Admin City: Franklin Admin State/Province: TN Admin Postal Code: 37067 Admin Country: US Admin Phone: +1.2817839488 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: sjone0884@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Timothy Alger Tech Organization: N A Tech Street: 302 Innovation Drive Suite 450 Tech City: Franklin Tech State/Province: TN Tech Postal Code: 37067 Tech Country: US Tech Phone: +1.2817839488 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: sjone0884@gmail.com Name Server: tara.ns.cloudflare.com Name Server: morgan.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-24T00:38:04Z <<< |
|---|---|
| WOODFORDSTAUFFER.COM | Domain Name: woodfordstauffer.com Registry Domain ID: 2981290624_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-13T05:46:35Z Creation Date: 2025-05-07T12:27:02Z Registrar Registration Expiration Date: 2026-05-07T12:27:02Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: REDACTED FOR PRIVACY Registrant Organization: REDACTED FOR PRIVACY Registrant Street: REDACTED FOR PRIVACY Registrant City: REDACTED FOR PRIVACY Registrant State/Province: London Registrant Postal Code: REDACTED FOR PRIVACY Registrant Country: GB Registrant Phone: REDACTED FOR PRIVACY Registrant Phone Ext: |

| | |
|---|---|
| | REDACTED FOR PRIVACY Registrant Fax: REDACTED FOR PRIVACY Registrant Fax Ext: REDACTED FOR PRIVACY Registrant Email: https://www.onamae.com/service/whois/contact/?btn_id=whoisresulttop_WhoisContactUs&domain=woodfordstauffer.com Registry Admin ID: Not Available From Registry Admin Name: REDACTED FOR PRIVACY Admin Organization: REDACTED FOR PRIVACY Admin Street: REDACTED FOR PRIVACY Admin City: REDACTED FOR PRIVACY Admin State/Province: REDACTED FOR PRIVACY Admin Postal Code: REDACTED FOR PRIVACY Admin Country: REDACTED FOR PRIVACY Admin Phone: REDACTED FOR PRIVACY Admin Phone Ext: REDACTED FOR PRIVACY Admin Fax: REDACTED FOR PRIVACY Admin Fax Ext: REDACTED FOR PRIVACY Admin Email: https://www.onamae.com/service/whois/contact/?btn_id=whoisresulttop_WhoisContactUs&domain=woodfordstauffer.com Registry Tech ID: Not Available From Registry Tech Name: REDACTED FOR PRIVACY Tech Organization: REDACTED FOR PRIVACY Tech Street: REDACTED FOR PRIVACY Tech City: REDACTED FOR PRIVACY Tech State/Province: REDACTED FOR PRIVACY Tech Postal Code: REDACTED FOR PRIVACY Tech Country: REDACTED FOR PRIVACY Tech Phone: REDACTED FOR PRIVACY Tech Phone Ext: REDACTED FOR PRIVACY Tech Fax: REDACTED FOR PRIVACY Tech Fax Ext: REDACTED FOR PRIVACY Tech Email: https://www.onamae.com/service/whois/contact/?btn_id=whoisresulttop_WhoisContactUs&domain=woodfordstauffer.com Name Server: langston.ns.cloudflare.com Name Server: alexia.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-13T05:46:35Z <<< |
| MICROSOFT365SUITE.COM | Domain Name: microsoft365suite.com Registry Domain ID: 2909473145_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-27T08:07:11Z Creation Date: 2024-08-20T02:41:21Z Registrar Registration Expiration Date: 2025-08-20T02:41:21Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED |

Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/microsoft365s
uite.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/microsoft365s
uite.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/microsoft365s
uite.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/microsoft365s
uite.com Name Server: coco.ns.cloudflare.com Name
Server: leo.ns.cloudflare.com DNSSEC: unsigned Registrar
Abuse Contact Email: registrar-abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517 URL of the
ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/ >>> Last update of WHOIS
database: 2025-08-23T04:06:44Z <<<

| ECXHCLOUDDRIVE.COM | Domain Name: ecxhclouddrive.com Registry Domain ID: 2921937209_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-09T08:10:21Z Creation Date: 2024-10-02T08:38:34Z Registrar Registration Expiration Date: 2025-10-02T08:38:34Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/ecxhclouddrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/ecxhclouddrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/ecxhclouddrive.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing |

| | |
|---|---|
| | Email: https://domaincontact.cloudflareregistrar.com/ecxhclouddrive.com Name Server: nadia.ns.cloudflare.com Name Server: skip.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T04:07:47Z <<< |
| ECLOUDFILESHARE.COM | Domain Name: ecloudfileshare.com Registry Domain ID: 2911217773_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-02T08:09:37Z Creation Date: 2024-08-26T15:29:59Z Registrar Registration Expiration Date: 2025-08-26T15:29:59Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/ecloudfileshare.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/ecloudfileshare.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: |

| | |
|---|---|
| | DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/ecloudfileshare.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/ecloudfileshare.com Name Server: syeef.ns.cloudflare.com Name Server: walk.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T04:08:40Z <<< |
| OFFICECLOUDPORTAL.COM | Domain Name: officecloudportal.com Registry Domain ID: 2939793810_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.internet.bs Registrar URL: Updated Date: 2024-12-05T10:55:48Z Creation Date: 2024-12-05T10:53:34Z Registrar Registration Expiration Date: 2025-12-05T10:53:34Z Registrar: Internet Domain Service BS Corp. Registrar IANA ID: 2487 Registrar Abuse Contact Email: abuse@internet.bs Registrar Abuse Contact Phone: +1.5163015301 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Whois Privacy Corp. Registrant Street: Ocean Centre, Montagu Foreshore, East Bay Street Registrant City: Nassau Registrant State/Province: New Providence Registrant Postal Code: 00000 Registrant Country: BS Registrant Phone: +1.5163872248 Registrant Phone Ext: Registrant Fax: |

Registrant Fax Ext:
Registrant Email:
OWNER@officecloudportal.com.customers.whoisprivacyco
rp.com
Registry Admin ID: Not Available From Registry
Admin Name: Domain Admin
Admin Organization: Whois Privacy Corp.
Admin Street: Ocean Centre, Montagu Foreshore, East Bay
Street
Admin City: Nassau
Admin State/Province: New Providence
Admin Postal Code: 00000
Admin Country: BS
Admin Phone: +1.5163872248
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
ADMIN@officecloudportal.com.customers.whoisprivacycor
p.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain Admin
Tech Organization: Whois Privacy Corp.
Tech Street: Ocean Centre, Montagu Foreshore, East Bay
Street
Tech City: Nassau
Tech State/Province: New Providence
Tech Postal Code: 00000
Tech Country: BS
Tech Phone: +1.5163872248
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:
TECH@officecloudportal.com.customers.whoisprivacycorp.
com
Registry Billing ID: Not Available From Registry
Billing Name: Domain Admin
Billing Organization: Whois Privacy Corp.
Billing Street: Ocean Centre, Montagu Foreshore, East Bay
Street
Billing City: Nassau
Billing State/Province: New Providence
Billing Postal Code: 00000
Billing Country: BS
Billing Phone: +1.5163872248

| | |
|---|---|
| | Billing Phone Ext:<br>Billing Fax:<br>Billing Fax Ext:<br>Billing Email:<br>BILLING@officecloudportal.com.customers.whoisprivacyc<br>orp.com<br>Name Server: austin.ns.cloudflare.com<br>Name Server: magali.ns.cloudflare.com<br>DNSSEC: unsigned<br>Whoisprivacy: 8<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: https://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-<br>23T04:09:31Z <<< |
| CLOUDSTORAGEFILES.CO<br>M | Domain Name: CLOUDSTORAGEFILES.COM<br>Registry Domain ID: 2917235318_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-09-22T08:07:57Z<br>Creation Date: 2024-09-15T22:41:15Z<br>Registrar Registration Expiration Date: 2025-09-<br>15T22:41:15Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited<br>https://icann.org/epp#clienttransferprohibited<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED<br>Registrant Street: DATA REDACTED<br>Registrant City: DATA REDACTED<br>Registrant State/Province: PA<br>Registrant Postal Code: DATA REDACTED<br>Registrant Country: US<br>Registrant Phone: DATA REDACTED<br>Registrant Phone Ext: DATA REDACTED<br>Registrant Fax: DATA REDACTED<br>Registrant Fax Ext: DATA REDACTED<br>Registrant Email:<br>https://domaincontact.cloudflareregistrar.com/cloudstoragefi<br>les.com<br>Registry Admin ID:<br>Admin Name: DATA REDACTED<br>Admin Organization: DATA REDACTED |

Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/cloudstoragefi
les.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTEDTech Country:
DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTEDTech Fax: DATA
REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/cloudstoragefi
les.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing Email:
https://domaincontact.cloudflareregistrar.com/cloudstoragefi
les.com
Name Server: anirban.ns.cloudflare.com
Name Server: robin.ns.cloudflare.com
DNSSEC: unsigned

| | |
|---|---|
| | Registrar Abuse Contact Email: registrar-abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-23T04:11:44Z <<< |
| CLOUDDRIVEEFILESECUR ESHARE.COM | Domain Name:<br>CLOUDDRIVEEFILESECURESHARE.COM<br>Registry Domain ID: 2921950826_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-10-10T08:09:30Z<br>Creation Date: 2024-10-02T10:14:35Z<br>Registrar Registration Expiration Date: 2025-10-02T10:14:35Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED<br>Registrant Street: DATA REDACTED<br>Registrant City: DATA REDACTED<br>Registrant State/Province: PA<br>Registrant Postal Code: DATA REDACTED<br>Registrant Country: US<br>Registrant Phone: DATA REDACTED<br>Registrant Phone Ext: DATA REDACTED<br>Registrant Fax: DATA REDACTED<br>Registrant Fax Ext: DATA REDACTED<br>Registrant Email: https://domaincontact.cloudflareregistrar.com/clouddriveefil esecureshare.com<br>Registry Admin ID:<br>Admin Name: DATA REDACTED<br>Admin Organization: DATA REDACTED<br>Admin Street: DATA REDACTED<br>Admin City: DATA REDACTED<br>Admin State/Province: DATA REDACTED<br>Admin Postal Code: DATA REDACTED<br>Admin Country: DATA REDACTED<br>Admin Phone: DATA REDACTED |

Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/clouddriveefil
esecureshare.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/clouddriveefil
esecureshare.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing Email:
https://domaincontact.cloudflareregistrar.com/clouddriveefil
esecureshare.com
Name Server: dylan.ns.cloudflare.com
Name Server: jasmine.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2025-08-
23T04:13:59Z <<<

| BASICESCHROMEEDOMEZ ONNERS.COM | Domain Name: basiceschromeedomezonners.com Registry Domain ID: 2978022960_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-04-26T04:23:18Z Creation Date: 2025-04-25T10:12:12Z Registrar Registration Expiration Date: 2026-04-25T10:12:12Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: mack book Registrant Organization: Redline Aviation Registrant Street: 13028 SW 120th St Registrant City: Miami Registrant State/Province: FL Registrant Postal Code: 33186 Registrant Country: US Registrant Phone: +1.9372131205 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: mbookpro115@gmail.com Registry Admin ID: Not Available From Registry Admin Name: mack book Admin Organization: Redline Aviation Admin Street: 13028 SW 120th St Admin City: Miami Admin State/Province: FL Admin Postal Code: 33186 Admin Country: US Admin Phone: +1.9372131205 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: mbookpro115@gmail.com Registry Tech ID: Not Available From Registry Tech Name: mack book Tech Organization: Redline Aviation Tech Street: 13028 SW 120th St Tech City: Miami Tech State/Province: FL Tech Postal Code: 33186 Tech Country: US Tech Phone: +1.9372131205 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: mbookpro115@gmail.com Name Server: cody.ns.cloudflare.com Name Server: chin.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-04-26T04:23:18Z <<< |
| ECLOUD-SHAREFILES.COM | Domain Name: ecloud-sharefiles.com Registry Domain ID: 2921052829_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-06T08:13:09Z Creation Date: 2024-09-29T07:39:14Z Registrar Registration Expiration Date: 2025-09-29T07:39:14Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited |

https://icann.org/epp#clienttransferprohibited Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/ecloud-
sharefiles.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/ecloud-
sharefiles.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/ecloud-
sharefiles.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/ecloud-
sharefiles.com Name Server: miles.ns.cloudflare.com Name
Server: roxy.ns.cloudflare.com DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com Registrar Abuse Contact Phone:
+1.4153197517 URL of the ICANN WHOIS Data Problem

| | Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T18:58:45Z <<< |
|---|---|
| VERIFICATION-MICROSOFTSUPPORT.COM | Domain Name: verification-microsoftsupport.com Registry Domain ID: 2929966660_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-07T19:02:04Z Creation Date: 2024-10-30T01:16:00Z Registrar Registration Expiration Date: 2025-10-30T01:16:00Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/verification-microsoftsupport.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/verification-microsoftsupport.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/verification-microsoftsupport.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing |

| | |
|---|---|
| | City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/verification-microsoftsupport.com Name Server: darl.ns.cloudflare.com Name Server: liberty.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T18:59:29Z <<< |
| BALRDHOLM.COM | Domain Name: balrdholm.com Registry Domain ID: 2927577888_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namesilo.com Registrar URL: https://www.namesilo.com/ Updated Date: 2025-08-19T07:00:00Z Creation Date: 2024-10-22T07:00:00Z Registrar Registration Expiration Date: 2025-10-22T07:00:00Z Registrar: NameSilo, LLC Registrar IANA ID: 1479 Registrar Abuse Contact Email: abuse@namesilo.com Registrar Abuse Contact Phone: +1.4805240066 Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited Registrant Name: Domain Administrator Registrant Organization: See PrivacyGuardian.org Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255 Registrant City: Phoenix Registrant State/Province: AZ Registrant Postal Code: 85016 Registrant Country: US Registrant Phone: +1.3478717726 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: pwp-11c0893b264cf50a4563b81c0ff86140@privacyguardian.org Admin Name: Domain Administrator Admin Organization: See PrivacyGuardian.org Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255 Admin City: Phoenix Admin State/Province: AZ Admin Postal Code: 85016 Admin Country: US Admin Phone: +1.3478717726 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: pwp-11c0893b264cf50a4563b81c0ff86140@privacyguardian.org Tech Name: Domain Administrator Tech Organization: See PrivacyGuardian.org Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255 Tech City: Phoenix Tech State/Province: AZ Tech Postal Code: 85016 Tech Country: US Tech Phone: +1.3478717726 Tech Phone Ext: Tech Fax: |

| | |
|---|---|
| | Tech Fax Ext: Tech Email: pwp-11c0893b264cf50a4563b81c0ff86140@privacyguardian.org Name Server: EARL.NS.CLOUDFLARE.COM Name Server: NAYA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T07:00:00Z <<< |
| ESHAREDDRIVEDOCCLOUD.COM | Domain Name: eshareddrivedoccloud.com Registry Domain ID: 2925209834_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-23T08:09:43Z Creation Date: 2024-10-14T08:12:48Z Registrar Registration Expiration Date: 2025-10-14T08:12:48Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/eshareddrivedoccloud.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/eshareddrivedoccloud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/eshareddrived |

| | |
|---|---|
| | occloud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/eshareddrived occloud.com Name Server: connie.ns.cloudflare.com Name Server: kip.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:00:50Z <<< |
| OFFICEFILESCLOUD.COM | Domain Name: officefilescloud.com Registry Domain ID: 2909725207_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-27T08:08:58Z Creation Date: 2024-08-20T18:37:36Z Registrar Registration Expiration Date: 2025-08-20T18:37:36Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/officefilesclou d.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: |

| | |
|---|---|
| | https://domaincontact.cloudflareregistrar.com/officefilesclou d.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/officefilesclou d.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/officefilesclou d.com Name Server: carl.ns.cloudflare.com Name Server: teresa.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:01:53Z <<< |
| ESHAREDONEDRIVEFILE. COM | Domain Name: esharedonedrivefile.com Registry Domain ID: 2918949548_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-28T08:10:49Z Creation Date: 2024-09-21T22:09:59Z Registrar Registration Expiration Date: 2025-09-21T22:09:59Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: |

| | https://domaincontact.cloudflareregistrar.com/esharedonedri vefile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/esharedonedri vefile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/esharedonedri vefile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/esharedonedri vefile.com Name Server: virginia.ns.cloudflare.com Name Server: west.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:02:33Z <<< |
|---|---|
| MICROSOFTONEDRIVEON LINE.COM | Domain Name: microsoftonedriveonline.com Registry Domain ID: 2979870485_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-02T05:40:14Z Creation Date: 2025-05-01T18:55:30Z Registrar Registration Expiration Date: 2026-05-01T18:55:30Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: |

| | |
|---|---|
| | abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect LLC PrivacyProtect org Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect LLC PrivacyProtect org Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect LLC PrivacyProtect org Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: henry.ns.cloudflare.com Name Server: celine.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-02T05:40:14Z <<< |
| MICROSOFT365CLOUDSE-DRIVE.COM | Domain Name: MICROSOFT365CLOUDSE-DRIVE.COM Registry Domain ID: 2956042376_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-04-05T01:05:02Z Creation Date: 2025-02-03T13:31:22Z Registrar Registration Expiration Date: 2026-02-03T13:31:22Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: wisy owo Registrant Organization: |

Registrant Street: 100 eastview rd
Registrant City: ronkonkoma
Registrant State/Province: NY
Registrant Postal Code: 11779
Registrant Country: US
Registrant Phone: +1.7742039630
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: owolabimoney31@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: wisy owo
Admin Organization:
Admin Street: 100 eastview rd
Admin City: ronkonkoma
Admin State/Province: NY
Admin Postal Code: 11779
Admin Country: US
Admin Phone: +1.7742039630
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: owolabimoney31@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: wisy owo
Tech Organization:
Tech Street: 100 eastview rd
Tech City: ronkonkoma
Tech State/Province: NY
Tech Postal Code: 11779
Tech Country: US
Tech Phone: +1.7742039630
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: owolabimoney31@gmail.com
Name Server: sreeni.ns.cloudflare.com
Name Server: tanner.ns.cloudflare.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse-
contact@publicdomainregistry.com
Registrar Abuse Contact Phone: +1.2013775952
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2025-08-
23T19:04:41Z <<<

| | |
|---|---|
| ONEDRIVESECUREFILES.COM | Domain Name: ONEDRIVESECUREFILES.COM<br>Registry Domain ID: 2917266306_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-09-23T08:10:47Z<br>Creation Date: 2024-09-16T08:16:13Z<br>Registrar Registration Expiration Date: 2025-09-16T08:16:13Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited<br>https://icann.org/epp#clienttransferprohibited<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED<br>Registrant Street: DATA REDACTED<br>Registrant City: DATA REDACTED<br>Registrant State/Province: PA<br>Registrant Postal Code: DATA REDACTED<br>Registrant Country: US<br>Registrant Phone: DATA REDACTED<br>Registrant Phone Ext: DATA REDACTED<br>Registrant Fax: DATA REDACTED<br>Registrant Fax Ext: DATA REDACTED<br>Registrant Email:<br>https://domaincontact.cloudflareregistrar.com/onedrivesecurefiles.com<br>Registry Admin ID:<br>Admin Name: DATA REDACTED<br>Admin Organization: DATA REDACTED<br>Admin Street: DATA REDACTED<br>Admin City: DATA REDACTED<br>Admin State/Province: DATA REDACTED<br>Admin Postal Code: DATA REDACTED<br>Admin Country: DATA REDACTED<br>Admin Phone: DATA REDACTED<br>Admin Phone Ext: DATA REDACTED<br>Admin Fax: DATA REDACTED<br>Admin Fax Ext: DATA REDACTED<br>Admin Email:<br>https://domaincontact.cloudflareregistrar.com/onedrivesecurefiles.com<br>Registry Tech ID:<br>Tech Name: DATA REDACTED |

| | Tech Organization: DATA REDACTED |
|---|---|
| | Tech Street: DATA REDACTED |
| | Tech City: DATA REDACTED |
| | Tech State/Province: DATA REDACTED |
| | Tech Postal Code: DATA REDACTED |
| | Tech Country: DATA REDACTED |
| | Tech Phone: DATA REDACTED |
| | Tech Phone Ext: DATA REDACTED |
| | Tech Fax: DATA REDACTED |
| | Tech Fax Ext: DATA REDACTED |
| | Tech Email: https://domaincontact.cloudflareregistrar.com/onedrivesecurefiles.com |
| | Registry Billing ID: |
| | Billing Name: DATA REDACTED |
| | Billing Organization: DATA REDACTED |
| | Billing Street: DATA REDACTED |
| | Billing City: DATA REDACTED |
| | Billing State/Province: DATA REDACTED |
| | Billing Postal Code: DATA REDACTED |
| | Billing Country: DATA REDACTED |
| | Billing Phone: DATA REDACTED |
| | Billing Phone Ext: DATA REDACTED |
| | Billing Fax: DATA REDACTED |
| | Billing Fax Ext: DATA REDACTED |
| | Billing Email: https://domaincontact.cloudflareregistrar.com/onedrivesecurefiles.com |
| | Name Server: bruce.ns.cloudflare.com |
| | Name Server: emely.ns.cloudflare.com |
| | DNSSEC: unsigned |
| | Registrar Abuse Contact Email: registrar-abuse@cloudflare.com |
| | Registrar Abuse Contact Phone: +1.4153197517 |
| | URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ |
| | >>> Last update of WHOIS database: 2025-08-23T19:07:18Z <<< |
| AUTHENTICATE-HYDROMEDICIONAL.COM | Domain Name: authenticate-hydromedicional.com Registry Domain ID: 2975005133_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-08-05T20:40:42Z Creation Date: 2025-04-14T12:19:26Z Registrar Registration Expiration Date: 2026-04- |

| | |
|---|---|
| | 14T12:19:26Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Rachel Augustine Registrant Organization: Laughner s Cafeteria Registrant Street: 1174 manley Loop Registrant City: dickson Registrant State/Province: TN Registrant Postal Code: 37055 Registrant Country: US Registrant Phone: +1.6468938353 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: moorejulian659@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Rachel Augustine Admin Organization: Laughner s Cafeteria Admin Street: 1174 manley Loop Admin City: dickson Admin State/Province: TN Admin Postal Code: 37055 Admin Country: US Admin Phone: +1.6468938353 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: moorejulian659@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Rachel Augustine Tech Organization: Laughner s Cafeteria Tech Street: 1174 manley Loop Tech City: dickson Tech State/Province: TN Tech Postal Code: 37055 Tech Country: US Tech Phone: +1.6468938353 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: moorejulian659@gmail.com Name Server: newt.ns.cloudflare.com Name Server: marjory.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-05T20:40:42Z <<< |
| GXTTY.COM | Domain Name: gxtty.com Registry Domain ID: 2964503100_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-05-04T01:06:58Z Creation Date: 2025-03-04T22:41:27Z Registrar Registration Expiration Date: 2026-03-04T22:41:27Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Rare Gem Registrant Organization: REDACTED FOR PRIVACY Registrant Street: 1242 N 4th st Registrant City: Abilene Registrant State/Province: TX Registrant |

| | |
|---|---|
| | Postal Code: 79601 Registrant Country: US Registrant Phone: +1.3172174269 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: rmcy987@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Rare Gem Admin Organization: The Prosper Group Admin Street: 1242 N 4th st Admin City: Abilene Admin State/Province: TX Admin Postal Code: 79601 Admin Country: US Admin Phone: +1.3172174269 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: rmcy987@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Rare Gem Tech Organization: The Prosper Group Tech Street: 1242 N 4th st Tech City: Abilene Tech State/Province: TX Tech Postal Code: 79601 Tech Country: US Tech Phone: +1.3172174269 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: rmcy987@gmail.com Name Server: isla.ns.cloudflare.com Name Server: memphis.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:10:54Z <<< |
| OFFICEFILESCLOUDDRIVE.COM | Domain Name: officefilesclouddrive.com Registry Domain ID: 2932979334_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2024-11-12T04:44:08Z Creation Date: 2024-11-09T21:15:16Z Registrar Registration Expiration Date: 2025-11-09T21:15:16Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: skjskjd slkaslkas Registrant Organization: N A Registrant Street: 2 n pitt Registrant City: carlisle Registrant State/Province: NA Registrant Postal Code: 17013 Registrant Country: US Registrant Phone: +1.4844731620 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: nbj27@raccoono365.net Registry Admin ID: Not Available From Registry Admin Name: skjskjd slkaslkas Admin Organization: N A Admin Street: 2 n pitt Admin City: carlisle Admin State/Province: NA Admin |

| | |
|---|---|
| | Postal Code: 17013 Admin Country: US Admin Phone: +1.4844731620 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: nbj27@raccoono365.net Registry Tech ID: Not Available From Registry Tech Name: skjskjd slkaslkas Tech Organization: N A Tech Street: 2 n pitt Tech City: carlisle Tech State/Province: NA Tech Postal Code: 17013 Tech Country: US Tech Phone: +1.4844731620 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: nbj27@raccoono365.net Name Server: tara.ns.cloudflare.com Name Server: morgan.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2024-11-12T04:44:08Z <<< |
| MICVIETHOLDING.COM | Domain Name: micvietholding.com Registry Domain ID: 2966713303_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-05-04T09:40:06Z Creation Date: 2025-03-13T17:03:09Z Registry Expiry Date: 2026-03-13T17:03:09Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: CLOE.NS.CLOUDFLARE.COM Name Server: CRIS.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T19:12:09Z <<< |
| ONLINEDOCUMENTATIONS.COM | Domain Name: onlinedocumentations.com Registry Domain ID: 2993071358_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-22T04:45:08Z Creation Date: 2025-06-19T17:12:51Z Registrar Registration Expiration Date: 2026-06-19T17:12:51Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect LLC PrivacyProtect org Registrant Street: 10 |

| | |
|---|---|
| | Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect LLC PrivacyProtect org Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect LLC PrivacyProtect org Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: kyree.ns.cloudflare.com Name Server: june.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-22T04:45:08Z <<< |
| CSLCHAMBER.COM | Domain Name: cslchamber.com Registry Domain ID: 2987070985_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namecheap.com Registrar URL: http://www.namecheap.com Updated Date: 2025-05-28T16:52:43Z Creation Date: 2025-05-28T09:59:45Z Registry Expiry Date: 2026-05-28T09:59:45Z Registrar: NameCheap, Inc. Registrar IANA ID: 1068 Registrar Abuse Contact Email: abuse@namecheap.com Registrar Abuse Contact Phone: +1.6613102107 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: DIVA.NS.CLOUDFLARE.COM Name Server: SALVADOR.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T19:13:55Z <<< |
| UNIPHAR-PL.COM | Domain Name: uniphar-pl.com Registry Domain ID: 2940080352_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namesilo.com Registrar URL: https://www.namesilo.com/ Updated Date: 2025-08-20T07:00:00Z Creation Date: 2024-12-06T07:00:00Z |

| | |
|---|---|
| | Registrar Registration Expiration Date: 2025-12-06T07:00:00Z Registrar: NameSilo, LLC Registrar IANA ID: 1479 Registrar Abuse Contact Email: abuse@namesilo.com Registrar Abuse Contact Phone: +1.4805240066 Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited Registrant Name: Domain Administrator Registrant Organization: See PrivacyGuardian.org Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255 Registrant City: Phoenix Registrant State/Province: AZ Registrant Postal Code: 85016 Registrant Country: US Registrant Phone: +1.3478717726 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: pwp-01394cbbd72669905b1848cb163ade99@privacyguardian.org Admin Name: Domain Administrator Admin Organization: See PrivacyGuardian.org Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255 Admin City: Phoenix Admin State/Province: AZ Admin Postal Code: 85016 Admin Country: US Admin Phone: +1.3478717726 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: pwp-01394cbbd72669905b1848cb163ade99@privacyguardian.org Tech Name: Domain Administrator Tech Organization: See PrivacyGuardian.org Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255 Tech City: Phoenix Tech State/Province: AZ Tech Postal Code: 85016 Tech Country: US Tech Phone: +1.3478717726 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: pwp-01394cbbd72669905b1848cb163ade99@privacyguardian.org Name Server: EARL.NS.CLOUDFLARE.COM Name Server: NAYA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T07:00:00Z <<< |
| ESHAREDCLOUDFILES.COM | Domain Name: esharedcloudfiles.com Registry Domain ID: 2921675856_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-08T08:10:32Z Creation Date: 2024-10-01T14:07:47Z Registrar Registration Expiration Date: 2025-10-01T14:07:47Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA |

| | |
|---|---|
| | REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/esharedcloudf iles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/esharedcloudf iles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/esharedcloudf iles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/esharedcloudf iles.com Name Server: odin.ns.cloudflare.com Name Server: raina.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:16:42Z <<< |
| SHAREDDRIVEDOCURL.C OM | Domain Name: shareddrivedocurl.com Registry Domain ID: 2920434231_DOMAIN_COM-VRSN Registrar WHOIS |

Server: whois.cloudflare.com Registrar URL:
https://www.cloudflare.com Updated Date: 2024-10-
03T08:10:18Z Creation Date: 2024-09-26T19:26:07Z
Registrar Registration Expiration Date: 2025-09-
26T19:26:07Z Registrar: Cloudflare, Inc. Registrar IANA
ID: 1910 Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/shareddrivedo
curl.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/shareddrivedo
curl.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/shareddrivedo
curl.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/shareddrivedo

| | |
|---|---|
| | curl.com Name Server: cris.ns.cloudflare.com Name Server: opal.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:17:34Z <<< |
| SHAREDFILESCLOUDAZU RESTORAGE.COM | Domain Name: sharedfilescloudazurestorage.com Registry Domain ID: 2969700121_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-04-30T02:40:20Z Creation Date: 2025-03-25T00:13:36Z Registry Expiry Date: 2026-03-25T00:13:36Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: KHALID.NS.CLOUDFLARE.COM Name Server: MAISIE.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T19:17:55Z <<< |
| API-0AUTHBRIDGE.COM | Domain Name: api-0authbridge.com Registry Domain ID: 2964516840_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-07-02T15:57:09Z Creation Date: 2025-03-05T01:55:31Z Registrar Registration Expiration Date: 2026-03-05T01:55:31Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Neo Anderson Registrant Organization: Registrant Street: 4941 Linda Street Registrant City: Newark Registrant State/Province: PA Registrant Postal Code: 19714 Registrant Country: US Registrant Phone: +1.6107817438 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: theonlyzeus1999@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Neo Anderson Admin Organization: Admin Street: 4941 Linda Street Admin City: Newark Admin State/Province: PA |

| | |
|---|---|
| | Admin Postal Code: 19714 Admin Country: US Admin Phone: +1.6107817438 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: theonlyzeus1999@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Neo Anderson Tech Organization: Tech Street: 4941 Linda Street Tech City: Newark Tech State/Province: PA Tech Postal Code: 19714 Tech Country: US Tech Phone: +1.6107817438 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: theonlyzeus1999@gmail.com Name Server: buck.ns.cloudflare.com Name Server: chin.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:19:10Z <<< |
| OFFICE365SUITE.COM | Domain Name: OFFICE365SUITE.COM Registry Domain ID: 2894608401_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2025-08-06T04:18:13Z Creation Date: 2024-06-27T19:30:44Z Registrar Registration Expiration Date: 2025-06-27T19:30:44Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: pendingdelete https://icann.org/epp#pendingdelete Domain Status: redemptionperiod https://icann.org/epp#redemptionperiod Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED |

Registrant Email:
https://domaincontact.cloudflareregistrar.com/office365suite.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/office365suite.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/office365suite.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED

| | |
|---|---|
| | Billing Email: https://domaincontact.cloudflareregistrar.com/office365suite.com<br>Name Server: bjorn.ns.cloudflare.com<br>Name Server: daisy.ns.cloudflare.com<br>DNSSEC: signedDelegation<br>Registrar Abuse Contact Email: registrar-abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-23T19:20:05Z <<< |
| ECLOUDSHAREDFILE.COM | Domain Name: ECLOUDSHAREDFILE.COM<br>Registry Domain ID: 2918110440_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-09-25T08:10:07Z<br>Creation Date: 2024-09-18T23:52:57Z<br>Registrar Registration Expiration Date: 2025-09-18T23:52:57Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED<br>Registrant Street: DATA REDACTED<br>Registrant City: DATA REDACTED<br>Registrant State/Province: PA<br>Registrant Postal Code: DATA REDACTED<br>Registrant Country: US<br>Registrant Phone: DATA REDACTED<br>Registrant Phone Ext: DATA REDACTED<br>Registrant Fax: DATA REDACTED<br>Registrant Fax Ext: DATA REDACTED<br>Registrant Email: https://domaincontact.cloudflareregistrar.com/ecloudsharedfile.com<br>Registry Admin ID:<br>Admin Name: DATA REDACTED<br>Admin Organization: DATA REDACTED<br>Admin Street: DATA REDACTED |

170

Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTEDAdmin Country:
DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/ecloudsharedf
ile.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/ecloudsharedf
ile.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing Email:
https://domaincontact.cloudflareregistrar.com/ecloudsharedf
ile.com
Name Server: ernest.ns.cloudflare.com
Name Server: leah.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com

| | |
|---|---|
| | Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-23T19:22:13Z <<< |
| SECURE1DRVMSDOCS-SHRPNTONLINE.COM | Domain Name: secure1drvmsdocs-shrpntonline.com<br>Registry Domain ID: 2998851639_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namesrs.com<br>Registrar URL: https://www.namesrs.com<br>Creation Date: 2025-07-09T12:30:17.00Z<br>Registrar Registration Expiration Date: 2026-07-09T12:30:17.00Z<br>Registrar: Name SRS AB<br>Registrar IANA ID: 638<br>Registrar Abuse Contact Email: abuse@namesrs.com<br>Registrar Abuse Contact Phone: +46.313011220<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: Protected<br>Registrant Name: Protected Protected<br>Registrant Organization: Shield Whois<br>Registrant Street: Radiovägen 2<br>Registrant City: Västra Frölunda<br>Registrant State:<br>Registrant Postal Code: 42147<br>Registrant Country: SE<br>Registrant Phone: +46.104500390<br>Registrant Fax:<br>Registrant Email: secure1drvmsdocs-shrpntonline.com@shieldwhois.com<br>Registry Admin ID: Protected<br>Admin Name: Protected Protected<br>Admin Organization: Shield Whois<br>Admin Street: Radiovägen 2<br>Admin City: Västra Frölunda<br>Admin Postal Code: 42147<br>Admin Country: SE<br>Admin Phone: +46.104500390<br>Admin Fax:<br>Admin Email: secure1drvmsdocs-shrpntonline.com@shieldwhois.com<br>Registry Tech ID: Protected<br>Tech Name: Protected Protected<br>Tech Organization: Shield Whois |

| | |
|---|---|
| | Tech Street: Radiovägen 2<br>Tech City: Västra Frölunda<br>Tech Postal Code: 42147<br>Tech Country: SE<br>Tech Phone: +46.104500390<br>Tech Fax:<br>Tech Email: secure1drvmsdocs-<br>shrpntonline.com@shieldwhois.com<br>Name Server: NERO.NS.CLOUDFLARE.COM<br>Name Server: TRICIA.NS.CLOUDFLARE.COM<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>Last update of WHOIS database: 2025-08-23T19:24:30.00Z |
| MICROSOFT365FILESTORA<br>GE.COM | Domain Name: microsoft365filestorage.com Registry<br>Domain ID: 2909488234_DOMAIN_COM-VRSN Registrar<br>WHOIS Server: whois.cloudflare.com Registrar URL:<br>https://www.cloudflare.com Updated Date: 2024-08-<br>27T08:08:03Z Creation Date: 2024-08-20T06:16:07Z<br>Registrar Registration Expiration Date: 2025-08-<br>20T06:16:07Z Registrar: Cloudflare, Inc. Registrar IANA<br>ID: 1910 Domain Status: clienttransferprohibited<br>https://icann.org/epp#clienttransferprohibited Registry<br>Registrant ID: Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED Registrant<br>Street: DATA REDACTED Registrant City: DATA<br>REDACTED Registrant State/Province: PA Registrant<br>Postal Code: DATA REDACTED Registrant Country: US<br>Registrant Phone: DATA REDACTED Registrant Phone<br>Ext: DATA REDACTED Registrant Fax: DATA<br>REDACTED Registrant Fax Ext: DATA REDACTED<br>Registrant Email:<br>https://domaincontact.cloudflareregistrar.com/microsoft365f<br>ilestorage.com Registry Admin ID: Admin Name: DATA<br>REDACTED Admin Organization: DATA REDACTED<br>Admin Street: DATA REDACTED Admin City: DATA<br>REDACTED Admin State/Province: DATA REDACTED<br>Admin Postal Code: DATA REDACTED Admin Country:<br>DATA REDACTED Admin Phone: DATA REDACTED<br>Admin Phone Ext: DATA REDACTED Admin Fax: DATA<br>REDACTED Admin Fax Ext: DATA REDACTED Admin<br>Email:<br>https://domaincontact.cloudflareregistrar.com/microsoft365f<br>ilestorage.com Registry Tech ID: Tech Name: DATA |

| | |
|---|---|
| | REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/microsoft365f ilestorage.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/microsoft365f ilestorage.com Name Server: jihoon.ns.cloudflare.com Name Server: nicole.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:26:52Z <<< |
| OFFICECLOUDDRIVESTOR AGE.COM | Domain Name: officeclouddrivestorage.com Registry Domain ID: 2909476781_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-27T08:07:50Z Creation Date: 2024-08-20T03:22:09Z Registrar Registration Expiration Date: 2025-08-20T03:22:09Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited Registry https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/officeclouddri vestorage.com Registry Admin ID: Admin Name: DATA |

| | |
|---|---|
| | REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/officeclouddri vestorage.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/officeclouddri vestorage.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/officeclouddri vestorage.com Name Server: galilea.ns.cloudflare.com Name Server: owen.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:27:34Z <<< |
| MICROSOFTEDOCSCLOUD PORTAL.COM | Domain Name: microsoftedocscloudportal.com Registry Domain ID: 2985219744_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-03T20:40:21Z Creation Date: 2025-05-21T09:09:28Z Registrar Registration Expiration Date: 2026-05-21T09:09:28Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited |

| | |
|---|---|
| | https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Timothy Alger Registrant Organization: N A Registrant Street: 302 Innovation Drive Suite 450 Registrant City: Franklin Registrant State/Province: TN Registrant Postal Code: 37067 Registrant Country: US Registrant Phone: +1.2817839488 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: sjone0884@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Timothy Alger Admin Organization: N A Admin Street: 302 Innovation Drive Suite 450 Admin City: Franklin Admin State/Province: TN Admin Postal Code: 37067 Admin Country: US Admin Phone: +1.2817839488 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: sjone0884@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Timothy Alger Tech Organization: N A Tech Street: 302 Innovation Drive Suite 450 Tech City: Franklin Tech State/Province: TN Tech Postal Code: 37067 Tech Country: US Tech Phone: +1.2817839488 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: sjone0884@gmail.com Name Server: tara.ns.cloudflare.com Name Server: morgan.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-03T20:40:21Z <<< |
| NRI-DLSTRIBUTION.COM | Domain Name: nri-dlstribution.com Registry Domain ID: 2917797824_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-06-27T10:59:29Z Creation Date: 2024-09-17T18:54:58Z Registrar Registration Expiration Date: 2025-09-17T18:54:58Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Blake Turner Registrant Organization: Registrant Street: 161 Lexington Ave Registrant City: New york Registrant State/Province: NY Registrant Postal Code: 10016 Registrant Country: US Registrant Phone: +1.8652473045 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: blaketurner826@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Blake Turner |

| | |
|---|---|
| | Admin Organization: Admin Street: 161 Lexington Ave Admin City: New york Admin State/Province: NY Admin Postal Code: 10016 Admin Country: US Admin Phone: +1.8652473045 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: blaketurner826@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Blake Turner Tech Organization: Tech Street: 161 Lexington Ave Tech City: New york Tech State/Province: NY Tech Postal Code: 10016 Tech Country: US Tech Phone: +1.8652473045 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: blaketurner826@gmail.com Name Server: kenneth.ns.cloudflare.com Name Server: opal.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:29:45Z <<< |
| OFFICE365CLOUDDRIVE.COM | Domain Name: office365clouddrive.com Registry Domain ID: 2911447445_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-03T08:09:37Z Creation Date: 2024-08-27T00:06:19Z Registrar Registration Expiration Date: 2025-08-27T00:06:19Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/office365clouddrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin |

| | |
|---|---|
| | Email: https://domaincontact.cloudflareregistrar.com/office365clouddrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/office365clouddrive.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/office365clouddrive.com Name Server: beau.ns.cloudflare.com Name Server: davina.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:30:25Z <<< |
| TRIISTRUX.COM | Domain Name: triistrux.com Registry Domain ID: 2972817402_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.hostinger.com Registrar URL: http://www.hostinger.com Updated Date: 2025-08-20T14:40:45Z Creation Date: 2025-04-05T21:20:11Z Registry Expiry Date: 2026-04-05T21:20:11Z Registrar: HOSTINGER operations, UAB Registrar IANA ID: 1636 Registrar Abuse Contact Email: abuse-tracker@hostinger.com Registrar Abuse Contact Phone: +37064503378 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: ARUSHI.NS.CLOUDFLARE.COM Name Server: RUBEN.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T19:32:02Z <<< |

| SHAREDCLOUDDRIVEFILE S.COM | Domain Name: sharedclouddrivefiles.com Registry Domain ID: 2929670889_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-05T08:10:31Z Creation Date: 2024-10-29T13:14:28Z Registrar Registration Expiration Date: 2025-10-29T13:14:28Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedclouddr ivefiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedclouddr ivefiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedclouddr ivefiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing |

| | |
|---|---|
| | Email: https://domaincontact.cloudflareregistrar.com/sharedclouddrivefiles.com Name Server: benedict.ns.cloudflare.com Name Server: riya.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:32:54Z <<< |
| E-SHAREDONEDRIVEFILES.COM | Domain Name: e-sharedonedrivefiles.com Registry Domain ID: 2918955842_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-29T08:11:34Z Creation Date: 2024-09-22T00:13:31Z Registrar Registration Expiration Date: 2025-09-22T00:13:31Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/e-sharedonedrivefiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/e-sharedonedrivefiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech |

| | |
|---|---|
| | Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/e-sharedonedrivefiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/e-sharedonedrivefiles.com Name Server: virginia.ns.cloudflare.com Name Server: west.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:33:54Z <<< |
| OFFICEVIRTUALCLOUD.COM | Domain Name: officevirtualcloud.com Registry Domain ID: 2909786139_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-28T08:08:21Z Creation Date: 2024-08-21T07:20:52Z Registrar Registration Expiration Date: 2025-08-21T07:20:52Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/officevirtualcloud.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: |

| | |
|---|---|
| | DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/officevirtualcloud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/officevirtualcloud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/officevirtualcloud.com Name Server: delilah.ns.cloudflare.com Name Server: renan.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:34:53Z <<< |
| OFFICE365ENCRYPTION.COM | No match for "office365encryption.com". >>> Last update of whois database: 2025-08-23T19:35:16Z <<< |
| OFFICE365CLOUDFILESMSN.COM | Domain Name: OFFICE365CLOUDFILESMSN.COM Registry Domain ID: 2952133951_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-03-22T00:05:25Z Creation Date: 2025-01-20T05:51:12Z Registrar Registration Expiration Date: 2026-01-20T05:51:12Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Gene Durgin Registrant Organization: REDACTED |

| | |
|---|---|
| | FOR PRIVACY Registrant Street: 9603 Custer Rd, Apt 1514 Registrant City: PLANO Registrant State/Province: Registrant Postal Code: 75025 Registrant Country: US Registrant Phone: +1.4333470692 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: genedurgin2@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Gene Durgin Admin Organization: Grumman Data Systems Admin Street: 9603 Custer Rd, Apt 1514 Admin City: PLANO Admin State/Province: Admin Postal Code: 75025 Admin Country: US Admin Phone: +1.4333470692 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: genedurgin2@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Gene Durgin Tech Organization: Grumman Data Systems Tech Street: 9603 Custer Rd, Apt 1514 Tech City: PLANO Tech State/Province: Tech Postal Code: 75025 Tech Country: US Tech Phone: +1.4333470692 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: genedurgin2@gmail.com Name Server: dale.ns.cloudflare.com Name Server: laylah.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:36:35Z <<< |
| MICROSOFT365ECLOUD.COM | Domain Name: MICROSOFT365ECLOUD.COM Registry Domain ID: 2912398137_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-12T23:01:44Z Creation Date: 2024-08-30T07:46:06Z Registrar Registration Expiration Date: 2025-08-30T07:46:06Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED |

| | |
|---|---|
| | Registrant Email: https://domaincontact.cloudflareregistrar.com/microsoft365e cloud.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/microsoft365e cloud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/microsoft365e cloud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/microsoft365e cloud.com Name Server: blakely.ns.cloudflare.com Name Server: greg.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:37:29Z <<< |
| SHAREDO365DOCUMENTS.COM | No match for "SHAREDO365DOCUMENTS.COM". >>> Last update of whois database: 2025-08-23T19:37:45Z <<< |
| OUTLOOKEFILESECURESHARE.COM | Domain Name: OUTLOOKEFILESECURESHARE.COM Registry Domain ID: 2912411612_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-06T08:11:31Z |

Creation Date: 2024-08-30T08:53:04Z
Registrar Registration Expiration Date: 2025-08-30T08:53:04Z
Registrar: Cloudflare, Inc.
Registrar IANA ID: 1910
Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited
Registry Registrant ID:
Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED
Registrant Street: DATA REDACTED
Registrant City: DATA REDACTED
Registrant State/Province: PA
Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/outlookefilesecureshare.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/outlookefilesecureshare.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED

| | |
|---|---|
| | Tech Phone Ext: DATA REDACTED<br>Tech Fax: DATA REDACTED<br>Tech Fax Ext: DATA REDACTED<br>Tech Email:<br>https://domaincontact.cloudflareregistrar.com/outlookefilese<br>cureshare.com<br>Registry Billing ID:<br>Billing Name: DATA REDACTED<br>Billing Organization: DATA REDACTED<br>Billing Street: DATA REDACTED<br>Billing City: DATA REDACTED<br>Billing State/Province: DATA REDACTED<br>Billing Postal Code: DATA REDACTED<br>Billing Country: DATA REDACTED<br>Billing Phone: DATA REDACTED<br>Billing Phone Ext: DATA REDACTED<br>Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/outlookefilese<br>cureshare.com<br>Name Server: khloe.ns.cloudflare.com<br>Name Server: sri.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-<br>abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-<br>23T19:38:29Z <<< |
| LOANCLOSERER.COM | Domain Name: LOANCLOSERER.COM Registry Domain<br>ID: 2950526501_DOMAIN_COM-VRSN Registrar WHOIS<br>Server: whois.publicdomainregistry.com Registrar URL:<br>www.publicdomainregistry.com Updated Date: 2025-03-<br>16T01:05:27Z Creation Date: 2025-01-14T18:36:27Z<br>Registrar Registration Expiration Date: 2026-01-<br>14T18:36:27Z Registrar: PDR Ltd. d/b/a<br>PublicDomainRegistry.com Registrar IANA ID: 303<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited Registry<br>Registrant ID: Not Available From Registry Registrant<br>Name: Shantell chess Registrant Organization: REDACTED<br>FOR PRIVACY Registrant Street: 5824 st john Ave |

| | |
|---|---|
| | Registrant City: marrero Registrant State/Province: LA Registrant Postal Code: 70072 Registrant Country: US Registrant Phone: +1.3167102689 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: goldenheart3890@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Shantell chess Admin Organization: Shantez LLC Admin Street: 5824 st john Ave Admin City: marrero Admin State/Province: LA Admin Postal Code: 70072 Admin Country: US Admin Phone: +1.3167102689 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: goldenheart3890@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Shantell chess Tech Organization: Shantez LLC Tech Street: 5824 st john Ave Tech City: marrero Tech State/Province: LA Tech Postal Code: 70072 Tech Country: US Tech Phone: +1.3167102689 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: goldenheart3890@gmail.com Name Server: giancarlo.ns.cloudflare.com Name Server: sima.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:44:56Z <<< |
| OFFICE365DRIVECLOUDSU ITE.COM | Domain Name: OFFICE365DRIVECLOUDSUITE.COM Registry Domain ID: 2909457952_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-27T08:07:37Z Creation Date: 2024-08-19T23:40:09Z Registrar Registration Expiration Date: 2025-08-19T23:40:09Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/office365driv |

| | |
|---|---|
| | ecloudsuite.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/office365driv ecloudsuite.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/office365driv ecloudsuite.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/office365driv ecloudsuite.com Name Server: sharon.ns.cloudflare.com Name Server: vin.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:45:40Z <<< |
| ESHAREDCLOUDFILEDRIVE.COM | Domain Name: ESHAREDCLOUDFILEDRIVE.COM Registry Domain ID: 2929654878_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-08T16:50:39Z Creation Date: 2024-10-29T10:22:11Z Registrar Registration Expiration Date: 2025-10-29T10:22:11Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain |

Status: clienthold https://icann.org/epp#clienthold Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/esharedcloudf
iledrive.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/esharedcloudf
iledrive.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/esharedcloudf
iledrive.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/esharedcloudf
iledrive.com Name Server: aurora.ns.cloudflare.com Name
Server: jack.ns.cloudflare.com DNSSEC: unsigned Registrar
Abuse Contact Email: registrar-abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517 URL of the
ICANN WHOIS Data Problem Reporting System:

| | http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:46:36Z <<< |
|---|---|
| OFFICEVIRTUALVAULT.COM | Domain Name: OFFICEVIRTUALVAULT.COM Registry Domain ID: 2909817027_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-28T08:08:42Z Creation Date: 2024-08-21T12:36:15Z Registrar Registration Expiration Date: 2025-08-21T12:36:15Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/officevirtualvault.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/officevirtualvault.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/officevirtualvault.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: |

| | |
|---|---|
| | DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/officevirtualvault.com Name Server: arnold.ns.cloudflare.com Name Server: galilea.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:47:15Z <<< |
| ESHREDDOCUMENT.COM | Domain Name: ESHREDDOCUMENT.COM Registry Domain ID: 2921888905_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-08T08:11:17Z Creation Date: 2024-10-01T20:54:58Z Registrar Registration Expiration Date: 2025-10-01T20:54:58Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/eshreddocument.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/eshreddocument.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: |

| | |
|---|---|
| | DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/eshreddocument.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/eshreddocument.com Name Server: irma.ns.cloudflare.com Name Server: jermaine.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:47:54Z <<< |
| SHAREDCLOUDDRIVEFILE.COM | Domain Name: SHAREDCLOUDDRIVEFILE.COM Registry Domain ID: 2921902178_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-09T08:09:53Z Creation Date: 2024-10-02T00:12:55Z Registrar Registration Expiration Date: 2025-10-02T00:12:55Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedclouddrivefile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED |

| | |
|---|---|
| | Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedclouddr ivefile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedclouddr ivefile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedclouddr ivefile.com Name Server: benedict.ns.cloudflare.com Name Server: riya.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:48:44Z <<< |
| MICROSOFT365CLOUDCEE STORAGES.COM | Domain Name: MICROSOFT365CLOUDCEESTORAGES.COM Registry Domain ID: 2969707722_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-05-25T00:05:19Z Creation Date: 2025-03-25T02:04:22Z Registrar Registration Expiration Date: 2026-03-25T02:04:22Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |

Registry Registrant ID: Not Available From Registry
Registrant Name: Paul Vento
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: 33 Wood Ave South Suite 600
Registrant City: Iselin
Registrant State/Province: NJ
Registrant Postal Code: 08830
Registrant Country: US
Registrant Phone: +1.9144086614
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: scimber@mcallistetowing.com
Registry Admin ID: Not Available From Registry
Admin Name: Paul Vento
Admin Organization: nsworld Business Advisors
Admin Street: 33 Wood Ave South Suite 600
Admin City: Iselin
Admin State/Province: NJ
Admin Postal Code: 08830
Admin Country: US
Admin Phone: +1.9144086614
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: scimber@mcallistetowing.com
Registry Tech ID: Not Available From Registry
Tech Name: Paul Vento
Tech Organization: nsworld Business Advisors
Tech Street: 33 Wood Ave South Suite 600
Tech City: Iselin
Tech State/Province: NJ
Tech Postal Code: 08830
Tech Country: US
Tech Phone: +1.9144086614
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: scimber@mcallistetowing.comName Server:
guss.ns.cloudflare.com
Name Server: paige.ns.cloudflare.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse-
contact@publicdomainregistry.com
Registrar Abuse Contact Phone: +1,2013775952

194

| | |
|---|---|
| | URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-23T19:49:19Z <<< |
| CLOUDFILESHAREDDRIVE.COM | Domain Name: CLOUDFILESHAREDDRIVE.COM<br>Registry Domain ID: 2912359890_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-09-12T23:30:17Z<br>Creation Date: 2024-08-29T22:32:20Z<br>Registrar Registration Expiration Date: 2025-08-29T22:32:20Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited<br>Domain Status: clienthold https://icann.org/epp#clienthold<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED<br>Registrant Street: DATA REDACTED<br>Registrant City: DATA REDACTED<br>Registrant State/Province: PA<br>Registrant Postal Code: DATA REDACTED<br>Registrant Country: US<br>Registrant Phone: DATA REDACTED<br>Registrant Phone Ext: DATA REDACTED<br>Registrant Fax: DATA REDACTED<br>Registrant Fax Ext: DATA REDACTED<br>Registrant Email: https://domaincontact.cloudflareregistrar.com/cloudfileshareddrive.com<br>Registry Admin ID:<br>Admin Name: DATA REDACTED<br>Admin Organization: DATA REDACTED<br>Admin Street: DATA REDACTEDAdmin City: DATA REDACTED<br>Admin State/Province: DATA REDACTED<br>Admin Postal Code: DATA REDACTED<br>Admin Country: DATA REDACTED<br>Admin Phone: DATA REDACTED<br>Admin Phone Ext: DATA REDACTED<br>Admin Fax: DATA REDACTED<br>Admin Fax Ext: DATA REDACTED |

Admin Email:
https://domaincontact.cloudflareregistrar.com/cloudfileshare
ddrive.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/cloudfileshare
ddrive.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing Email:
https://domaincontact.cloudflareregistrar.com/cloudfileshare
ddrive.com
Name Server: connie.ns.cloudflare.com
Name Server: plato.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2025-08-
23T19:50:59Z <<<

| DOCSOFFICECLOUDERS.COM | Domain Name: docsofficeclouders.com |
| --- | --- |
| | Registry Domain ID: 2992373852_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.discount-domain.com |
| | Registrar URL: http://www.onamae.com |
| | Updated Date: 2025-06-17T17:23:52Z |
| | Creation Date: 2025-06-16T20:18:34Z |
| | Registrar Registration Expiration Date: 2026-06-16T20:18:34Z |
| | Registrar: GMO Internet, Inc. |
| | Registrar IANA ID: 49 |
| | Registrar Abuse Contact Email: abuse@gmo.jp |
| | Registrar Abuse Contact Phone: +81.337709199 |
| | Domain Status: clientTransferProhibited |
| | https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: Not Available From Registry |
| | Registrant Name: Timothy Alger |
| | Registrant Organization: N A |
| | Registrant Street: 302 Innovation Drive Suite 450 |
| | Registrant City: Franklin |
| | Registrant State/Province: TN |
| | Registrant Postal Code: 37067 |
| | Registrant Country: US |
| | Registrant Phone: +1.2817839488 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: sjone0884@gmail.com |
| | Registry Admin ID: Not Available From Registry |
| | Admin Name: Timothy Alger |
| | Admin Organization: N A |
| | Admin Street: 302 Innovation Drive Suite 450 |
| | Admin City: Franklin |
| | Admin State/Province: TN |
| | Admin Postal Code: 37067 |
| | Admin Country: US |
| | Admin Phone: +1.2817839488 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |
| | Admin Email: sjone0884@gmail.com |
| | Registry Tech ID: Not Available From Registry |
| | Tech Name: Timothy Alger |
| | Tech Organization: N A |
| | Tech Street: 302 Innovation Drive Suite 450 |
| | Tech City: Franklin |
| | Tech State/Province: TN |

| | |
|---|---|
| | Tech Postal Code: 37067<br>Tech Country: US<br>Tech Phone: +1.2817839488<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: sjone0884@gmail.com<br>Name Server: tara.ns.cloudflare.com<br>Name Server: morgan.ns.cloudflare.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-06-<br>17T17:23:52Z <<< |
| BISHOPARPORT.ORG | Domain Name: bishoparport.org Registry Domain ID:<br>REDACTED Registrar WHOIS Server:<br>http://whois.publicdomainregistry.com Registrar URL:<br>http://www.publicdomainregistry.com Updated Date: 2025-<br>01-25T16:11:29Z Creation Date: 2025-01-20T16:11:10Z<br>Registry Expiry Date: 2026-01-20T16:11:10Z Registrar:<br>PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA<br>ID: 303 Registrar Abuse Contact Email:<br>abuse@publicdomainregistry.com Registrar Abuse Contact<br>Phone: +1.2013775952 Domain Status:<br>clientDeleteProhibited<br>https://icann.org/epp#clientDeleteProhibited Domain Status:<br>clientHold https://icann.org/epp#clientHold Domain Status:<br>clientRenewProhibited<br>https://icann.org/epp#clientRenewProhibited Domain Status:<br>clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited Domain<br>Status: clientUpdateProhibited Registry<br>https://icann.org/epp#clientUpdateProhibited Registry<br>Registrant ID: REDACTED Registrant Name: REDACTED<br>Registrant Organization: N/A Registrant Street:<br>REDACTED Registrant City: REDACTED Registrant<br>State/Province: FL Registrant Postal Code: REDACTED<br>Registrant Country: US Registrant Phone: REDACTED<br>Registrant Phone Ext: REDACTED Registrant Fax:<br>REDACTED Registrant Fax Ext: REDACTED Registrant<br>Email: REDACTED Registry Admin ID: REDACTED<br>Admin Name: REDACTED Admin Organization:<br>REDACTED Admin Street: REDACTED Admin City:<br>REDACTED Admin State/Province: REDACTED Admin |

| | |
|---|---|
| | Postal Code: REDACTED Admin Country: REDACTED Admin Phone: REDACTED Admin Phone Ext: REDACTED Admin Fax: REDACTED Admin Fax Ext: REDACTED Admin Email: REDACTED Registry Tech ID: REDACTED Tech Name: REDACTED Tech Organization: REDACTED Tech Street: REDACTED Tech City: REDACTED Tech State/Province: REDACTED Tech Postal Code: REDACTED Tech Country: REDACTED Tech Phone: REDACTED Tech Phone Ext: REDACTED Tech Fax: REDACTED Tech Fax Ext: REDACTED Tech Email: REDACTED Name Server: ns1.suspended-domain.com Name Server: ns2.suspended-domain.com DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://icann.org/wicf/ >>> Last update of WHOIS database: 2025-08-23T19:54:46Z <<< |
| SHAREDOFFICEDOCUMENTS.COM | Domain Name: SHAREDOFFICEDOCUMENTS.COM Registry Domain ID: 2916709793_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-19T18:55:15Z Creation Date: 2024-09-13T21:45:02Z Registrar Registration Expiration Date: 2025-09-13T21:45:02Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedofficedocuments.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedofficed |

| | |
|---|---|
| | ocuments.com Registry Tech ID; Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedofficed ocuments.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedofficed ocuments.com Name Server: anirban.ns.cloudflare.com Name Server: luciane.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:56:07Z <<< |
| OFFICECLOUDDRIVEFILE. COM | Domain Name: OFFICECLOUDDRIVEFILE.COM Registry Domain ID: 2913747235_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-12T22:43:59Z Creation Date: 2024-09-03T21:26:18Z Registrar Registration Expiration Date: 2025-09-03T21:26:18Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: |

| | |
|---|---|
| | https://domaincontact.cloudflareregistrar.com/officeclouddrivefile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/officeclouddrivefile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/officeclouddrivefile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/officeclouddrivefile.com Name Server: meera.ns.cloudflare.com Name Server: roman.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T19:57:13Z <<< |
| OFFICE365SHAREDDRIVE.COM | Domain Name: OFFICE365SHAREDDRIVE.COM Registry Domain ID: 2875791821_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2025-06-04T04:14:51Z Creation Date: 2024-04-25T20:57:12Z Registrar Registration Expiration Date: 2025-04-25T20:57:12Z |

Registrar: Cloudflare, Inc.
Registrar IANA ID: 1910
Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited
Domain Status: pendingdelete
https://icann.org/epp#pendingdelete
Domain Status: redemptionperiod
https://icann.org/epp#redemptionperiod
Registry Registrant ID:
Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED
Registrant Street: DATA REDACTED
Registrant City: DATA REDACTED
Registrant State/Province: PA
Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/office365shar
eddrive.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/office365shar
eddrive.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED

| | |
|---|---|
| | Tech Phone: DATA REDACTED<br>Tech Phone Ext: DATA REDACTED<br>Tech Fax: DATA REDACTED<br>Tech Fax Ext: DATA REDACTED<br>Tech Email:<br>https://domaincontact.cloudflareregistrar.com/office365shar<br>eddrive.com<br>Registry Billing ID:<br>Billing Name: DATA REDACTED<br>Billing Organization: DATA REDACTED<br>Billing Street: DATA REDACTED<br>Billing City: DATA REDACTED<br>Billing State/Province: DATA REDACTED<br>Billing Postal Code: DATA REDACTED<br>Billing Country: DATA REDACTED<br>Billing Phone: DATA REDACTED<br>Billing Phone Ext: DATA REDACTED<br>Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/office365shar<br>eddrive.com<br>Name Server: holly.ns.cloudflare.com<br>Name Server: kipp.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-<br>abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/ |
| WAVLISTENMESSAGE.CO<br>M | Domain Name: WAVLISTENMESSAGE.COM Registry<br>Domain ID: 2973095842_DOMAIN_COM-VRSN Registrar<br>WHOIS Server: whois.PublicDomainRegistry.com Registrar<br>URL: http://www.publicdomainregistry.com Updated Date:<br>2025-04-07T08:56:30Z Creation Date: 2025-04-<br>07T08:10:00Z Registry Expiry Date: 2026-04-<br>07T08:10:00Z Registrar: PDR Ltd. d/b/a<br>PublicDomainRegistry.com Registrar IANA ID: 303<br>Registrar Abuse Contact Email: abuse-<br>contact@publicdomainregistry.com Registrar Abuse Contact<br>Phone: +1.2013775952 Domain Status:<br>clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited Name Server:<br>JIHOON.NS.CLOUDFLARE.COM Name Server: |

| | |
|---|---|
| | LOVISA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T20:02:23Z <<< |
| OFFICE365FILESUITE.COM | Domain Name: OFFICE365FILESUITE.COM Registry Domain ID: 2909243312_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-26T08:10:11Z Creation Date: 2024-08-19T15:50:23Z Registrar Registration Expiration Date: 2025-08-19T15:50:23Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant City: DATA Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/office365files uite.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/office365files uite.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/office365files uite.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA |

| | |
|---|---|
| | REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/office365files uite.com Name Server: serenity.ns.cloudflare.com Name Server: shane.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:03:25Z <<< |
| VIRTUALSHAREDCLOUDFI LE.COM | No match for "VIRTUALSHAREDCLOUDFILE.COM". >>> Last update of whois database: 2025-08-23T20:03:55Z <<< |
| DOCSHAREDONEDRIVEFIL ES.COM | Domain Name: DOCSHAREDONEDRIVEFILES.COM Registry Domain ID: 2925861624_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-08T17:15:25Z Creation Date: 2024-10-16T17:32:58Z Registrar Registration Expiration Date: 2025-10-16T17:32:58Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/docsharedone drivefiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin |

| | Email: https://domaincontact.cloudflareregistrar.com/docsharedone drivefiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/docsharedone drivefiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/docsharedone drivefiles.com Name Server: lex.ns.cloudflare.com Name Server: robin.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:04:55Z <<< |
| MIGRATION-ASPX.COM | Domain Name: migration-aspx.com Registry Domain ID: 2932180081_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-07-22T08:26:55Z Creation Date: 2024-11-06T20:24:09Z Registrar Registration Expiration Date: 2025-11-06T20:24:09Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Brandon Fox Registrant Organization: The Gadget Warehouse Registrant Street: 5250 N Palm Ave Suite 300 Registrant City: Fresno Registrant State/Province: CA Registrant Postal Code: 93704 Registrant Country: US Registrant Phone: +1.6193561808 Registrant Phone Ext: |

| | |
|---|---|
| | Registrant Fax: Registrant Fax Ext: Registrant Email: ky0dx2024@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Brandon Fox Admin Organization: The Gadget Warehouse Admin Street: 5250 N Palm Ave Suite 300 Admin City: Fresno Admin State/Province: CA Admin Postal Code: 93704 Admin Country: US Admin Phone: +1.6193561808 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: ky0dx2024@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Brandon Fox Tech Organization: The Gadget Warehouse Tech Street: 5250 N Palm Ave Suite 300 Tech City: Fresno Tech State/Province: CA Tech Postal Code: 93704 Tech Country: US Tech Phone: +1.6193561808 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: ky0dx2024@gmail.com Name Server: sandy.ns.cloudflare.com Name Server: coby.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-07-22T08:26:55Z <<< |
| OFFICE365CLOUDZONEFILES.COM | Domain Name: OFFICE365CLOUDZONEFILES.COM Registry Domain ID: 2952119358_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-01-20T02:49:48Z Creation Date: 2025-01-20T02:42:34Z Registry Expiry Date: 2026-01-20T02:42:34Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: ROSEMARY.NS.CLOUDFLARE.COM Name Server: WILSON.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T20:06:26Z <<< |
| ESHAREDFILESCLOUD.COM | Domain Name: ESHAREDFILESCLOUD.COM Registry Domain ID: 2921590561_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-07T08:11:41Z Creation Date: 2024-09-30T21:20:56Z Registrar Registration Expiration Date: 2025-09-30T21:20:56Z Registrar: Cloudflare, Inc. Registrar IANA |

ID: 1910 Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/esharedfilescl
oud.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/esharedfilescl
oud.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/esharedfilescl
oud.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/esharedfilescl
oud.com Name Server: demi.ns.cloudflare.com Name
Server: sid.ns.cloudflare.com DNSSEC: unsigned Registrar
Abuse Contact Email: registrar-abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517 URL of the
ICANN WHOIS Data Problem Reporting System:

| | |
|---|---|
| | http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:07:22Z <<< |
| OFFICEDOCSFILESCLOUD LINK.COM | Domain Name: officedocsfilescloudlink.com Registry Domain ID: 2992966889_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-24T03:25:14Z Creation Date: 2025-06-19T01:35:46Z Registrar Registration Expiration Date: 2026-06-19T01:35:46Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Paul Vento Registrant Organization: nsworld Business Advisors Registrant Street: 33 Wood Ave South Suite 600 Registrant City: Iselin Registrant State/Province: NJ Registrant Postal Code: 08830 Registrant Country: US Registrant Phone: +1.9144086614 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: scimber@mcallistetowing.com Registry Admin ID: Not Available From Registry Admin Name: Paul Vento Admin Organization: nsworld Business Advisors Admin Street: 33 Wood Ave South Suite 600 Admin City: Iselin Admin State/Province: NJ Admin Postal Code: 08830 Admin Country: US Admin Phone: +1.9144086614 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: scimber@mcallistetowing.com Registry Tech ID: Not Available From Registry Tech Name: Paul Vento Tech Organization: nsworld Business Advisors Tech Street: 33 Wood Ave South Suite 600 Tech City: Iselin Tech State/Province: NJ Tech Postal Code: 08830 Tech Country: US Tech Phone: +1.9144086614 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: scimber@mcallistetowing.com Name Server: paige.ns.cloudflare.com Name Server: guss.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-24T03:25:14Z <<< |
| CLOUDHAREDFILESDRIVE .COM | Domain Name: CLOUDHAREDFILESDRIVE.COM Registry Domain ID: 2917253609_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-23T08:10:41Z Creation Date: 2024-09-16T05:09:55Z |

Registrar Registration Expiration Date: 2025-09-
16T05:09:55Z
Registrar: Cloudflare, Inc.
Registrar IANA ID: 1910
Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited
Registry Registrant ID:
Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED
Registrant Street: DATA REDACTED
Registrant City: DATA REDACTED
Registrant State/Province: PA
Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/cloudharedfile
sdrive.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/cloudharedfile
sdrive.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED

| | |
|---|---|
| | Tech Fax: DATA REDACTED<br>Tech Fax Ext: DATA REDACTED<br>Tech Email:<br>https://domaincontact.cloudflareregistrar.com/cloudharedfile<br>sdrive.com<br>Registry Billing ID:<br>Billing Name: DATA REDACTED<br>Billing Organization: DATA REDACTED<br>Billing Street: DATA REDACTED<br>Billing City: DATA REDACTED<br>Billing State/Province: DATA REDACTED<br>Billing Postal Code: DATA REDACTED<br>Billing Country: DATA REDACTED<br>Billing Phone: DATA REDACTED<br>Billing Phone Ext: DATA REDACTED<br>Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/cloudharedfile<br>sdrive.com<br>Name Server: irena.ns.cloudflare.com<br>Name Server: maxim.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-<br>abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-<br>23T20:08:44Z <<< |
| ONEDRIVESECUREFILE.CO<br>M | Domain Name: ONEDRIVESECUREFILE.COM<br>Registry Domain ID: 2918404670_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-09-26T08:10:21Z<br>Creation Date: 2024-09-19T22:16:13Z<br>Registrar Registration Expiration Date: 2025-09-<br>19T22:16:13Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited<br>https://icann.org/epp#clienttransferprohibited<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED |

Registrant Organization: DATA REDACTED
Registrant Street: DATA REDACTED
Registrant City: DATA REDACTED
Registrant State/Province: PA
Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/onedrivesecur
efile.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/onedrivesecur
efile.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/onedrivesecur
efile.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED

| | |
|---|---|
| | Billing Street: DATA REDACTED |
| | Billing City: DATA REDACTED |
| | Billing State/Province: DATA REDACTED |
| | Billing Postal Code: DATA REDACTED |
| | Billing Country: DATA REDACTED |
| | Billing Phone: DATA REDACTED |
| | Billing Phone Ext: DATA REDACTED |
| | Billing Fax: DATA REDACTED |
| | Billing Fax Ext: DATA REDACTED |
| | Billing Email: |
| | https://domaincontact.cloudflareregistrar.com/onedrivesecur |
| | efile.com |
| | Name Server: raegan.ns.cloudflare.com |
| | Name Server: renan.ns.cloudflare.com |
| | DNSSEC: unsigned |
| | Registrar Abuse Contact Email: registrar- |
| | abuse@cloudflare.com |
| | Registrar Abuse Contact Phone: +1.4153197517 |
| | URL of the ICANN WHOIS Data Problem Reporting |
| | System: http://wdprs.internic.net/ |
| | >>> Last update of WHOIS database: 2025-08- |
| | 23T20:10:32Z <<< |
| ECLOUDEFILES.COM | Domain Name: ECLOUDEFILES.COM |
| | Registry Domain ID: 2912372068_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.cloudflare.com |
| | Registrar URL: https://www.cloudflare.com |
| | Updated Date: 2024-09-06T08:11:00Z |
| | Creation Date: 2024-08-30T01:39:29Z |
| | Registrar Registration Expiration Date: 2025-08- |
| | 30T01:39:29Z |
| | Registrar: Cloudflare, Inc. |
| | Registrar IANA ID: 1910 |
| | Domain Status: clienttransferprohibited |
| | https://icann.org/epp#clienttransferprohibited |
| | Registry Registrant ID: |
| | Registrant Name: DATA REDACTED |
| | Registrant Organization: DATA REDACTED |
| | Registrant Street: DATA REDACTED |
| | Registrant City: DATA REDACTED |
| | Registrant State/Province: PA |
| | Registrant Postal Code: DATA REDACTED |
| | Registrant Country: US |
| | Registrant Phone: DATA REDACTED |
| | Registrant Phone Ext: DATA REDACTED |

Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/ecloudefiles.c
om
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/ecloudefiles.c
om
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/ecloudefiles.c
om
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED

| | |
|---|---|
| | Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/ecloudefiles.c om<br>Name Server: gail.ns.cloudflare.com<br>Name Server: julian.ns.cloudflare.com<br>DNSSEC: signedDelegation<br>Registrar Abuse Contact Email: registrar-abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-23T20:13:04Z <<< |
| EDRIVESECUREFILES.COM | Domain Name: EDRIVESECUREFILES.COM Registry Domain ID: 2917529093_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-11T17:12:56Z Creation Date: 2024-09-16T23:32:36Z Registrar Registration Expiration Date: 2025-09-16T23:32:36Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/edrivesecurefi les.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/edrivesecurefi |

| | |
|---|---|
| | les.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/edrivesecurefi les.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/edrivesecurefi les.com Name Server: sage.ns.cloudflare.com Name Server: venus.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:15:16Z <<< |
| LOGINOFFONLINEDOCUM EN.COM | Domain Name: loginoffonlinedocumen.com Registry Domain ID: 2987288991_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-19T15:21:41Z Creation Date: 2025-05-28T19:17:08Z Registrar Registration Expiration Date: 2026-05-28T19:17:08Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: love you Registrant Organization: N A Registrant Street: 314 west st Registrant City: Boone Registrant State/Province: IA Registrant Postal Code: 50036 Registrant Country: US Registrant Phone: +1.5156752233 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: store.mca@maxx-coffee.id Registry Admin ID: Not Available From Registry Admin Name: love you Admin |

| | |
|---|---|
| | Organization: N A Admin Street: 314 west st Admin City: Boone Admin State/Province: IA Admin Postal Code: 50036 Admin Country: US Admin Phone: +1.5156752233 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: store.mca@maxx-coffee.id Registry Tech ID: Not Available From Registry Tech Name: love you Tech Organization: N A Tech Street: 314 west st Tech City: Boone Tech State/Province: IA Tech Postal Code: 50036 Tech Country: US Tech Phone: +1.5156752233 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: store.mca@maxx-coffee.id Name Server: keaton.ns.cloudflare.com Name Server: carioca.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-19T15:21:41Z <<< |
| OFFICEFILESCLOUDSTOR AGESYSTEM.COM | Domain Name: officefilescloudstoragesystem.com Registry Domain ID: 2975569698_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-04-17T02:20:03Z Creation Date: 2025-04-16T10:18:18Z Registrar Registration Expiration Date: 2026-04-16T10:18:18Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: donald bill Registrant Organization: N A Registrant Street: 5407 gladehill drive Registrant City: kingwood Registrant State/Province: TX Registrant Postal Code: 77345 Registrant Country: US Registrant Phone: +1.9172681819 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: donald.bill100@gmail.com Registry Admin ID: Not Available From Registry Admin Name: donald bill Admin Organization: N A Admin Street: 5407 gladehill drive Admin City: kingwood Admin State/Province: TX Admin Postal Code: 77345 Admin Country: US Admin Phone: +1.9172681819 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: donald.bill100@gmail.com Registry Tech ID: Not Available From Registry Tech Name: donald bill Tech Organization: N A Tech Street: 5407 gladehill drive Tech City: kingwood Tech State/Province: TX Tech Postal Code: 77345 Tech Country: US Tech Phone: +1.9172681819 Tech Phone Ext: Tech Fax: Tech Fax Ext: |

| | Tech Email: donald.bill100@gmail.com Name Server: terry.ns.cloudflare.com Name Server: raphaela.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-04-17T02:20:03Z <<< |
|---|---|
| EDRIVESHAREDCLOUDFIL ES.COM | Domain Name: EDRIVESHAREDCLOUDFILES.COM Registry Domain ID: 2929964779_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-08T16:46:40Z Creation Date: 2024-10-30T00:45:33Z Registrar Registration Expiration Date: 2025-10-30T00:45:33Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/edrivesharedcl oudfiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/edrivesharedcl oudfiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/edrivesharedcl |

| | |
|---|---|
| | oudfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/edrivesharedcl oudfiles.com Name Server: galilea.ns.cloudflare.com Name Server: margo.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:17:44Z <<< |
| ECLOUDDRIVEDOCUMEN TS.COM | Domain Name: ECLOUDDRIVEDOCUMENTS.COM Registry Domain ID: 2929961760_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-05T08:11:33Z Creation Date: 2024-10-29T23:52:30Z Registrar Registration Expiration Date: 2025-10-29T23:52:30Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/eclouddrivedo cuments.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: |

| | https://domaincontact.cloudflareregistrar.com/eclouddrivedocuments.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/eclouddrivedocuments.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/eclouddrivedocuments.com Name Server: adrian.ns.cloudflare.com Name Server: doug.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:18:16Z <<< |
|---|---|
| ONEDRIVESHAREDCLOUDFILES.COM | Domain Name: ONEDRIVESHAREDCLOUDFILES.COM Registry Domain ID: 2931990249_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-06T17:49:06Z Creation Date: 2024-11-06T17:49:03Z Registrar Registration Expiration Date: 2025-11-06T17:49:03Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: addperiod https://icann.org/epp#addperiod Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED |

Registrant State/Province: PA
Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/onedriveshare
dcloudfiles.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/onedriveshare
dcloudfiles.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/onedriveshare
dcloudfiles.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED

| | |
|---|---|
| | Billing Postal Code: DATA REDACTED<br>Billing Country: DATA REDACTED<br>Billing Phone: DATA REDACTED<br>Billing Phone Ext: DATA REDACTED<br>Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/onedriveshare<br>dcloudfiles.com<br>Name Server: galilea.ns.cloudflare.com<br>Name Server: margo.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-<br>abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/ |
| TURNERCONSTRUCTLONS<br>.COM | Domain Name: turnerconstructlons.com<br>Registry Domain ID: 2980426541_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.discount-domain.com<br>Registrar URL: http://www.onamae.com<br>Updated Date: 2025-06-29T05:30:12Z<br>Creation Date: 2025-05-04T07:25:04Z<br>Registrar Registration Expiration Date: 2026-05-<br>04T07:25:04Z<br>Registrar: GMO Internet, Inc.<br>Registrar IANA ID: 49<br>Registrar Abuse Contact Email: abuse@gmo.jp<br>Registrar Abuse Contact Phone: +81.337709199<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: Not Available From Registry<br>Registrant Name: cheryl Sharp<br>Registrant Organization: grupo cobo<br>Registrant Street: 104 E gerald dr<br>Registrant City: anadarko<br>Registrant State/Province: OK<br>Registrant Postal Code: 73005<br>Registrant Country: US<br>Registrant Phone: +1.4058850460<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: oodybugs53@gmail.com |

| | |
|---|---|
| | Registry Admin ID: Not Available From Registry<br>Admin Name: cheryl Sharp<br>Admin Organization: grupo cobo<br>Admin Street: 104 E gerald dr<br>Admin City: anadarko<br>Admin State/Province: OK<br>Admin Postal Code: 73005<br>Admin Country: US<br>Admin Phone: +1.4058850460<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: oodybugs53@gmail.com<br>Registry Tech ID: Not Available From Registry<br>Tech Name: cheryl Sharp<br>Tech Organization: grupo cobo<br>Tech Street: 104 E gerald dr<br>Tech City: anadarko<br>Tech State/Province: OK<br>Tech Postal Code: 73005<br>Tech Country: US<br>Tech Phone: +1.4058850460<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: oodybugs53@gmail.com<br>Name Server: vin.ns.cloudflare.com<br>Name Server: lorna.ns.cloudflare.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-06-29T05:30:12Z <<< |
| ONLINEMISKCHECK.COM | Domain Name: onlinemiskcheck.com<br>Registry Domain ID: 2991151353_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.discount-domain.com<br>Registrar URL: http://www.onamae.com<br>Updated Date: 2025-06-15T06:57:51Z<br>Creation Date: 2025-06-12T17:37:50Z<br>Registrar Registration Expiration Date: 2026-06-12T17:37:50Z<br>Registrar: GMO Internet, Inc.<br>Registrar IANA ID: 49<br>Registrar Abuse Contact Email: abuse@gmo.jp |

Registrar Abuse Contact Phone: +81.337709199
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Seal Simon
Registrant Organization: N A
Registrant Street: 3492 Dancing Dove Lane
Registrant City: Elmsford
Registrant State/Province: NY
Registrant Postal Code: 10523
Registrant Country: US
Registrant Phone: +1.8038738189
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: sealsimon001@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Seal Simon
Admin Organization: N A
Admin Street: 3492 Dancing Dove Lane
Admin City: Elmsford
Admin State/Province: NY
Admin Postal Code: 10523
Admin Country: US
Admin Phone: +1.8038738189
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: sealsimon001@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Seal Simon
Tech Organization: N A
Tech Street: 3492 Dancing Dove Lane
Tech City: Elmsford
Tech State/Province: NYTech Postal Code: 10523
Tech Country: US
Tech Phone: +1.8038738189
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: sealsimon001@gmail.com
Name Server: kim.ns.cloudflare.com
Name Server: ace.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/

| | >>> Last update of WHOIS database: 2025-06-15T06:57:51Z <<< |
|---|---|
| ECLOUDSHAREFILES.COM | Domain Name: ECLOUDSHAREFILES.COM Registry Domain ID: 2929951618_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-05T08:11:20Z Creation Date: 2024-10-29T21:11:50Z Registrar Registration Expiration Date: 2025-10-29T21:11:50Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/ecloudsharefiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/ecloudsharefiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/ecloudsharefiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED |

| | |
|---|---|
| | Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/ecloudsharefil es.com Name Server: miles.ns.cloudflare.com Name Server: roxy.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:25:21Z <<< |
| SHAREDCLOUDDOCUMEN TS.COM | Domain Name: SHAREDCLOUDDOCUMENTS.COM Registry Domain ID: 2930505941_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-09T08:13:59Z Creation Date: 2024-10-31T18:35:55Z Registrar Registration Expiration Date: 2025-10-31T18:35:55Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedclouddo cuments.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedclouddo cuments.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED |

| | |
|---|---|
| | Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedcloudo cuments.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedcloudo cuments.com Name Server: braelyn.ns.cloudflare.com Name Server: dean.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:26:10Z <<< |
| VIEWRESCLOUDOFFICESH ARED365.COM | Domain Name: VIEWRESCLOUDOFFICESHARED365.COM Registry Domain ID: 2973133475_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-07-25T11:44:25Z Creation Date: 2025-04-07T13:45:20Z Registrar Registration Expiration Date: 2026-04-07T13:45:20Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited Domain Status: clientHold https://icann.org/epp#clientHold Registry Registrant ID: Not Available From Registry Registrant Name: dave white Registrant Organization: REDACTED FOR PRIVACY Registrant Street: 350 Grant St Gary, Indiana 46404 Registrant City: Gary Registrant State/Province: IN Registrant Postal Code: 46404 Registrant Country: US Registrant Phone: +1.4056787890 Registrant |

| | |
|---|---|
| | Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: thceneda@gmail.com Registry Admin ID: Not Available From Registry Admin Name: dave white Admin Organization: Admin Street: 350 Grant St Gary, Indiana 46404 Admin City: Gary Admin State/Province: IN Admin Postal Code: 46404 Admin Country: US Admin Phone: +1.4056787890 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: thceneda@gmail.com Registry Tech ID: Not Available From Registry Tech Name: dave white Tech Organization: Tech Street: 350 Grant St Gary, Indiana 46404 Tech City: Gary Tech State/Province: IN Tech Postal Code: 46404 Tech Country: US Tech Phone: +1.4056787890 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: thceneda@gmail.com Name Server: craig.ns.cloudflare.com Name Server: vivienne.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:27:00Z <<< |
| DOCCLOUDDRIVE.COM | Domain Name: DOCCLOUDDRIVE.COM Registry Domain ID: 2911441644_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-02T08:10:12Z Creation Date: 2024-08-26T22:38:44Z Registrar Registration Expiration Date: 2025-08-26T22:38:44Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/docclouddrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED |

| | |
|---|---|
| | Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/docclouddrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/docclouddrive.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/docclouddrive.com Name Server: monroe.ns.cloudflare.com Name Server: rob.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:27:54Z <<< |
| EDOCSHAREDDRIVE.COM | Domain Name: edocshareddrive.com Registry Domain ID: 2933837843_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2024-11-14T11:49:21Z Creation Date: 2024-11-13T05:35:55Z Registrar Registration Expiration Date: 2025-11-13T05:35:54Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: dsdds dssddssd Registrant Organization: N A |

| | |
|---|---|
| | Registrant Street: kdjsdsd dskjdsd Registrant City: asss Registrant State/Province: NA Registrant Postal Code: 00000 Registrant Country: US Registrant Phone: +1.4844731620 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: pain_of_saints@raccoono365.net Registry Admin ID: Not Available From Registry Admin Name: dsdds dssddssd Admin Organization: N A Admin Street: kdjsdsd dskjdsd Admin City: asss Admin State/Province: NA Admin Postal Code: 00000 Admin Country: US Admin Phone: +1.4844731620 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: pain_of_saints@raccoono365.net Registry Tech ID: Not Available From Registry Tech Name: dsdds dssddssd Tech Organization: N A Tech Street: kdjsdsd dskjdsd Tech City: asss Tech State/Province: NA Tech Postal Code: 00000 Tech Country: US Tech Phone: +1.4844731620 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: pain_of_saints@raccoono365.net Name Server: teresa.ns.cloudflare.com Name Server: damon.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2024-11-14T11:49:21Z <<< |
| PDFONLINEATTACHMENTS.COM | Domain Name: pdfonlineattachments.com Registry Domain ID: 2995342797_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-07-07T00:55:21Z Creation Date: 2025-06-27T13:13:12Z Registrar Registration Expiration Date: 2026-06-27T13:13:12Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect LLC PrivacyProtect org Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 |

| | |
|---|---|
| | Registrant Country: US |
| | Registrant Phone: +1.8022274003 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: contact@privacyprotect.org |
| | Registry Admin ID: Not Available From Registry |
| | Admin Name: Domain Admin |
| | Admin Organization: Privacy Protect LLC PrivacyProtect |
| | org |
| | Admin Street: 10 Corporate Drive |
| | Admin City: Burlington |
| | Admin State/Province: MA |
| | Admin Postal Code: 01803 |
| | Admin Country: US |
| | Admin Phone: +1.8022274003 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |
| | Admin Email: contact@privacyprotect.org |
| | Registry Tech ID: Not Available From Registry |
| | Tech Name: Domain Admin |
| | Tech Organization: Privacy Protect LLC PrivacyProtect org |
| | Tech Street: 10 Corporate Drive |
| | Tech City: Burlington |
| | Tech State/Province: MA |
| | Tech Postal Code: 01803 |
| | Tech Country: US |
| | Tech Phone: +1.8022274003 |
| | Tech Phone Ext: |
| | Tech Fax: |
| | Tech Fax Ext: |
| | Tech Email: contact@privacyprotect.org |
| | Name Server: kyree.ns.cloudflare.com |
| | Name Server: june.ns.cloudflare.com |
| | DNSSEC: unsigned |
| | URL of the ICANN WHOIS Data Problem Reporting |
| | System: http://wdprs.internic.net/ |
| | >>> Last update of WHOIS database: 2025-07-07T00:55:21Z <<< |
| ONLINEMEMOFFSECURED.COM | Domain Name: onlinememoffsecured.com |
| | Registry Domain ID: 2976852867_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.discount-domain.com |
| | Registrar URL: http://www.onamae.com |

Updated Date: 2025-04-21T15:16:17Z
Creation Date: 2025-04-21T06:12:46Z
Registrar Registration Expiration Date: 2026-04-21T06:12:45Z
Registrar: GMO Internet, Inc.
Registrar IANA ID: 49
Registrar Abuse Contact Email: abuse@gmo.jp
Registrar Abuse Contact Phone: +81.337709199
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: love you
Registrant Organization: N A
Registrant Street: 314 west st
Registrant City: Boone
Registrant State/Province: IA
Registrant Postal Code: 50036
Registrant Country: US
Registrant Phone: +1.5156752233
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: store.mca@maxx-coffee.id
Registry Admin ID: Not Available From Registry
Admin Name: love you
Admin Organization: N A
Admin Street: 314 west st
Admin City: Boone
Admin State/Province: IA
Admin Postal Code: 50036
Admin Country: US
Admin Phone: +1.5156752233
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: store.mca@maxx-coffee.id
Registry Tech ID: Not Available From Registry
Tech Name: love you
Tech Organization: N A
Tech Street: 314 west st
Tech City: Boone
Tech State/Province: IA
Tech Postal Code: 50036
Tech Country: US
Tech Phone: +1.5156752233
Tech Phone Ext:

| | |
|---|---|
| | Tech Fax:<br>Tech Fax Ext:<br>Tech Email: store.mca@maxx-coffee.id<br>Name Server: naomi.ns.cloudflare.com<br>Name Server: algin.ns.cloudflare.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-04-<br>21T15:16:17Z <<< |
| NETDISKCENTRAL.COM | Domain Name: NETDISKCENTRAL.COM Registry<br>Domain ID: 2971805312_DOMAIN_COM-VRSN Registrar<br>WHOIS Server: whois.PublicDomainRegistry.com Registrar<br>URL: http://www.publicdomainregistry.com Updated Date:<br>2025-04-02T05:13:37Z Creation Date: 2025-04-<br>01T23:57:16Z Registry Expiry Date: 2026-04-<br>01T23:57:16Z Registrar: PDR Ltd. d/b/a<br>PublicDomainRegistry.com Registrar IANA ID: 303<br>Registrar Abuse Contact Email: abuse-<br>contact@publicdomainregistry.com Registrar Abuse Contact<br>Phone: +1.2013775952 Domain Status:<br>clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited Name Server:<br>ALEXIA.NS.CLOUDFLARE.COM Name Server:<br>MARGO.NS.CLOUDFLARE.COM DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/ >>> Last update of whois<br>database: 2025-08-23T20:35:09Z <<< |
| DOCSHAREDONEDRIVEFIL<br>E.COM | Domain Name: DOCSHAREDONEDRIVEFILE.COM<br>Registry Domain ID: 2929652104_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com Registrar<br>URL: https://www.cloudflare.com Updated Date: 2024-11-<br>08T17:15:38Z Creation Date: 2024-10-29T09:58:19Z<br>Registrar Registration Expiration Date: 2025-10-<br>29T09:58:19Z Registrar: Cloudflare, Inc. Registrar IANA<br>ID: 1910 Domain Status: clienttransferprohibited<br>https://icann.org/epp#clienttransferprohibited Domain<br>Status: clienthold https://icann.org/epp#clienthold Registry<br>Registrant ID: Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED Registrant<br>Street: DATA REDACTED Registrant City: DATA<br>REDACTED Registrant State/Province: PA Registrant<br>Postal Code: DATA REDACTED Registrant Country: US<br>Registrant Phone: DATA REDACTED Registrant Phone |

| | |
|---|---|
| | Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/docsharedone drivefile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/docsharedone drivefile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/docsharedone drivefile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/docsharedone drivefile.com Name Server: lex.ns.cloudflare.com Name Server: robin.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:35:56Z <<< |
| MICROSOFT365CLOUDDRIVE.COM | No match for "MICROSOFT365CLOUDDRIVE.COM". >>> Last update of whois database: 2025-08-23T20:36:37Z <<< |

| SHAREDDOCUMENTSO365 COLLABORATION.COM | Domain Name: SHAREDDOCUMENTSO365COLLABORATION.COM Registry Domain ID: 2956942075_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-04-08T01:05:39Z Creation Date: 2025-02-06T18:25:14Z Registrar Registration Expiration Date: 2026-02-06T18:25:14Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: dsdksldkd sdlkslkdsdkl Registrant Organization: REDACTED FOR PRIVACY Registrant Street: 9602 4th Ave Registrant City: Brooklyn Registrant State/Province: NY Registrant Postal Code: 11209 Registrant Country: US Registrant Phone: +1.4844731620 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: ikaoutsider@raccoono365.net Registry Admin ID: Not Available From Registry Admin Name: dsdksldkd sdlkslkdsdkl Admin Organization: Admin Street: 9602 4th Ave Admin City: Brooklyn Admin State/Province: NY Admin Postal Code: 11209 Admin Country: US Admin Phone: +1.4844731620 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: ikaoutsider@raccoono365.net Registry Tech ID: Not Available From Registry Tech Name: dsdksldkd sdlkslkdsdkl Tech Organization: Tech Street: 9602 4th Ave Tech City: Brooklyn Tech State/Province: NY Tech Postal Code: 11209 Tech Country: US Tech Phone: +1.4844731620 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: ikaoutsider@raccoono365.net Name Server: dee.ns.cloudflare.com Name Server: johnathan.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:37:59Z <<< |
| MICROSOFT-VOICEMAIL-EDRIVEONLINE.COM | Domain Name: microsoft-voicemail-edriveonline.com Registry Domain ID: 2980202081_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-03T22:16:19Z Creation Date: 2025-05- |

| | |
|---|---|
| | 03T12:15:07Z Registrar Registration Expiration Date: 2026-05-03T12:15:07Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Michael Previte Registrant Organization: Polytronics Group Registrant Street: 6208 Whiskey Creek Drive Registrant City: Fort Myers Registrant State/Province: FL Registrant Postal Code: 33919 Registrant Country: US Registrant Phone: +1.3059124872 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: mchlprevite@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Michael Previte Admin Organization: Polytronics Group Admin Street: 6208 Whiskey Creek Drive Admin City: Fort Myers Admin State/Province: FL Admin Postal Code: 33919 Admin Country: US Admin Phone: +1.3059124872 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: mchlprevite@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Michael Previte Tech Organization: Polytronics Group Tech Street: 6208 Whiskey Creek Drive Tech City: Fort Myers Tech State/Province: FL Tech Postal Code: 33919 Tech Country: US Tech Phone: +1.3059124872 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: mchlprevite@gmail.com Name Server: piper.ns.cloudflare.com Name Server: moura.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-03T22:16:19Z <<< |
| SENDM2M.COM | Domain Name: SENDM2M.COM Registry Domain ID: 2969977559_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-05-26T00:05:11Z Creation Date: 2025-03-26T00:34:13Z Registrar Registration Expiration Date: 2026-03-26T00:34:13Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry |

Registrant Name: Thomas Floyd
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: 11111 Katy Fwy Suite #910
Registrant City: Houston
Registrant State/Province: Tx
Registrant Postal Code: 77079
Registrant Country: US
Registrant Phone: +1.9496939967
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: tfloy03@yahoo.com
Registry Admin ID: Not Available From Registry
Admin Name: Thomas Floyd
Admin Organization: Telereach Corporate
Admin Street: 11111 Katy Fwy Suite #910
Admin City: Houston
Admin State/Province: Tx
Admin Postal Code: 77079
Admin Country: US
Admin Phone: +1.9496939967
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: tfloy03@yahoo.com
Registry Tech ID: Not Available From Registry
Tech Name: Thomas Floyd
Tech Organization: Telereach Corporate
Tech Street: 11111 Katy Fwy Suite #910
Tech City: Houston
Tech State/Province: Tx
Tech Postal Code: 77079
Tech Country: US
Tech Phone: +1.9496939967
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: tfloy03@yahoo.com
Name Server: greg.ns.cloudflare.com
Name Server: thea.ns.cloudflare.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com
Registrar Abuse Contact Phone: +1.2013775952
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/

| | >>> Last update of WHOIS database: 2025-08-23T20:39:26Z <<< |
|---|---|
| OFFICE365CLOUDNETWORK.COM | Domain Name: office365cloudnetwork.com<br>Registry Domain ID: 2939545940_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.internet.bs<br>Registrar URL:<br>Updated Date: 2024-12-12T06:48:32Z<br>Creation Date: 2024-12-04T16:10:11Z<br>Registrar Registration Expiration Date: 2025-12-04T16:10:11Z<br>Registrar: Internet Domain Service BS Corp.<br>Registrar IANA ID: 2487<br>Registrar Abuse Contact Email: abuse@internet.bs<br>Registrar Abuse Contact Phone: +1.5163015301<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: Not Available From Registry<br>Registrant Name: Domain Admin<br>Registrant Organization: Whois Privacy Corp.<br>Registrant Street: Ocean Centre, Montagu Foreshore, East Bay Street<br>Registrant City: Nassau<br>Registrant State/Province: New Providence<br>Registrant Postal Code: 00000<br>Registrant Country: BS<br>Registrant Phone: +1.5163872248<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email:<br>OWNER@office365cloudnetwork.com.customers.whoisprivacycorp.com<br>Registry Admin ID: Not Available From Registry<br>Admin Name: Domain Admin<br>Admin Organization: Whois Privacy Corp.<br>Admin Street: Ocean Centre, Montagu Foreshore, East Bay Street<br>Admin City: Nassau<br>Admin State/Province: New Providence<br>Admin Postal Code: 00000<br>Admin Country: BS<br>Admin Phone: +1.5163872248<br>Admin Phone Ext:<br>Admin Fax: |

Admin Fax Ext:
Admin Email:
ADMIN@office365cloudnetwork.com.customers.whoispriv
acycorp.com
Registry Tech ID: Not Available From Registry
Tech Name: Domain Admin
Tech Organization: Whois Privacy Corp.
Tech Street: Ocean Centre, Montagu Foreshore, East Bay
Street
Tech City: Nassau
Tech State/Province: New Providence
Tech Postal Code: 00000
Tech Country: BS
Tech Phone: +1.5163872248
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:
TECH@office365cloudnetwork.com.customers.whoisprivac
ycorp.com
Registry Billing ID: Not Available From Registry
Billing Name: Domain Admin
Billing Organization: Whois Privacy Corp.
Billing Street: Ocean Centre, Montagu Foreshore, East Bay
Street
Billing City: Nassau
Billing State/Province: New Providence
Billing Postal Code: 00000
Billing Country: BS
Billing Phone: +1.5163872248
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
BILLING@office365cloudnetwork.com.customers.whoispri
vacycorp.com
Name Server: grannbo.ns.cloudflare.com
Name Server: hal.ns.cloudflare.com
DNSSEC: unsigned
Whoisprivacy: 8
URL of the ICANN WHOIS Data Problem Reporting
System: https://wdprs.internic.net/
>>> Last update of WHOIS database: 2025-08-
23T20:41:30Z <<<

| MICROSOFT365CLOUDSTORAGEEFILES.COM | Domain Name: MICROSOFT365CLOUDSTORAGEEFILES.COM<br>Registry Domain ID: 2953954638_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.PublicDomainRegistry.com<br>Registrar URL: http://www.publicdomainregistry.com<br>Updated Date: 2025-01-27T04:34:58Z<br>Creation Date: 2025-01-26T19:11:08Z<br>Registry Expiry Date: 2026-01-26T19:11:08Z<br>Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com<br>Registrar IANA ID: 303<br>Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com<br>Registrar Abuse Contact Phone: +1.2013775952<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Name Server: BRYCE.NS.CLOUDFLARE.COM<br>Name Server: MEGAN.NS.CLOUDFLARE.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of whois database: 2025-08-23T20:43:25Z <<< |
| OFFLINEVERIMONDAY.COM | Domain Name: OFFLINEVERIMONDAY.COM Registry Domain ID: 2960939192_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-04-22T01:05:06Z Creation Date: 2025-02-20T13:16:02Z Registrar Registration Expiration Date: 2026-02-20T13:16:02Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: love you Registrant Organization: REDACTED FOR PRIVACY Registrant Street: 314 west st Registrant City: Boone Registrant State/Province: Registrant Postal Code: 50036 Registrant Country: US Registrant Phone: +1.5156752233 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: store.mca@maxx-coffee.id Registry Admin ID: Not Available From Registry Admin Name: love you Admin Organization: Admin Street: 314 west st Admin City: Boone Admin State/Province: Admin Postal Code: 50036 Admin Country: US Admin Phone: +1.5156752233 Admin Phone Ext: Admin Fax: |

| | Admin Fax Ext: Admin Email: store.mca@maxx-coffee.id Registry Tech ID: Not Available From Registry Tech Name: love you Tech Organization: Tech Street: 314 west st Tech City: Boone Tech State/Province: Tech Postal Code: 50036 Tech Country: US Tech Phone: +1.5156752233 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: store.mca@maxx-coffee.id Name Server: algin.ns.cloudflare.com Name Server: naomi.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20;45;00Z <<< |
|---|---|
| CLOUDDRIVEMICROSOFT EFILES.COM | Domain Name: clouddrivemicrosoftefiles.com Registry Domain ID: 2990832881_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-12T21:12:57Z Creation Date: 2025-06-11T17:35:31Z Registrar Registration Expiration Date: 2026-06-11T17:35:31Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: dsdsd sds Registrant Organization: N A Registrant Street: 4374 Atlanta Hwy Registrant City: Hiram Registrant State/Province: GA Registrant Postal Code: 30141 Registrant Country: US Registrant Phone: +1.4844731622 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: drstacywalter@gmail.com Registry Admin ID: Not Available From Registry Admin Name: dsdsd sds Admin Organization: N A Admin Street: 4374 Atlanta Hwy Admin City: Hiram Admin State/Province: GA Admin Postal Code: 30141 Admin Country: US Admin Phone: +1.4844731622 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: drstacywalter@gmail.com Registry Tech ID: Not Available From Registry Tech Name: dsdsd sds Tech Organization: N A Tech Street: 4374 Atlanta Hwy Tech City: Hiram Tech State/Province: GA Tech Postal Code: 30141 Tech Country: US Tech Phone: +1.4844731622 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: drstacywalter@gmail.com Name Server: |

241

| | kiki.ns.cloudflare.com Name Server: bradley.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-12T21:12:57Z <<< |
|---|---|
| SHAREPOINTZONECLOUD FILESS.COM | Domain Name: sharepointzonecloudfiless.com Registry Domain ID: 2977501090_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-04-26T07:16:42Z Creation Date: 2025-04-23T17:09:15Z Registrar Registration Expiration Date: 2026-04-23T17:09:14Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Loaann loaann Registrant Organization: N A Registrant Street: 936 N Windomere Ave Dallas TX 75208 Registrant City: dallas Registrant State/Province: TX Registrant Postal Code: 75208 Registrant Country: US Registrant Phone: +1.4093452020 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: loaann1@outlook.com Registry Admin ID: Not Available From Registry Admin Name: Loaann loaann Admin Organization: N A Admin Street: 936 N Windomere Ave Dallas TX 75208 Admin City: dallas Admin State/Province: TX Admin Postal Code: 75208 Admin Country: US Admin Phone: +1.4093452020 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: loaann1@outlook.com Registry Tech ID: Not Available From Registry Tech Name: Loaann loaann Tech Organization: N A Tech Street: 936 N Windomere Ave Dallas TX 75208 Tech City: dallas Tech State/Province: TX Tech Postal Code: 75208 Tech Country: US Tech Phone: +1.4093452020 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: loaann1@outlook.com Name Server: venus.ns.cloudflare.com Name Server: damiete.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-04-26T07:16:42Z <<< |
| OFFICEPRIVATECLOUD.COM | Domain Name: OFFICEPRIVATECLOUD.COM Registry Domain ID: 2909798599_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08- |

28T08:08:28Z Creation Date: 2024-08-21T09:22:09Z
Registrar Registration Expiration Date: 2025-08-
21T09:22:09Z Registrar: Cloudflare, Inc. Registrar IANA
ID: 1910 Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/officeprivatecl
oud.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/officeprivatecl
oud.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/officeprivatecl
oud.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/officeprivatecl
oud.com Name Server: ali.ns.cloudflare.com Name Server:
decker.ns.cloudflare.com DNSSEC: unsigned Registrar

| | |
|---|---|
| | Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:47:55Z <<< |
| EFILEDRIVECLOUDS.COM | Domain Name: EFILEDRIVECLOUDS.COM Registry Domain ID: 2931916188_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-06T03:41:07Z Creation Date: 2024-11-06T03:41:04Z Registrar Registration Expiration Date: 2025-11-06T03:41:04Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: addperiod https://icann.org/epp#addperiod Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/efiledriveclouds.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED |

| | |
|---|---|
| | Admin Email:<br>https://domaincontact.cloudflareregistrar.com/efiledriveclouds.com<br>Registry Tech ID:<br>Tech Name: DATA REDACTED<br>Tech Organization: DATA REDACTED<br>Tech Street: DATA REDACTED<br>Tech City: DATA REDACTED<br>Tech State/Province: DATA REDACTED<br>Tech Postal Code: DATA REDACTED<br>Tech Country: DATA REDACTED<br>Tech Phone: DATA REDACTED<br>Tech Phone Ext: DATA REDACTED<br>Tech Fax: DATA REDACTED<br>Tech Fax Ext: DATA REDACTED<br>Tech Email:<br>https://domaincontact.cloudflareregistrar.com/efiledriveclouds.com<br>Registry Billing ID:<br>Billing Name: DATA REDACTED<br>Billing Organization: DATA REDACTED<br>Billing Street: DATA REDACTED<br>Billing City: DATA REDACTED<br>Billing State/Province: DATA REDACTED<br>Billing Postal Code: DATA REDACTED<br>Billing Country: DATA REDACTED<br>Billing Phone: DATA REDACTED<br>Billing Phone Ext: DATA REDACTED<br>Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/efiledriveclouds.com<br>Name Server: micah.ns.cloudflare.com<br>Name Server: robin.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ |
| MICROSOFT365ERCLOUD.COM | Domain Name: MICROSOFT365ERCLOUD.COM<br>Registry Domain ID: 2909492289_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com Registrar |

URL: https://www.cloudflare.com Updated Date: 2024-08-27T08:08:04Z Creation Date: 2024-08-20T06:59:55Z Registrar Registration Expiration Date: 2025-08-20T06:59:55Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/microsoft365e rcloud.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/microsoft365e rcloud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/microsoft365e rcloud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/microsoft365e rcloud.com Name Server: cullen.ns.cloudflare.com Name

| | |
|---|---|
| | Server: nina.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:50:41Z <<< |
| MICROSOFTCLOUDPORTA LDOCS.COM | Domain Name: microsoftcloudportaldocs.com Registry Domain ID: 2995374120_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-30T06:44:23Z Creation Date: 2025-06-27T17:53:39Z Registrar Registration Expiration Date: 2026-06-27T17:53:39Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect LLC PrivacyProtect org Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect LLC PrivacyProtect org Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect LLC PrivacyProtect org Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: ulla.ns.cloudflare.com Name Server: cleo.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-30T06:44:23Z <<< |

| ESHAREDONEDRIVECLOU DFILE.COM | Domain Name: ESHAREDONEDRIVECLOUDFILE.COM Registry Domain ID: 2930279731_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-07T08:10:47Z Creation Date: 2024-10-31T03:02:48Z Registrar Registration Expiration Date: 2025-10-31T03:02:48Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/esharedonedri vecloudfile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/esharedonedri vecloudfile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/esharedonedri vecloudfile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing |

| | |
|---|---|
| | Email: https://domaincontact.cloudflareregistrar.com/esharedonedrivecloudfile.com Name Server: millic.ns.cloudflare.com Name Server: nile.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T20:52:11Z <<< |
| ESHAREDDOCECLOUDS.COM | Domain Name: ESHAREDDOCECLOUDS.COM Registry Domain ID: 2929960061_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-05T08:11:32Z Creation Date: 2024-10-29T23:17:28Z Registrar Registration Expiration Date: 2025-10-29T23:17:28Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/eshareddocec louds.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED |

Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/eshareddocecl
ouds.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/eshareddocecl
ouds.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing Email:
https://domaincontact.cloudflareregistrar.com/eshareddocecl
ouds.com
Name Server: jerome.ns.cloudflare.com
Name Server: meiling.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2025-08-
23T23:30:41Z <<<

| | |
|---|---|
| SOULRAVESUMMER.COM | Domain Name: SOULRAVESUMMER.COM Registry Domain ID: 2973160324_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-06-07T00:07:21Z Creation Date: 2025-04-07T17:21:02Z Registrar Registration Expiration Date: 2026-04-07T17:21:02Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Kyle Johnson Registrant Organization: Registrant Street: 7051 Bending Trail Registrant City: Mcgregor Registrant State/Province: TX Registrant Postal Code: 76657 Registrant Country: US Registrant Phone: +1.5056106066 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: elaindnck@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Kyle Johnson Admin Organization: Admin Street: 7051 Bending Trail Admin City: Mcgregor Admin State/Province: TX Admin Postal Code: 76657 Admin Country: US Admin Phone: +1.5056106066 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: elaindnck@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Kyle Johnson Tech Organization: Tech Street: 7051 Bending Trail Tech City: Mcgregor Tech State/Province: TX Tech Postal Code: 76657 Tech Country: US Tech Phone: +1.5056106066 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: elaindnck@gmail.com Name Server: brett.ns.cloudflare.com Name Server: heidi.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:33:25Z <<< |
| LOGINMICROSOFTONLINE SERVICES.COM | Domain Name: LOGINMICROSOFTONLINESERVICES.COM Registry Domain ID: 2951873998_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-01-19T21:13:27Z Creation Date: 2025-01-19T09:20:18Z Registry Expiry Date: 2026-01- |

251

| | |
|---|---|
| | 19T09:20:18Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: SAGE.NS.CLOUDFLARE.COM Name Server: YOLANDA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T23:33:57Z <<< |
| MICROSOFT365CLOUDSTORAGEE-FILES.COM | Domain Name: MICROSOFT365CLOUDSTORAGEE-FILES.COM Registry Domain ID: 2954436350_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-02-10T00:54:37Z Creation Date: 2025-01-28T08:48:05Z Registry Expiry Date: 2026-01-28T08:48:05Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: JUSTIN.NS.CLOUDFLARE.COM Name Server: TRICIA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T23:34:42Z <<< |
| CLOUDDRIVESHAREDFILE.COM | Domain Name: CLOUDDRIVESHAREDFILE.COM Registry Domain ID: 2915446263_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-16T08:11:11Z Creation Date: 2024-09-09T20:40:45Z Registrar Registration Expiration Date: 2025-09-09T20:40:45Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA |

| | |
|---|---|
| | REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/clouddrivesharedfile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/clouddrivesharedfile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/clouddrivesharedfile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/clouddrivesharedfile.com Name Server: noah.ns.cloudflare.com Name Server: tricia.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:35:39Z <<< |
| SHAREDOFFICECLOUDFILES.COM | Domain Name: SHAREDOFFICECLOUDFILES.COM Registry Domain ID: 2916738132_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-21T08:09:36Z Creation Date: 2024-09-14T05:27:31Z Registrar Registration Expiration Date: 2025-09-14T05:27:31Z Registrar: Cloudflare, Inc. Registrar IANA |

ID: 1910 Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/sharedofficecl
oudfiles.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/sharedofficecl
oudfiles.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/sharedofficecl
oudfiles.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/sharedofficecl
oudfiles.com Name Server: alla.ns.cloudflare.com Name
Server: syeef.ns.cloudflare.com DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com Registrar Abuse Contact Phone:
+1.4153197517 URL of the ICANN WHOIS Data Problem

| | Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:36:19Z <<< |
|---|---|
| INFOCHECKAUTH.COM | Domain Name: infocheckauth.com Registry Domain ID: 2978260898_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-04-28T21:37:39Z Creation Date: 2025-04-26T04:26:58Z Registrar Registration Expiration Date: 2026-04-26T04:26:58Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect LLC PrivacyProtect org Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect LLC PrivacyProtect org Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect LLC PrivacyProtect org Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: seth.ns.cloudflare.com Name Server: katelyn.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-04-28T21:37:39Z <<< |
| RESCLOUDSHAREDDRIVE. COM | Domain Name: RESCLOUDSHAREDDRIVE.COM Registry Domain ID: 2922654364_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-12T08:13:11Z Creation Date: 2024-10-04T18:30:04Z Registrar Registration Expiration Date: 2025-10- |

04T18:30:04Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/rescloudshare ddrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/rescloudshare ddrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/rescloudshare ddrive.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/rescloudshare ddrive.com Name Server: earl.ns.cloudflare.com Name Server: naya.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone:

| | |
|---|---|
| | +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:37:53Z <<< |
| ECLOUD-DRIVEDOCUMENTS.COM | Domain Name: ECLOUD-DRIVEDOCUMENTS.COM Registry Domain ID: 2925245475_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-21T08:11:08Z Creation Date: 2024-10-14T14:02:15Z Registrar Registration Expiration Date: 2025-10-14T14:02:15Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/ecloud-drivedocuments.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/ecloud-drivedocuments.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/ecloud-drivedocuments.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED |

| | |
|---|---|
| | Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/ecloud-drivedocuments.com Name Server: adrian.ns.cloudflare.com Name Server: doug.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:38:28Z <<< |
| SHAREDONEDRIVEECLOUDFILE.COM | Domain Name: SHAREDONEDRIVEECLOUDFILE.COM Registry Domain ID: 2928405417_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-11T17:19:40Z Creation Date: 2024-10-24T22:06:35Z Registrar Registration Expiration Date: 2025-10-24T22:06:35Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedonedriveecloudfile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedonedriveecloudfile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal |

| | |
|---|---|
| | Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedonedriveecloudfile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedonedriveecloudfile.com Name Server: paris.ns.cloudflare.com Name Server: roman.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:39:08Z <<< |
| OFFICEDOCDRIVECLOUDFILE.COM | Domain Name: officedocdrivecloudfile.com Registry Domain ID: 2990527848_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-14T00:16:22Z Creation Date: 2025-06-10T14:57:49Z Registrar Registration Expiration Date: 2026-06-10T14:57:49Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: dave white Registrant Organization: N A Registrant Street: 350 Grant St Gary Indiana 46404 Registrant City: Gary Registrant State/Province: IN Registrant Postal Code: 46404 Registrant Country: US Registrant Phone: +1.4056787890 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: thceneda@gmail.com Registry Admin ID: Not Available From Registry Admin Name: dave white Admin Organization: N A Admin Street: 350 Grant St Gary Indiana 46404 Admin City: Gary Admin State/Province: IN Admin Postal Code: 46404 Admin Country: US Admin Phone: +1.4056787890 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: |

| | |
|---|---|
| | thceneda@gmail.com Registry Tech ID: Not Available From Registry Tech Name: dave white Tech Organization: N A Tech Street: 350 Grant St Gary Indiana 46404 Tech City: Gary Tech State/Province: IN Tech Postal Code: 46404 Tech Country: US Tech Phone: +1.4056787890 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: thceneda@gmail.com Name Server: quincy.ns.cloudflare.com Name Server: megan.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-14T00:16:22Z <<< |
| SHAREDEDRIVECLOUDFILES.COM | Domain Name: SHAREDEDRIVECLOUDFILES.COM Registry Domain ID: 2964836524_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-03-06T23:44:45Z Creation Date: 2025-03-06T11:46:56Z Registry Expiry Date: 2026-03-06T11:46:56Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: PEDRO.NS.CLOUDFLARE.COM Name Server: RAPHAELA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T23:40:20Z <<< |
| MICROSOFTDRIVEONLINE PORTAL.COM | Domain Name: microsoftdriveonlineportal.com Registry Domain ID: 2981538428_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-08T16:03:37Z Creation Date: 2025-05-08T05:57:41Z Registrar Registration Expiration Date: 2026-05-08T05:57:41Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect LLC PrivacyProtect org Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 |

| | |
|---|---|
| | Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect LLC PrivacyProtect org Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect LLC PrivacyProtect org Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: johnathan.ns.cloudflare.com Name Server: dee.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-08T16:03:37Z <<< |
| MICROSOFT365CLOUDCEE STORAGE.COM | Domain Name: MICROSOFT365CLOUDCEESTORAGE.COM Registry Domain ID: 2955006003_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-02-03T07:17:42Z Creation Date: 2025-01-30T13:51:22Z Registry Expiry Date: 2026-01-30T13:51:22Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: GUSS.NS.CLOUDFLARE.COM Name Server: PAIGE.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T23:41:37Z <<< |
| OMONONDOCUMENT.COM | Domain Name: OMONONDOCUMENT.COM Registry Domain ID: 2988362939_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.tucows.com Registrar URL: http://tucowsdomains.com Updated Date: 2025-07-04T14:35:09 Creation Date: 2025-06-02T03:31:40 Registrar |

| | |
|---|---|
| | Registration Expiration Date: 2026-06-02T03:31:40 Registrar: TUCOWS, INC. Registrar IANA ID: 69 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited Registry Registrant ID: Registrant Name: REDACTED FOR PRIVACY Registrant Organization: REDACTED FOR PRIVACY Registrant Street: REDACTED FOR PRIVACY Registrant City: REDACTED FOR PRIVACY Registrant State/Province: Charlestown Registrant Postal Code: REDACTED FOR PRIVACY Registrant Country: KN REDACTED FOR PRIVACY Registrant Phone: REDACTED FOR PRIVACY Registrant Phone Ext: Registrant Fax: REDACTED FOR PRIVACY Registrant Fax Ext: Registrant Email: https://tieredaccess.com/contact/889f7706-2601-4d30-b75d-2ca08f989869 Name Server: algin.ns.cloudflare.com Name Server: naomi.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: domainabuse@tucows.com Registrar Abuse Contact Phone: +1.4165350123 URL of the ICANN WHOIS Data Problem Reporting System: https://icann.org/wicf >>> Last update of WHOIS database: 2025-08-23T23:42:43Z <<< |
| EKDOCSCLOUDPORTAL.COM | Domain Name: ekdocscloudportal.com Registry Domain ID: 2990410865_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-10T18:41:08Z Creation Date: 2025-06-09T18:51:05Z Registrar Registration Expiration Date: 2026-06-09T18:51:05Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Timothy Alger Registrant Organization: N A Registrant Street: 302 Innovation Drive Suite 450 Registrant City: Franklin Registrant State/Province: TN Registrant Postal Code: 37067 Registrant Country: US Registrant Phone: +1.2817839488 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: sjone0884@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Timothy Alger Admin Organization: N A Admin Street: 302 Innovation Drive Suite 450 Admin City: Franklin Admin State/Province: TN Admin Postal Code: 37067 Admin Country: US Admin |

| | |
|---|---|
| | Phone: +1.2817839488 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: sjone0884@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Timothy Alger Tech Organization: N A Tech Street: 302 Innovation Drive Suite 450 Tech City: Franklin Tech State/Province: TN Tech Postal Code: 37067 Tech Country: US Tech Phone: +1.2817839488 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: sjone0884@gmail.com Name Server: tara.ns.cloudflare.com Name Server: morgan.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-10T18:41:08Z <<< |
| LONDONSMITHKDL.COM | Domain Name: LONDONSMITHKDL.COM Registry Domain ID: 2948998008_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-01-09T11:43:09Z Creation Date: 2025-01-08T21:09:22Z Registry Expiry Date: 2026-01-08T21:09:22Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: ANDRONICUS.NS.CLOUDFLARE.COM Name Server: EVANGELINE.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-23T23:44:07Z <<< |
| SECUREECLOUDFILESHARE.COM | Domain Name: SECUREECLOUDFILESHARE.COM Registry Domain ID: 2921984031_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-09T08:10:59Z Creation Date: 2024-10-02T15:49:49Z Registrar Registration Expiration Date: 2025-10-02T15:49:49Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone |

| | |
|---|---|
| | Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/securecloudfileshare.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/securecloudfileshare.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/securecloudfileshare.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/securecloudfileshare.com Name Server: gannon.ns.cloudflare.com Name Server: molly.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:45:05Z <<< |
| ESHAREDFILESAWDRIVE. COM | Domain Name: ESHAREDFILESAWDRIVE.COM Registry Domain ID: 2931903580_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-06T00:12:33Z Creation Date: 2024-11-06T00:12:30Z |

Registrar Registration Expiration Date: 2025-11-06T00:12:30Z
Registrar: Cloudflare, Inc.
Registrar IANA ID: 1910
Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited
Domain Status: addperiod https://icann.org/epp#addperiod
Registry Registrant ID:
Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED
Registrant Street: DATA REDACTED
Registrant City: DATA REDACTED
Registrant State/Province: PA
Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/esharedfilesawdrive.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/esharedfilesawdrive.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED

| | |
|---|---|
| | Tech Phone Ext: DATA REDACTED<br>Tech Fax: DATA REDACTED<br>Tech Fax Ext: DATA REDACTED<br>Tech Email:<br>https://domaincontact.cloudflareregistrar.com/esharedfilesa<br>wdrive.com<br>Registry Billing ID:<br>Billing Name: DATA REDACTED<br>Billing Organization: DATA REDACTED<br>Billing Street: DATA REDACTED<br>Billing City: DATA REDACTED<br>Billing State/Province: DATA REDACTED<br>Billing Postal Code: DATA REDACTED<br>Billing Country: DATA REDACTED<br>Billing Phone: DATA REDACTED<br>Billing Phone Ext: DATA REDACTED<br>Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/esharedfilesa<br>wdrive.com<br>Name Server: aurora.ns.cloudflare.com<br>Name Server: jack.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-<br>abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/ |
| DBDLAWS.COM | Domain name: dbdlaws.com Registry Domain ID:<br>2919276307_DOMAIN_COM-VRSN Registrar WHOIS<br>Server: whois.namecheap.com Registrar URL:<br>http://www.namecheap.com Updated Date: 0001-01-<br>01T00:00:00.00Z Creation Date: 2024-09-23T13:50:20.00Z<br>Registrar Registration Expiration Date: 2025-09-<br>23T13:50:20.00Z Registrar: NAMECHEAP INC Registrar<br>IANA ID: 1068 Registrar Abuse Contact Email:<br>abuse@namecheap.com Registrar Abuse Contact Phone:<br>+1.9854014545 Reseller: NAMECHEAP INC Domain<br>Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited Registry<br>Registrant ID: Registrant Name: Redacted for Privacy<br>Registrant Organization: Privacy service provided by<br>Withheld for Privacy ehf Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik Registrant State/Province: |

266

| | |
|---|---|
| | Capital Region Registrant Postal Code: 101 Registrant Country: IS Registrant Phone: +354.4212434 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: fa7fb249dcd8447fa72fab0b95e87c4a.protect@withheldforprivacy.com Registry Admin ID: Admin Name: Redacted for Privacy Admin Organization: Privacy service provided by Withheld for Privacy ehf Admin Street: Kalkofnsvegur 2 Admin City: Reykjavik Admin State/Province: Capital Region Admin Postal Code: 101 Admin Country: IS Admin Phone: +354.4212434 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: fa7fb249dcd8447fa72fab0b95e87c4a.protect@withheldforprivacy.com Registry Tech ID: Tech Name: Redacted for Privacy Tech Organization: Privacy service provided by Withheld for Privacy ehf Tech Street: Kalkofnsvegur 2 Tech City: Reykjavik Tech State/Province: Capital Region Tech Postal Code: 101 Tech Country: IS Tech Phone: +354.4212434 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: fa7fb249dcd8447fa72fab0b95e87c4a.protect@withheldforprivacy.com Name Server: katja.ns.cloudflare.com Name Server: odin.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T07:47:29.80Z <<< |
| OFFICESHAREDCLOUDDRIVE.COM | Domain Name: OFFICESHAREDCLOUDDRIVE.COM Registry Domain ID: 2910353242_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-30T08:10:11Z Creation Date: 2024-08-23T05:33:33Z Registrar Registration Expiration Date: 2025-08-23T05:33:33Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/officesharedclouddrive.com Registry Admin ID: Admin Name: DATA |

| | |
|---|---|
| | REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/officesharedcl ouddrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/officesharedcl ouddrive.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/officesharedcl ouddrive.com Name Server: jihoon.ns.cloudflare.com Name Server: nicole.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:48:32Z <<< |
| ESHAREDCLOUDFILE.COM | Domain Name: ESHAREDCLOUDFILE.COM Registry Domain ID: 2921752797_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-08T16:50:27Z Creation Date: 2024-10-01T18:10:05Z Registrar Registration Expiration Date: 2025-10-01T18:10:05Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED |

Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/esharedcloudf ile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/esharedcloudf ile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/esharedcloudf ile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/esharedcloudf ile.com Name Server: aurora.ns.cloudflare.com Name Server: jack.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:49:14Z <<<

| SHAREDECLOUDDOCS.COM | Domain Name: SHAREDECLOUDDOCS.COM Registry Domain ID: 2913252363_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-09T08:12:19Z Creation Date: 2024-09-02T16:16:54Z Registrar Registration Expiration Date: 2025-09-02T16:16:54Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedecloudd ocs.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedecloudd ocs.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedecloudd ocs.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing |

270

| | |
|---|---|
| | Email: https://domaincontact.cloudflareregistrar.com/sharedecloudd ocs.com Name Server: damon.ns.cloudflare.com Name Server: kiki.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:50:04Z <<< |
| OUTLOOK365EFILESECUR ESHARE.COM | Domain Name: OUTLOOK365EFILESECURESHARE.COM Registry Domain ID: 2912129262_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-05T08:11:47Z Creation Date: 2024-08-29T11:26:56Z Registrar Registration Expiration Date: 2025-08-29T11:26:56Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/outlook365efi lesecureshare.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED |

Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/outlook365efi
lesecureshare.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/outlook365efi
lesecureshare.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing Email:
https://domaincontact.cloudflareregistrar.com/outlook365efi
lesecureshare.com
Name Server: khloe.ns.cloudflare.com
Name Server: sri.ns.cloudflare.com
DNSSEC: signedDelegation
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2025-08-
23T23:50:39Z <<<

| EVALSOFTWARE365.COM | Domain Name: evalsoftware365.com |
|---|---|
| | Registry Domain ID: 2975035785_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.discount-domain.com |
| | Registrar URL: http://www.onamae.com |
| | Updated Date: 2025-04-17T03:11:44Z |
| | Creation Date: 2025-04-14T16:52:32Z |
| | Registrar Registration Expiration Date: 2026-04-14T16:52:31Z |
| | Registrar: GMO Internet, Inc. |
| | Registrar IANA ID: 49 |
| | Registrar Abuse Contact Email: abuse@gmo.jp |
| | Registrar Abuse Contact Phone: +81.337709199 |
| | Domain Status: clientTransferProhibited |
| | https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: Not Available From Registry |
| | Registrant Name: Bruce Andrews |
| | Registrant Organization: N A |
| | Registrant Street: 10 Old Clairton Rd Ste 12A 323 Pittsburgh PA 1 |
| | Registrant Street: 5236 |
| | Registrant City: Pittsburgh |
| | Registrant State/Province: PA |
| | Registrant Postal Code: 15236 |
| | Registrant Country: US |
| | Registrant Phone: +1.4403615945 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: bruceandrews21@gmail.com |
| | Registry Admin ID: Not Available From Registry |
| | Admin Name: Bruce Andrews |
| | Admin Organization: N A |
| | Admin Street: 10 Old Clairton Rd Ste 12A 323 Pittsburgh PA 1 |
| | Admin Street: 5236 |
| | Admin City: Pittsburgh |
| | Admin State/Province: PA |
| | Admin Postal Code: 15236 |
| | Admin Country: US |
| | Admin Phone: +1.4403615945 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |
| | Admin Email: bruceandrews21@gmail.com |
| | Registry Tech ID: Not Available From Registry |

| | |
|---|---|
| | Tech Name: Bruce Andrews<br>Tech Organization: N A<br>Tech Street: 10 Old Clairton Rd Ste 12A 323 Pittsburgh PA<br>1<br>Tech Street: 5236<br>Tech City: Pittsburgh<br>Tech State/Province: PA<br>Tech Postal Code: 15236<br>Tech Country: US<br>Tech Phone: +1.4403615945<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: bruceandrews21@gmail.com<br>Name Server: zelda.ns.cloudflare.com<br>Name Server: memphis.ns.cloudflare.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-04-<br>17T03:11:44Z <<< |
| OFFICE365CLOUDFILES.CO<br>M | Domain Name: OFFICE365CLOUDFILES.COM<br><br>Registry Domain ID: 2908950855_DOMAIN_COM-<br>VRSN<br><br>Registrar WHOIS Server: whois.cloudflare.com<br><br>Registrar URL: https://www.cloudflare.com<br><br>Updated Date: 2024-08-25T08:09:20Z<br>Creation Date: 2024-08-18T01:12:19Z<br>Registrar Registration Expiration Date: 2025-08-<br>18T01:12:19Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited<br>https://icann.org/epp#clienttransferprohibited<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED<br>Registrant Street: DATA REDACTED<br>Registrant City: DATA REDACTED<br>Registrant State/Province: PA<br>Registrant Postal Code: DATA REDACTED<br>Registrant Country: US |

Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/office365clou
dfiles.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/office365clou
dfiles.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/office365clou
dfiles.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED

| | |
|---|---|
| | Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/office365cloudfiles.com Name Server: bjorn.ns.cloudflare.com Name Server: daisy.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:54:46Z <<< |
| MAILDEFENDER365.COM | No match for "MAILDEFENDER365.COM". >>> Last update of whois database: 2025-08-23T23:56:21Z <<< |
| AUTH-PORTALONERESIDENT.COM | Domain Name: AUTH-PORTALONERESIDENT.COM Registry Domain ID: 2973936450_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-06-10T00:05:21Z Creation Date: 2025-04-10T07:12:42Z Registrar Registration Expiration Date: 2026-04-10T07:12:42Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Ballard Hemlock Registrant Organization: REDACTED FOR PRIVACY Registrant Street: 1089 Farm Meadow Drive Registrant City: Tucson Registrant State/Province: AZ Registrant Postal Code: 85712 Registrant Country: US Registrant Phone: +1.4025807827 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: officebox3585@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Ballard Hemlock Admin Organization: Mental Health Association of Nebraska Admin Street: 1089 Farm Meadow Drive Admin City: Tucson Admin State/Province: AZ Admin Postal Code: 85712 Admin Country: US Admin Phone: +1.4025807827 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: officebox3585@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Ballard Hemlock Tech Organization: Mental Health |

| | |
|---|---|
| | Association of Nebraska Tech Street: 1089 Farm Meadow Drive Tech City: Tucson Tech State/Province: AZ Tech Postal Code: 85712 Tech Country: US Tech Phone: +1.4025807827 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: officebox3585@gmail.com Name Server: earl.ns.cloudflare.com Name Server: naya.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:57:21Z <<< |
| ECLOUDDRIVESHAREDFILES.COM | Domain Name: ECLOUDDRIVESHAREDFILES.COM Registry Domain ID: 2916986035_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-22T08:08:32Z Creation Date: 2024-09-15T02:07:29Z Registrar Registration Expiration Date: 2025-09-15T02:07:29Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/eclouddriveshared files.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/eclouddriveshared files.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA |

| | |
|---|---|
| | REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/eclouddrivesharedfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/eclouddrivesharedfiles.com Name Server: james.ns.cloudflare.com Name Server: nicole.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:58:11Z <<< |
| SHAREDRESDOCUMENTSONEDRIVEFILES.COM | Domain Name: SHAREDRESDOCUMENTSONEDRIVEFILES.COM Registry Domain ID: 2965793981_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-05-09T02:05:08Z Creation Date: 2025-03-09T23:00:09Z Registrar Registration Expiration Date: 2026-03-09T23:00:09Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Tara Kent Registrant Organization: REDACTED FOR PRIVACY Registrant Street: 6838 Old Hunt Club Road Registrant City: Zionsville Registrant State/Province: IN Registrant Postal Code: 46077 Registrant Country: US Registrant Phone: +1.7743126106 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: tarakent60@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Tara Kent Admin Organization: Admin Street: 6838 Old Hunt Club Road Admin City: Zionsville Admin State/Province: IN Admin Postal Code: 46077 Admin Country: US Admin Phone: +1.7743126106 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: tarakent60@gmail.com Registry Tech |

| | |
|---|---|
| | ID: Not Available From Registry Tech Name: Tara Kent Tech Organization: Tech Street: 6838 Old Hunt Club Road Tech City: Zionsville Tech State/Province: IN Tech Postal Code: 46077 Tech Country: US Tech Phone: +1.7743126106 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: tarakent60@gmail.com Name Server: cleo.ns.cloudflare.com Name Server: ulla.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T23:58:49Z <<< |
| TORPCONSULLT.COM | Domain Name: torpconsullt.com Registry Domain ID: 2975868411_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-07-15T23:36:41Z Creation Date: 2025-04-17T12:36:23Z Registrar Registration Expiration Date: 2026-04-17T12:36:23Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: cheryl Sharp Registrant Organization: grupo cobo Registrant Street: 104 E gerald dr Registrant City: anadarko Registrant State/Province: OK Registrant Postal Code: 73005 Registrant Country: US Registrant Phone: +1.4058850460 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: oodybugs53@gmail.com Registry Admin ID: Not Available From Registry Admin Name: cheryl Sharp Admin Organization: grupo cobo Admin Street: 104 E gerald dr Admin City: anadarko Admin State/Province: OK Admin Postal Code: 73005 Admin Country: US Admin Phone: +1.4058850460 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: oodybugs53@gmail.com Registry Tech ID: Not Available From Registry Tech Name: cheryl Sharp Tech Organization: grupo cobo Tech Street: 104 E gerald dr Tech City: anadarko Tech State/Province: OK Tech Postal Code: 73005 Tech Country: US Tech Phone: +1.4058850460 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: oodybugs53@gmail.com Name Server: maisie.ns.cloudflare.com Name Server: devin.ns.cloudflare.com DNSSEC: unsigned URL of the |

| | ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-07-15T23:36:41Z <<< |
|---|---|
| ONEDRIVEOFFICEDOCUMETS.COM | Domain Name: ONEDRIVEOFFICEDOCUMETS.COM Registry Domain ID: 2893479408_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2025-08-03T04:11:35Z Creation Date: 2024-06-24T16:41:50Z Registrar Registration Expiration Date: 2025-06-24T16:41:50Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: pendingdelete https://icann.org/epp#pendingdelete Domain Status: redemptionperiod https://icann.org/epp#redemptionperiod Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/onedriveoffice documets.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/onedriveoffice documets.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/onedriveoffice documets.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA |

| | |
|---|---|
| | REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/onedriveoffice documets.com Name Server: holly.ns.cloudflare.com Name Server: kipp.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T00:00:04Z <<< |
| OFFICE365DATACLOUD.C OM | No match for "OFFICE365DATACLOUD.COM".>>> Last update of whois database: 2025-08-24T00:00:10Z <<< |
| WATSONCREATLVE.COM | Domain name: watsoncreatlve.com Registry Domain ID: 2949291198_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namecheap.com Registrar URL: http://www.namecheap.com Updated Date: 0001-01-01T00:00:00.00Z Creation Date: 2025-01-09T22:46:24.00Z Registrar Registration Expiration Date: 2026-01-09T22:46:24.00Z Registrar: NAMECHEAP INC Registrar IANA ID: 1068 Registrar Abuse Contact Email: abuse@namecheap.com Registrar Abuse Contact Phone: +1.9854014545 Reseller: NAMECHEAP INC Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Registrant Name: Redacted for Privacy Registrant Organization: Privacy service provided by Withheld for Privacy ehf Registrant Street: Kalkofnsvegur 2 Registrant City: Reykjavik Registrant State/Province: Capital Region Registrant Postal Code: 101 Registrant Country: IS Registrant Phone: +354.4212434 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: |

Registrant Email:
ed22a6f35a084e288577f4ee3e872aba.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
ed22a6f35a084e288577f4ee3e872aba.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:
ed22a6f35a084e288577f4ee3e872aba.protect@withheldforprivacy.com
Name Server: dan.ns.cloudflare.com
Name Server: journey.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2025-08-23T09:01:27.67Z <<<

| OFFICE365DRIVECLOUD.COM | No match for "OFFICE365DRIVECLOUD.COM". |

| | |
|---|---|
| | >>> Last update of whois database: 2025-08-24T00:02:55Z <<< |
| GZTTY.COM | Domain Name: GZTTY.COM<br>Registry Domain ID: 2965884105_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.publicdomainregistry.com<br>Registrar URL: www.publicdomainregistry.com<br>Updated Date: 2025-05-10T02:05:16Z<br>Creation Date: 2025-03-10T16:18:40Z<br>Registrar Registration Expiration Date: 2026-03-10T16:18:40Z<br>Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com<br>Registrar IANA ID: 303<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: Not Available From Registry<br>Registrant Name: Rare Gem<br>Registrant Organization: REDACTED FOR PRIVACY<br>Registrant Street: 1242 N 4th st<br>Registrant City: Abilene<br>Registrant State/Province: TX<br>Registrant Postal Code: 79601<br>Registrant Country: US<br>Registrant Phone: +1.3172174269<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: rmcy987@gmail.com<br>Registry Admin ID: Not Available From Registry<br>Admin Name: Rare Gem<br>Admin Organization: The Prosper Group<br>Admin Street: 1242 N 4th st<br>Admin City: Abilene<br>Admin State/Province: TX<br>Admin Postal Code: 79601<br>Admin Country: US<br>Admin Phone: +1.3172174269<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: rmcy987@gmail.com<br>Registry Tech ID: Not Available From Registry<br>Tech Name: Rare Gem<br>Tech Organization: The Prosper Group |

| | |
|---|---|
| | Tech Street: 1242 N 4th st<br>Tech City: Abilene<br>Tech State/Province: TX<br>Tech Postal Code: 79601<br>Tech Country: US<br>Tech Phone: +1.3172174269<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: rmcy987@gmail.com<br>Name Server: dee.ns.cloudflare.com<br>Name Server: johnathan.ns.cloudflare.com<br>DNSSEC: Unsigned<br>Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com<br>Registrar Abuse Contact Phone: +1.2013775952<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-24T02:45:36Z <<< |
| SHAREDOFFICEFILES.COM | Domain Name: SHAREDOFFICEFILES.COM Registry Domain ID: 2916727032_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-21T08:09:24Z Creation Date: 2024-09-14T02:02:03Z Registrar Registration Expiration Date: 2025-09-14T02:02:03Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedofficefiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: |

| | |
|---|---|
| | DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedofficefiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedofficefiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedofficefiles.com Name Server: andronicus.ns.cloudflare.com Name Server: zariyah.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T02:47:39Z <<< |
| MICROSOFTECLOUDDRIVEONLINE.COM | Domain Name: microsofteclouddriveonline.com Registry Domain ID: 2981326798_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-08T13:55:33Z Creation Date: 2025-05-07T17:18:00Z Registrar Registration Expiration Date: 2026-05-07T17:17:59Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect LLC PrivacyProtect org Registrant Street: 10 |

| | |
|---|---|
| | Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect LLC PrivacyProtect org Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect LLC PrivacyProtect org Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: kiki.ns.cloudflare.com Name Server: bradley.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-08T13:55:33Z <<< |
| COLLECTFANATISC.COM | Domain name: collectfanatisc.com Registry Domain ID: 2964226710_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namecheap.com Registrar URL: http://www.namecheap.com Updated Date: 0001-01-01T00:00:00.00Z Creation Date: 2025-03-04T00:12:26.00Z Registrar Registration Expiration Date: 2026-03-04T00:12:26.00Z Registrar: NAMECHEAP INC Registrar IANA ID: 1068 Registrar Abuse Contact Email: abuse@namecheap.com Registrar Abuse Contact Phone: +1.9854014545 Reseller: NAMECHEAP INC Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Registrant Name: Redacted for Privacy Registrant Organization: Privacy service provided by Withheld for Privacy ehf Registrant Street: Kalkofnsvegur 2 Registrant City: Reykjavik Registrant State/Province: Capital Region Registrant Postal Code: 101 Registrant Country: IS Registrant Phone: +354.4212434 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: 5b25f0cbfa244c439b0c631db6f846c6.protect@withheldforp |

| | |
|---|---|
| | rivacy.com Registry Admin ID: Admin Name: Redacted for Privacy Admin Organization: Privacy service provided by Withheld for Privacy ehf Admin Street: Kalkofnsvegur 2 Admin City: Reykjavik Admin State/Province: Capital Region Admin Postal Code: 101 Admin Country: IS Admin Phone: +354.4212434 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: 5b25f0cbfa244c439b0c631db6f846c6.protect@withheldforp rivacy.com Registry Tech ID: Tech Name: Redacted for Privacy Tech Organization: Privacy service provided by Withheld for Privacy ehf Tech Street: Kalkofnsvegur 2 Tech City: Reykjavik Tech State/Province: Capital Region Tech Postal Code: 101 Tech Country: IS Tech Phone: +354.4212434 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: 5b25f0cbfa244c439b0c631db6f846c6.protect@withheldforp rivacy.com Name Server: frank.ns.cloudflare.com Name Server: sureena.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T01:49:28.81Z <<< |
| MICROSOFT365CLOUDRVF ILES.COM | Domain Name: MICROSOFT365CLOUDRVFILES.COM Registry Domain ID: 2952465197_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-02-20T13:33:52Z Creation Date: 2025-01-21T15:03:15Z Registry Expiry Date: 2026-01-21T15:03:15Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: MORGAN.NS.CLOUDFLARE.COM Name Server: TARA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-24T02:50:11Z <<< |
| MICROSOFT365DOCSCLOU DCESTORAGE.COM | Domain Name: microsoft365docscloudcestorage.com Registry Domain ID: 2952667635_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.PublicDomainRegistry.com Registrar URL: http://www.publicdomainregistry.com Updated Date: 2025-01-21T22:23:03Z Creation Date: 2025-01-21T21:51:21Z Registry Expiry Date: 2026-01- |

| | |
|---|---|
| | 21T21:51:21Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Name Server: GUSS.NS.CLOUDFLARE.COM Name Server: PAIGE.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-24T02:50:40Z <<< |
| OFFICETODOLISTSVG.COM | Domain Name: officetodolistsvg.com Registry Domain ID: 2989247338_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-10T18:10:23Z Creation Date: 2025-06-05T14:52:30Z Registrar Registration Expiration Date: 2026-06-05T14:52:30Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: A B Registrant Organization: N A Registrant Street: 2566 Hc 1 Glennallen Alaska 99588 USA Registrant City: Glennallen Registrant State/Province: AK Registrant Postal Code: 99588 Registrant Country: US Registrant Phone: +1.9078223177 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: koppoo@etlgr.com Registry Admin ID: Not Available From Registry Admin Name: A B Admin Organization: N A Admin Street: 2566 Hc 1 Glennallen Alaska 99588 USA Admin City: Glennallen Admin State/Province: AK Admin Postal Code: 99588 Admin Country: US Admin Phone: +1.9078223177 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: koppoo@etlgr.com Registry Tech ID: Not Available From Registry Tech Name: A B Tech Organization: N A Tech Street: 2566 Hc 1 Glennallen Alaska 99588 USA Tech City: Glennallen Tech State/Province: AK Tech Postal Code: 99588 Tech Country: US Tech Phone: +1.9078223177 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: koppoo@etlgr.com Name Server: riya.ns.cloudflare.com Name Server: benedict.ns.cloudflare.com DNSSEC: unsigned URL of the |

| | ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-10T18:10:23Z <<< |
|---|---|
| ESHAREDFILECLOUD.COM | Domain Name: ESHAREDFILECLOUD.COM Registry Domain ID: 2921690806_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-08T08:10:48Z Creation Date: 2024-10-01T16:19:07Z Registrar Registration Expiration Date: 2025-10-01T16:19:07Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/esharedfilecloud.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/esharedfilecloud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/esharedfilecloud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED |

| | |
|---|---|
| | Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/esharedfileclo ud.com Name Server: harvey.ns.cloudflare.com Name Server: pola.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T02:52:28Z <<< |
| VERIFICATONEN-USUPORTNICROSOFT.COM | Domain Name: VERIFICATONEN-USUPORTNICROSOFT.COM Registry Domain ID: 2908474855_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-23T08:10:48Z Creation Date: 2024-08-16T07:55:51Z Registrar Registration Expiration Date: 2025-08-16T07:55:51Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/verificatonen-usuportnicrosoft.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED |

Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/verificatonen-
usuportnicrosoft.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/verificatonen-
usuportnicrosoft.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing Email:
https://domaincontact.cloudflareregistrar.com/verificatonen-
usuportnicrosoft.com
Name Server: evelyn.ns.cloudflare.com
Name Server: trace.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com

| | |
|---|---|
| | Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-<br>24T02:52:50Z <<< |
| LISTREMINDER-<br>TODO.COM | Domain Name: listreminder-todo.com<br>Registry Domain ID: 2998491432_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namesrs.com<br>Registrar URL: https://www.namesrs.com<br>Creation Date: 2025-07-08T05:42:13.00Z<br>Registrar Registration Expiration Date: 2026-07-<br>08T05:42:13.00Z<br>Registrar: Name SRS AB<br>Registrar IANA ID: 638<br>Registrar Abuse Contact Email: abuse@namesrs.com<br>Registrar Abuse Contact Phone: +46.313011220<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: Protected<br>Registrant Name: Protected Protected<br>Registrant Organization: Shield Whois<br>Registrant Street: Radiovägen 2<br>Registrant City: Västra Frölunda<br>Registrant State:<br>Registrant Postal Code: 42147<br>Registrant Country: SE<br>Registrant Phone: +46.104500390<br>Registrant Fax:<br>Registrant Email: listreminder-todo.com@shieldwhois.com<br>Registry Admin ID: Protected<br>Admin Name: Protected Protected<br>Admin Organization: Shield Whois<br>Admin Street: Radiovägen 2<br>Admin City: Västra Frölunda<br>Admin Postal Code: 42147<br>Admin Country: SE<br>Admin Phone: +46.104500390<br>Admin Fax:<br>Admin Email: listreminder-todo.com@shieldwhois.com<br>Registry Tech ID: Protected<br>Tech Name: Protected Protected<br>Tech Organization: Shield Whois<br>Tech Street: Radiovägen 2<br>Tech City: Västra Frölunda |

| | |
|---|---|
| | Tech Postal Code: 42147<br>Tech Country: SE<br>Tech Phone: +46.104500390<br>Tech Fax:<br>Tech Email: listreminder-todo.com@shieldwhois.com<br>Name Server: JIHOON.NS.CLOUDFLARE.COM<br>Name Server: LOVISA.NS.CLOUDFLARE.COM<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>Last update of WHOIS database: 2025-08-24T02:54:35.00Z |
| AUTH-ONEDRIVEPORTAL.COM | Domain Name: auth-onedriveportal.com<br>Registry Domain ID: 2976877641_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.discount-domain.com<br>Registrar URL: http://www.onamae.com<br>Updated Date: 2025-04-22T15:19:46Z<br>Creation Date: 2025-04-21T10:58:17Z<br>Registrar Registration Expiration Date: 2026-04-21T10:58:17Z<br>Registrar: GMO Internet, Inc.<br>Registrar IANA ID: 49<br>Registrar Abuse Contact Email: abuse@gmo.jp<br>Registrar Abuse Contact Phone: +81.337709199<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: Not Available From Registry<br>Registrant Name: Domain Admin<br>Registrant Organization: Privacy Protect LLC PrivacyProtect org<br>Registrant Street: 10 Corporate Drive<br>Registrant City: Burlington<br>Registrant State/Province: MA<br>Registrant Postal Code: 01803<br>Registrant Country: US<br>Registrant Phone: +1.8022274003<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: contact@privacyprotect.org<br>Registry Admin ID: Not Available From Registry<br>Admin Name: Domain Admin<br>Admin Organization: Privacy Protect LLC PrivacyProtect org<br>Admin Street: 10 Corporate Drive |

| | |
|---|---|
| | Admin City: Burlington<br>Admin State/Province: MA<br>Admin Postal Code: 01803<br>Admin Country: US<br>Admin Phone: +1.8022274003<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: contact@privacyprotect.org<br>Registry Tech ID: Not Available From Registry<br>Tech Name: Domain Admin<br>Tech Organization: Privacy Protect LLC PrivacyProtect org<br>Tech Street: 10 Corporate Drive<br>Tech City: Burlington<br>Tech State/Province: MA<br>Tech Postal Code: 01803<br>Tech Country: US<br>Tech Phone: +1.8022274003<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: contact@privacyprotect.org<br>Name Server: raphaela.ns.cloudflare.com<br>Name Server: pedro.ns.cloudflare.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-04-<br>22T15:19:46Z <<< |
| SHAREDONEDRIVEFILE.C<br>OM | Domain Name: SHAREDONEDRIVEFILE.COM Registry<br>Domain ID: 2918478392_DOMAIN_COM-VRSN Registrar<br>WHOIS Server: whois.cloudflare.com Registrar URL:<br>https://www.cloudflare.com Updated Date: 2024-09-<br>27T08:10:40Z Creation Date: 2024-09-20T14:50:15Z<br>Registrar Registration Expiration Date: 2025-09-<br>20T14:50:15Z Registrar: Cloudflare, Inc. Registrar IANA<br>ID: 1910 Domain Status: clienttransferprohibited Registry<br>https://icann.org/epp#clienttransferprohibited Registry<br>Registrant ID: Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED Registrant<br>Street: DATA REDACTED Registrant City: DATA<br>REDACTED Registrant State/Province: PA Registrant<br>Postal Code: DATA REDACTED Registrant Country: US<br>Registrant Phone: DATA REDACTED Registrant Phone |

| | |
|---|---|
| | Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedonedriv efile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedonedriv efile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedonedriv efile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedonedriv efile.com Name Server: carlos.ns.cloudflare.com Name Server: selah.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T02:58:25Z <<< |
| VMSHAREDFILESOFFIC365 RECRECEIPT.COM | Domain Name: VMSHAREDFILESOFFIC365RECRECEIPT.COM Registry Domain ID: 2951351090_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated |

| | |
|---|---|
| | Date: 2025-03-19T00:07:11Z Creation Date: 2025-01-17T12:43:03Z Registrar Registration Expiration Date: 2026-01-17T12:43:03Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org) Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect, LLC (PrivacyProtect.org) Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect, LLC (PrivacyProtect.org) Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: michael.ns.cloudflare.com Name Server: wren.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T02:59:13Z <<< |
| ZNMYV.COM | Domain Name: ZNMYV.COM Registry Domain ID: 2996769033_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.regtons.com Registrar URL: http://regtons.com Updated Date: 2025-07-07T13:39:09Z Creation Date: 2025-07-02T10:17:03Z Registry Expiry Date: 2026-07-02T10:17:03Z Registrar: Gransy, s.r.o. Registrar IANA ID: 1505 Registrar Abuse Contact Email: abuse@regtons.com Registrar Abuse Contact Phone: +420.734 463 373 Domain Status: clientTransferProhibited |

| | https://icann.org/epp#clientTransferProhibited Name Server: ARNOLD.NS.CLOUDFLARE.COM Name Server: MELISSA.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ >>> Last update of whois database: 2025-08-24T02:59:39Z <<< |
|---|---|
| BARCODEDOCUMENTSON LINEREVIEW.COM | Domain Name: BARCODEDOCUMENTSONLINEREVIEW.COM Registry Domain ID: 2914355444_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-12T22:58:28Z Creation Date: 2024-09-06T01:14:23Z Registrar Registration Expiration Date: 2025-09-06T01:14:23Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/barcodedocu mentsonlinereview.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/barcodedocu mentsonlinereview.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA |

| | |
|---|---|
| | REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/barcodedocumentsonlinereview.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/barcodedocumentsonlinereview.com Name Server: jose.ns.cloudflare.com Name Server: kristin.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:00:37Z <<< |
| SHAREDDOCFILESHARE.COM | Domain Name: SHAREDDOCFILESHARE.COM Registry Domain ID: 2920162716_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-03T08:09:15Z Creation Date: 2024-09-26T07:02:50Z Registrar Registration Expiration Date: 2025-09-26T07:02:50Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/shareddocfileshare.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED |

| | |
|---|---|
| | Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/shareddocfiles hare.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/shareddocfiles hare.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/shareddocfiles hare.com Name Server: benedict.ns.cloudflare.com Name Server: elsa.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:01:28Z <<< |
| VIRTUALCLOUDSHAREDD OCS.COM | Domain Name: VIRTUALCLOUDSHAREDDOCS.COM Registry Domain ID: 2912391950_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-06T08:11:23Z Creation Date: 2024-08-30T06:32:49Z Registrar Registration Expiration Date: 2025-08-30T06:32:49Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone |

| | |
|---|---|
| | Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/virtualcloudshareddocs.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/virtualcloudshareddocs.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/virtualcloudshareddocs.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/virtualcloudshareddocs.com Name Server: alla.ns.cloudflare.com Name Server: miles.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:02:16Z <<< |
| SHPRNT1DRVECLOUDVFLS.COM | Domain Name: shprnt1drvecloudvfls.com Registry Domain ID: 2981788491_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-12T15:10:24Z Creation Date: 2025-05-08T20:53:18Z |

| | |
|---|---|
| | Registrar Registration Expiration Date: 2026-05-08T20:53:18Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Yack Servers Registrant Organization: YACK ENTERPRISE Registrant Street: 13 hilton Registrant City: HAVEN RD Registrant State/Province: FL Registrant Postal Code: 33040 Registrant Country: US Registrant Phone: +1.4094339824 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: redirecting.com@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Yack Servers Admin Organization: YACK ENTERPRISE Admin Street: 13 hilton Admin City: HAVEN RD Admin State/Province: FL Admin Postal Code: 33040 Admin Country: US Admin Phone: +1.4094339824 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: redirecting.com@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Yack Servers Tech Organization: YACK ENTERPRISE Tech Street: 13 hilton Tech City: HAVEN RD Tech State/Province: FL Tech Postal Code: 33040 Tech Country: US Tech Phone: +1.4094339824 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: redirecting.com@gmail.com Name Server: doug.ns.cloudflare.com Name Server: adrian.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-12T15:10:24Z <<< |
| SHAREDFILEDRIVECLOUDS.COM | Domain Name: SHAREDFILEDRIVECLOUDS.COM Registry Domain ID: 2929330170_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-08T17:12:34Z Creation Date: 2024-10-28T08:53:49Z Registrar Registration Expiration Date: 2025-10-28T08:53:49Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: |

Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED
Registrant Street: DATA REDACTED
Registrant City: DATA REDACTED
Registrant State/Province: PA
Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTEDRegistrant Email:
https://domaincontact.cloudflareregistrar.com/sharedfiledriv
eclouds.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/sharedfiledriv
eclouds.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/sharedfiledriv
eclouds.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED

| | |
|---|---|
| | Billing Street: DATA REDACTED<br>Billing City: DATA REDACTED<br>Billing State/Province: DATA REDACTED<br>Billing Postal Code: DATA REDACTED<br>Billing Country: DATA REDACTED<br>Billing Phone: DATA REDACTED<br>Billing Phone Ext: DATA REDACTED<br>Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/sharedfiledriv<br>eclouds.com<br>Name Server: micah.ns.cloudflare.com<br>Name Server: robin.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-<br>abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-<br>24T03:04:21Z <<< |
| MICROSOFTADMIININC.C<br>OM | Domain Name: microsoftadmiininc.com<br>Registry Domain ID: 2992455618_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.discount-domain.com<br>Registrar URL: http://www.onamae.com<br>Updated Date: 2025-06-17T23:59:56Z<br>Creation Date: 2025-06-17T12:36:45Z<br>Registrar Registration Expiration Date: 2026-06-<br>17T12:36:45Z<br>Registrar: GMO Internet, Inc.<br>Registrar IANA ID: 49<br>Registrar Abuse Contact Email: abuse@gmo.jp<br>Registrar Abuse Contact Phone: +81.337709199<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: Not Available From Registry<br>Registrant Name: Jerome Clay<br>Registrant Organization: jerome enterprises<br>Registrant Street: 225 Bonnie<br>Registrant City: Palm Springs<br>Registrant State/Province: FL<br>Registrant Postal Code: 33461<br>Registrant Country: US |

| | |
|---|---|
| | Registrant Phone: +1.5613194996<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: jcllay07@gmail.com<br>Registry Admin ID: Not Available From Registry<br>Admin Name: Jerome Clay<br>Admin Organization: jerome enterprises<br>Admin Street: 225 Bonnie<br>Admin City: Palm Springs<br>Admin State/Province: FL<br>Admin Postal Code: 33461<br>Admin Country: US<br>Admin Phone: +1.5613194996<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: jcllay07@gmail.com<br>Registry Tech ID: Not Available From Registry<br>Tech Name: Jerome Clay<br>Tech Organization: jerome enterprises<br>Tech Street: 225 Bonnie<br>Tech City: Palm Springs<br>Tech State/Province: FL<br>Tech Postal Code: 33461<br>Tech Country: US<br>Tech Phone: +1.5613194996<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: jcllay07@gmail.com<br>Name Server: todd.ns.cloudflare.com<br>Name Server: gloria.ns.cloudflare.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-06-<br>17T23:59:56Z <<< |
| VOICEMAILFILERECORDI<br>NGSWAV.COM | Domain Name: voicemailfilerecordingswav.com<br>Registry Domain ID: 2976137680_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.discount-domain.com<br>Registrar URL: http://www.onamae.com<br>Updated Date: 2025-04-22T14:35:59Z<br>Creation Date: 2025-04-18T11:57:35Z |

Registrar Registration Expiration Date: 2026-04-18T11:57:35Z
Registrar: GMO Internet, Inc.
Registrar IANA ID: 49
Registrar Abuse Contact Email: abuse@gmo.jp
Registrar Abuse Contact Phone: +81.337709199
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: V M
Registrant Organization: N A
Registrant Street: 1527 Pond Reef Rd Ketchikan Alaska 99901 USA
Registrant City: Ketchikan
Registrant State/Province: AK
Registrant Postal Code: 99901
Registrant Country: US
Registrant Phone: +1.8950091254
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: acctsrec@dmplnc.com
Registry Admin ID: Not Available From Registry
Admin Name: V M
Admin Organization: N A
Admin Street: 1527 Pond Reef Rd Ketchikan Alaska 99901 USA
Admin City: Ketchikan
Admin State/Province: AK
Admin Postal Code: 99901
Admin Country: US
Admin Phone: +1.8950091254
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: acctsrec@dmplnc.com
Registry Tech ID: Not Available From Registry
Tech Name: V M
Tech Organization: N A
Tech Street: 1527 Pond Reef Rd Ketchikan Alaska 99901 USA
Tech City: Ketchikan
Tech State/Province: AK
Tech Postal Code: 99901
Tech Country: US
Tech Phone: +1.8950091254

| | |
|---|---|
| | Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: acctsrec@dmplnc.com<br>Name Server: hans.ns.cloudflare.com<br>Name Server: barbara.ns.cloudflare.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-04-22T14:35:59Z <<< |
| COPILOT-APP-112-9964177 | Domain Name: copilot-app-112-9964177-575211workdev.com Registry Domain ID: 2988644124_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-03T17:25:16Z Creation Date: 2025-06-03T08:19:34Z Registrar Registration Expiration Date: 2026-06-03T08:19:34Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect LLC PrivacyProtect org Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect LLC PrivacyProtect org Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect LLC PrivacyProtect org Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: |

| | |
|---|---|
| | Tech Email: contact@privacyprotect.org Name Server: salvador.ns.cloudflare.com Name Server: diva.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-03T17:25:16Z <<< |
| VIRTUALSHAREDCLOUDFILES.COM | Domain Name: VIRTUALSHAREDCLOUDFILES.COM Registry Domain ID: 2912387120_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-13T00:03:05Z Creation Date: 2024-08-30T05:38:21Z Registrar Registration Expiration Date: 2025-08-30T05:38:21Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/virtualsharedcloudfiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/virtualsharedcloudfiles.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/virtualsharedc |

| | loudfiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/virtualsharedc loudfiles.com Name Server: dean.ns.cloudflare.com Name Server: sara.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:10:44Z <<< |
|---|---|
| OFFICE365FILESHARING.C OM | No match for "OFFICE365FILESHARING.COM". >>> Last update of whois database: 2025-08-24T03:11:11Z <<< |
| PROOFCOMMSSTORAGE.C OM | Domain Name: proofcommsstorage.com Registry Domain ID: 2992430076_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-06-18T19:14:15Z Creation Date: 2025-06-17T08:43:29Z Registrar Registration Expiration Date: 2026-06-17T08:43:29Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: George Urban Registrant Organization: N A Registrant Street: 7003 Creighton Ln Registrant City: Austin Registrant State/Province: TX Registrant Postal Code: 78723 Registrant Country: US Registrant Phone: +1.4092410063 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: rarejnr@gmail.com Registry Admin ID: Not Available From Registry Admin Name: George Urban Admin Organization: N A Admin Street: 7003 Creighton Ln Admin City: Austin Admin State/Province: TX Admin Postal Code: 78723 Admin Country: US Admin Phone: +1.4092410063 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: rarejnr@gmail.com Registry Tech ID: Not Available From Registry Tech Name: George Urban Tech Organization: N |

| | |
|---|---|
| | A Tech Street: 7003 Creighton Ln Tech City: Austin Tech State/Province: TX Tech Postal Code: 78723 Tech Country: US Tech Phone: +1.4092410063 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: rarejnr@gmail.com Name Server: venkat.ns.cloudflare.com Name Server: emely.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-18T19:14:15Z <<< |
| SHAREDFILESCLOUDDRIVE.COM | Domain Name: SHAREDFILESCLOUDDRIVE.COM Registry Domain ID: 2919516876_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-01T08:09:02Z Creation Date: 2024-09-24T00:40:25Z Registrar Registration Expiration Date: 2025-09-24T00:40:25Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedfilesclouddrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedfilesclouddrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED |

| | |
|---|---|
| | Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedfilesclouddrive.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedfilesclouddrive.com Name Server: guss.ns.cloudflare.com Name Server: paige.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:13:16Z <<< |
| DOCSECUREFILESHARE.COM | No match for "DOCSECUREFILESHARE.COM". >>> Last update of whois database: 2025-08-24T03:13:58Z <<< |
| ESHAREDECLOUDFILE.COM | Domain Name: ESHAREDECLOUDFILE.COM Registry Domain ID: 2912146163_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-05T08:11:54Z Creation Date: 2024-08-29T13:57:16Z Registrar Registration Expiration Date: 2025-08-29T13:57:16Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/esharedecloudfile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: |

| | |
|---|---|
| | DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/esharedecloud file.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/esharedecloud file.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/esharedecloud file.com Name Server: sid.ns.cloudflare.com Name Server: vera.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:15:07Z <<< |
| ONEDRIVE-SHAREDFILECLOUD.COM | Domain Name: onedrive-sharedfilecloud.com Registry Domain ID: 2932979338_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2024-11-12T07:08:49Z Creation Date: 2024-11-09T21:15:26Z Registrar Registration Expiration Date: 2025-11-09T21:15:26Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |

Registry Registrant ID: Not Available From Registry
Registrant Name: sddsdd dssdsd
Registrant Organization: N A
Registrant Street: 3 n
Registrant City: carlisl
Registrant State/Province: NA
Registrant Postal Code: 17013
Registrant Country: US
Registrant Phone: +1.4844731620
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: d4dollars@raccoono365.net
Registry Admin ID: Not Available From Registry
Admin Name: sddsdd dssdsd
Admin Organization: N A
Admin Street: 3 n
Admin City: carlisl
Admin State/Province: NA
Admin Postal Code: 17013
Admin Country: US
Admin Phone: +1.4844731620
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: d4dollars@raccoono365.net
Registry Tech ID: Not Available From Registry
Tech Name: sddsdd dssdsd
Tech Organization: N A
Tech Street: 3 n
Tech City: carlisl
Tech State/Province: NA
Tech Postal Code: 17013
Tech Country: US
Tech Phone: +1.4844731620
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: d4dollars@raccoono365.net
Name Server: lila.ns.cloudflare.com
Name Server: piotr.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2024-11-
12T07:08:49Z <<<

| | |
|---|---|
| SALESMEMORANDUMBRO CHURE.COM | Domain Name: SALESMEMORANDUMBROCHURE.COM<br>Registry Domain ID: 2973340910_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.PublicDomainRegistry.com<br>Registrar URL: http://www.publicdomainregistry.com<br>Updated Date: 2025-04-08T00:55:06Z<br>Creation Date: 2025-04-07T22:51:21Z<br>Registry Expiry Date: 2026-04-07T22:51:21Z<br>Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com<br>Registrar IANA ID: 303<br>Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com<br>Registrar Abuse Contact Phone: +1.2013775952<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Name Server: HATTIE.NS.CLOUDFLARE.COM<br>Name Server: VICENTE.NS.CLOUDFLARE.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/<br>>>> Last update of whois database: 2025-08-24T03:17:00Z <<< |
| VIRTUALECLOUDSHARED FILE.COM | Domain Name: VIRTUALECLOUDSHAREDFILE.COM<br>Registry Domain ID: 2917007806_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-09-22T08:07:57Z<br>Creation Date: 2024-09-15T09:49:06Z<br>Registrar Registration Expiration Date: 2025-09-15T09:49:06Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited<br>https://icann.org/epp#clienttransferprohibited<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED<br>Registrant Street: DATA REDACTED<br>Registrant City: DATA REDACTED<br>Registrant State/Province: PA<br>Registrant Postal Code: DATA REDACTED<br>Registrant Country: US<br>Registrant Phone: DATA REDACTED |

Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/virtualclouds
haredfile.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/virtualclouds
haredfile.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/virtualclouds
haredfile.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED

| | |
|---|---|
| | Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/virtualeclouds<br>haredfile.com<br>Name Server: lex.ns.cloudflare.com<br>Name Server: maleah.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-<br>abuse@cloudflare.com<br>Registrar Abuse Contact Phone: +1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-<br>24T03:18:48Z <<< |
| GETINBUTREADY.COM | Domain Name: getinbutready.com Registry Domain ID:<br>2983620184_DOMAIN_COM-VRSN Registrar WHOIS<br>Server: whois.godaddy.com Registrar URL:<br>http://www.godaddy.com Updated Date: 2025-05-<br>16T16:01:48Z Creation Date: 2025-05-15T17:46:23Z<br>Registry Expiry Date: 2026-05-15T17:46:23Z Registrar:<br>GoDaddy.com, LLC Registrar IANA ID: 146 Registrar<br>Abuse Contact Email: abuse@godaddy.com Registrar Abuse<br>Contact Phone: 480-624-2505 Domain Status:<br>clientDeleteProhibited<br>https://icann.org/epp#clientDeleteProhibited Domain Status:<br>clientRenewProhibited<br>https://icann.org/epp#clientRenewProhibited Domain Status:<br>clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited Domain<br>Status: clientUpdateProhibited<br>https://icann.org/epp#clientUpdateProhibited Name Server:<br>JIHOON.NS.CLOUDFLARE.COM Name Server:<br>LOVISA.NS.CLOUDFLARE.COM DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/ >>> Last update of whois<br>database: 2025-08-24T03:20:34Z <<< |
| MICROSOFTESTORAGEDRI<br>VE.COM | Domain Name: microsoftestoragedrive.com Registry<br>Domain ID: 2916135481_DOMAIN_COM-VRSN Registrar<br>WHOIS Server: whois.cloudflare.com Registrar URL:<br>https://www.cloudflare.com Updated Date: 2024-09-<br>19T08:09:41Z Creation Date: 2024-09-12T03:46:22Z<br>Registrar Registration Expiration Date: 2025-09-<br>12T03:46:22Z Registrar: Cloudflare, Inc. Registrar IANA |

ID: 1910 Domain Status: clienttransferprohibited
https://icann.org/epp#clienttransferprohibited Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/microsoftestor
agedrive.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/microsoftestor
agedrive.com Registry Tech ID: Tech Name: DATA
REDACTED Tech Organization: DATA REDACTED Tech
Street: DATA REDACTED Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED Tech Postal
Code: DATA REDACTED Tech Country: DATA
REDACTED Tech Phone: DATA REDACTED Tech Phone
Ext: DATA REDACTED Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/microsoftestor
agedrive.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/microsoftestor
agedrive.com Name Server: cullen.ns.cloudflare.com Name
Server: nina.ns.cloudflare.com DNSSEC: unsigned Registrar
Abuse Contact Email: registrar-abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517 URL of the
ICANN WHOIS Data Problem Reporting System:

| | |
|---|---|
| | http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:21:48Z <<< |
| CALLFORVM.COM | Domain Name: callforvm.com Registry Domain ID: 2981576892_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-22T00:45:57Z Creation Date: 2025-05-08T13:00:49Z Registrar Registration Expiration Date: 2026-05-08T13:00:49Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Steve Barnish Registrant Organization: cottoncreekscapital Registrant Street: 3700 North Capital of Texas Highway Suite 520 Registrant City: Austin Registrant State/Province: TX Registrant Postal Code: 78746 Registrant Country: US Registrant Phone: +1.5124003330 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: sbarnish@cottoncreekscapital.com Registry Admin ID: Not Available From Registry Admin Name: Steve Barnish Admin Organization: cottoncreekscapital Admin Street: 3700 North Capital of Texas Highway Suite 520 Admin City: Austin Admin State/Province: TX Admin Postal Code: 78746 Admin Country: US Admin Phone: +1.5124003330 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: sbarnish@cottoncreekscapital.com Registry Tech ID: Not Available From Registry Tech Name: Steve Barnish Tech Organization: cottoncreekscapital Tech Street: 3700 North Capital of Texas Highway Suite 520 Tech City: Austin Tech State/Province: TX Tech Postal Code: 78746 Tech Country: US Tech Phone: +1.5124003330 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: sbarnish@cottoncreekscapital.com Name Server: will.ns.cloudflare.com Name Server: carlane.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-22T00:45:57Z <<< |
| VERIFICATONENSUPORT-USMICROSOFT.COM | Domain Name: VERIFICATONENSUPORT-USMICROSOFT.COM Registry Domain ID: 2923206984_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: |

https://www.cloudflare.com Updated Date: 2024-11-07T19:04:24Z Creation Date: 2024-10-06T23:21:38Z Registrar Registration Expiration Date: 2025-10-06T23:21:38Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/verificatonens uport-usmicrosoft.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/verificatonens uport-usmicrosoft.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/verificatonens uport-usmicrosoft.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email:

| | |
|---|---|
| | https://domaincontact.cloudflareregistrar.com/verificatonens uport-usmicrosoft.com Name Server: darl.ns.cloudflare.com Name Server: liberty.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:24:20Z <<< |
| 1DRVESECUREMSDOCS-ONLINE.COM | Domain Name: 1drvsecuremsdocs-online.com Registry Domain ID: 2996173959_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-07-07T21:49:45Z Creation Date: 2025-06-30T13:56:28Z Registrar Registration Expiration Date: 2026-06-30T13:56:27Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Yack Servers Registrant Organization: YACK ENTERPRISE Registrant Street: 13 hilton Registrant City: HAVEN RD Registrant State/Province: FL Registrant Postal Code: 33040 Registrant Country: US Registrant Phone: +1.4094339824 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: redirecting.com@gmail.com Registry Admin ID: Not Available From Registry Admin Name: Yack Servers Admin Organization: YACK ENTERPRISE Admin Street: 13 hilton Admin City: HAVEN RD Admin State/Province: FL Admin Postal Code: 33040 Admin Country: US Admin Phone: +1.4094339824 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: redirecting.com@gmail.com Registry Tech ID: Not Available From Registry Tech Name: Yack Servers Tech Organization: YACK ENTERPRISE Tech Street: 13 hilton Tech City: HAVEN RD Tech State/Province: FL Tech Postal Code: 33040 Tech Country: US Tech Phone: +1.4094339824 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: redirecting.com@gmail.com Name Server: tricia.ns.cloudflare.com Name Server: nero.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-07-07T21:49:45Z <<< |

| OFFICERECLOUD.COM | Domain Name: officerecloud.com Registry Domain ID: 2910068406_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-29T08:08:54Z Creation Date: 2024-08-22T06:39:33Z Registrar Registration Expiration Date: 2025-08-22T06:39:33Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/officerecloud.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/officerecloud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/officerecloud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing |

| | |
|---|---|
| | Email: https://domaincontact.cloudflareregistrar.com/officerecloud. com Name Server: mitchell.ns.cloudflare.com Name Server: sreeni.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:25:35Z <<< |
| EDOCSHARECLOUDFILE.C OM | Domain Name: edocsharecloudfile.com Registry Domain ID: 2920496446_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-10-04T08:10:41Z Creation Date: 2024-09-27T10:13:12Z Registrar Registration Expiration Date: 2025-09-27T10:13:12Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/edocshareclou dfile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/edocshareclou dfile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED |

| | |
|---|---|
| | Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/edocshareclou dfile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/edocshareclou dfile.com Name Server: damian.ns.cloudflare.com Name Server: nena.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:26:14Z << |
| SHAREDFILESCLOUD.COM | Domain Name: sharedfilescloud.com Registry Domain ID: 2915192767_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-16T08:10:07Z Creation Date: 2024-09-09T10:01:15Z Registrar Registration Expiration Date: 2025-09-09T10:01:15Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/sharedfilesclo ud.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA |

| | |
|---|---|
| | REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/sharedfilesclo ud.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/sharedfilesclo ud.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/sharedfilesclo ud.com Name Server: jihoon.ns.cloudflare.com Name Server: nicole.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:27:04Z <<< |
| SYNCEDCLOUDFILES.COM | No match for "SYNCEDCLOUDFILES.COM". >>> Last update of whois database: 2025-08-24T03:27:54Z <<< |
| CLOUFDTF.COM | Domain Name: cloufdtf.com Registry Domain ID: 2979094441_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-04-30T20:05:29Z Creation Date: 2025-04-29T10:51:13Z Registrar Registration Expiration Date: 2026-04-29T10:51:13Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |

Registry Registrant ID: Not Available From Registry
Registrant Name: ghj gh
Registrant Organization: restte inc
Registrant Street: 1392 E BONDS RANCH RD
Registrant City: Arlington
Registrant State/Province: TX
Registrant Postal Code: 76001
Registrant Country: US
Registrant Phone: +1.3456778906
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: keedew12@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: ghj gh
Admin Organization: restte inc
Admin Street: 1392 E BONDS RANCH RD
Admin City: Arlington
Admin State/Province: TX
Admin Postal Code: 76001
Admin Country: US
Admin Phone: +1.3456778906
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: keedew12@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: ghj gh
Tech Organization: restte inc
Tech Street: 1392 E BONDS RANCH RD
Tech City: Arlington
Tech State/Province: TX
Tech Postal Code: 76001
Tech Country: USTech Phone: +1.3456778906
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: keedew12@gmail.com
Name Server: jobs.ns.cloudflare.com
Name Server: bella.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2025-04-
30T20:05:29Z <<<

| VOICEOFFLINE.COM | Domain Name: voiceoffline.com |
|---|---|
| | Registry Domain ID: 2980919830_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.discount-domain.com |
| | Registrar URL: http://www.onamae.com |
| | Updated Date: 2025-05-07T00:03:47Z |
| | Creation Date: 2025-05-05T20:52:53Z |
| | Registrar Registration Expiration Date: 2026-05-05T20:52:52Z |
| | Registrar: GMO Internet, Inc. |
| | Registrar IANA ID: 49 |
| | Registrar Abuse Contact Email: abuse@gmo.jp |
| | Registrar Abuse Contact Phone: +81.337709199Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: Not Available From Registry |
| | Registrant Name: hold Gift |
| | Registrant Organization: self employed |
| | Registrant Street: 8300 Greensboro Drive |
| | Registrant City: McLean |
| | Registrant State/Province: va |
| | Registrant Postal Code: 22102 |
| | Registrant Country: US |
| | Registrant Phone: +1.1751635533 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: holdgift100@mail.com |
| | Registry Admin ID: Not Available From Registry |
| | Admin Name: hold GiftAdmin Organization: self employed |
| | Admin Street: 8300 Greensboro Drive |
| | Admin City: McLean |
| | Admin State/Province: va |
| | Admin Postal Code: 22102 |
| | Admin Country: US |
| | Admin Phone: +1.1751635533 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |
| | Admin Email: holdgift100@mail.com |
| | Registry Tech ID: Not Available From Registry |
| | Tech Name: hold Gift |
| | Tech Organization: self employed |
| | Tech Street: 8300 Greensboro Drive |
| | Tech City: McLean |
| | Tech State/Province: va |
| | Tech Postal Code: 22102 |

| | |
|---|---|
| | Tech Country: US<br>Tech Phone: +1.1751635533<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: holdgift100@mail.com<br>Name Server: dimitris.ns.cloudflare.com<br>Name Server: annabel.ns.cloudflare.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-05-07T00:03:47Z <<< |
| MICROSOFTCLOUDDOCSPORTAL.COM | Domain Name: microsoftclouddocsportal.com Registry Domain ID: 2987684934_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2025-05-31T00:35:37Z Creation Date: 2025-05-30T15:31:46Z Registrar Registration Expiration Date: 2026-05-30T15:31:46Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Privacy Protect LLC PrivacyProtect org Registrant Street: 10 Corporate Drive Registrant City: Burlington Registrant State/Province: MA Registrant Postal Code: 01803 Registrant Country: US Registrant Phone: +1.8022274003 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: contact@privacyprotect.org Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Privacy Protect LLC PrivacyProtect org Admin Street: 10 Corporate Drive Admin City: Burlington Admin State/Province: MA Admin Postal Code: 01803 Admin Country: US Admin Phone: +1.8022274003 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: contact@privacyprotect.org Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Privacy Protect LLC PrivacyProtect org Tech Street: 10 Corporate Drive Tech City: Burlington Tech State/Province: MA Tech Postal Code: 01803 Tech Country: US Tech Phone: |

| | +1.8022274003 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: contact@privacyprotect.org Name Server: ulla.ns.cloudflare.com Name Server: cleo.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-05-31T00:35:37Z <<< |
|---|---|
| EFILESHAREDRIVE.COM | Domain Name: EFILESHAREDRIVE.COM Registry Domain ID: 2912365638_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-06T08:11:00Z Creation Date: 2024-08-30T00:08:30Z Registrar Registration Expiration Date: 2025-08-30T00:08:30Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/efilesharedrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/efilesharedrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/efilesharedrive.com Registry Billing ID: Billing Name: DATA |

| | REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/efilesharedrive.com Name Server: crystal.ns.cloudflare.com Name Server: kyree.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:34:31Z <<< |
|---|---|
| ESHAREDDRIVEFILES.COM | Domain Name: ESHAREDDRIVEFILES.COM Registry Domain ID: 2912139139_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-05T08:11:54Z Creation Date: 2024-08-29T12:59:50Z Registrar Registration Expiration Date: 2025-08-29T12:59:50Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Country: US Registrant Postal Code: DATA REDACTED Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/eshareddrivefiles.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/eshareddrivefiles.com Registry Tech ID: Tech Name: DATA REDACTED |

| | |
|---|---|
| | Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/eshareddrivefiles.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/eshareddrivefiles.com Name Server: margaret.ns.cloudflare.com Name Server: zac.ns.cloudflare.com DNSSEC: signedDelegation Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:35:13Z <<< |
| OFFICEFILESECLOUDDRIVE.COM | Domain Name: officefileseclouddrive.com Registry Domain ID: 2934934358_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.discount-domain.com Registrar URL: http://www.onamae.com Updated Date: 2024-12-17T22:44:09Z Creation Date: 2024-11-17T14:48:01Z Registrar Registration Expiration Date: 2025-11-17T14:48:01Z Registrar: GMO Internet, Inc. Registrar IANA ID: 49 Registrar Abuse Contact Email: abuse@gmo.jp Registrar Abuse Contact Phone: +81.337709199 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: sjkskjaksj sjkajksjkas Registrant Organization: N A Registrant Street: dsjdns ddskj Registrant City: calisle Registrant State/Province: NA Registrant Postal Code: 00000 Registrant Country: US Registrant Phone: +1.4844731620 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: stglobal1017@raccoono365.net Registry Admin ID: Not Available From Registry Admin Name: sjkskjaksj sjkajksjkas Admin Organization: N A Admin Street: dsjdns |

| | ddskj Admin City: calisle Admin State/Province: NA Admin Postal Code: 00000 Admin Country: US Admin Phone: +1.4844731620 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: stglobal1017@raccoono365.net Registry Tech ID: Not Available From Registry Tech Name: sjkskjaksj sjkajksjkas Tech Organization: N A Tech Street: dsjdns ddskj Tech City: calisle Tech State/Province: NA Tech Postal Code: 00000 Tech Country: US Tech Phone: +1.4844731620 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: stglobal1017@raccoono365.net Name Server: sarah.ns.cloudflare.com Name Server: coleman.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2024-12-17T22:44:09Z <<< |
|---|---|
| EICLOUDDRIVEFILE.COM | Domain Name: EICLOUDDRIVEFILE.COM Registry Domain ID: 2917849495_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-25T08:08:51Z Creation Date: 2024-09-18T07:01:43Z Registrar Registration Expiration Date: 2025-09-18T07:01:43Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/eiclouddrivefile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin City: DATA REDACTED Admin Street: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/eiclouddrivefile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: |

| | |
|---|---|
| | DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/eiclouddrivefile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/eiclouddrivefile.com Name Server: hope.ns.cloudflare.com Name Server: plato.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:36:43Z <<< |
| ESHAREDFILECLOUDDRIVE.COM | Domain Name: ESHAREDFILECLOUDDRIVE.COM Registry Domain ID: 2929962449_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-11T17:23:23Z Creation Date: 2024-10-30T00:06:29Z Registrar Registration Expiration Date: 2025-10-30T00:06:29Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Domain Status: clienthold https://icann.org/epp#clienthold Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/esharedfileclouddrive.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED |

| | |
|---|---|
| | Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Country: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/esharedfileclouddrive.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: https://domaincontact.cloudflareregistrar.com/esharedfileclouddrive.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/esharedfileclouddrive.com Name Server: gracie.ns.cloudflare.com Name Server: langston.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:37:27Z <<< |
| SHAREDDOCUMENTSO365CLOUDAUTHSTORAGE.COM | Domain Name: SHAREDDOCUMENTSO365CLOUDAUTHSTORAGE.COM Registry Domain ID: 2957160277_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-04-09T00:05:25Z Creation Date: 2025-02-07T06:52:04Z Registrar Registration Expiration Date: 2026-02-07T06:52:04Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry |

| | |
|---|---|
| | Registrant ID: Not Available From Registry Registrant Name: dsdjsksd skjdksdj Registrant Organization: REDACTED FOR PRIVACY Registrant Street: 2608 Washington Avenue Registrant City: Jackson Registrant State/Province: MS Registrant Postal Code: 39213 Registrant Country: US Registrant Phone: +1.4844731620 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: reconnecting13@raccoono365.net Registry Admin ID: Not Available From Registry Admin Name: dsdjsksd skjdksdj Admin Organization: sdkjsd Admin Street: 2608 Washington Avenue Admin City: Jackson Admin State/Province: MS Admin Postal Code: 39213 Admin Country: US Admin Phone: +1.4844731620 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: reconnecting13@raccoono365.net Registry Tech ID: Not Available From Registry Tech Name: dsdjsksd skjdksdj Tech Organization: sdkjsd Tech Street: 2608 Washington Avenue Tech City: Jackson Tech State/Province: MS Tech Postal Code: 39213 Tech Country: US Tech Phone: +1.4844731620 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: reconnecting13@raccoono365.net Name Server: odin.ns.cloudflare.com Name Server: raina.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T03:38:08Z <<< |
| OFFICEDRIVECLOUD.COM | Domain Name: OFFICEDRIVECLOUD.COM Registry Domain ID: 2910052563_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-29T08:08:42Z Creation Date: 2024-08-22T03:02:12Z Registrar Registration Expiration Date: 2025-08-22T03:02:12Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED |

Registrant State/Province: PA
Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/officedriveclo
ud.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email:
https://domaincontact.cloudflareregistrar.com/officedriveclo
ud.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/officedriveclo
ud.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED

| | |
|---|---|
| | Billing Postal Code: DATA REDACTED<br>Billing Country: DATA REDACTED<br>Billing Phone: DATA REDACTED<br>Billing Phone Ext: DATA REDACTED<br>Billing Fax: DATA REDACTED<br>Billing Fax Ext: DATA REDACTED<br>Billing Email:<br>https://domaincontact.cloudflareregistrar.com/officedriveclo<br>ud.com<br>Name Server: bryce.ns.cloudflare.com<br>Name Server: crystal.ns.cloudflare.com<br>DNSSEC: unsigned<br>Registrar Abuse Contact Email: registrar-<br>abuse@cloudflare.comRegistrar Abuse Contact Phone:<br>+1.4153197517<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2025-08-<br>24T03:38:44Z <<< |
| MICROSOFTCLOUDDRIVE<br>EFILE.COM | Domain Name: microsoftclouddriveefile.com Registry<br>Domain ID: 2991027312_DOMAIN_COM-VRSN Registrar<br>WHOIS Server: whois.discount-domain.com Registrar<br>URL: http://www.onamae.com Updated Date: 2025-06-<br>12T21:16:18Z Creation Date: 2025-06-11T19:54:39Z<br>Registrar Registration Expiration Date: 2026-06-<br>11T19:54:38Z Registrar: GMO Internet, Inc. Registrar<br>IANA ID: 49 Registrar Abuse Contact Email:<br>abuse@gmo.jp Registrar Abuse Contact Phone:<br>+81.337709199 Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited Registry<br>Registrant ID: Not Available From Registry Registrant<br>Name: dsdsd sds Registrant Organization: N A Registrant<br>Street: 4374 Atlanta Hwy Registrant City: Hiram Registrant<br>State/Province: GA Registrant Postal Code: 30141<br>Registrant Country: US Registrant Phone: +1.4844731622<br>Registrant Phone Ext: Registrant Fax: Registrant Fax Ext:<br>Registrant Email: drstacywalter@gmail.com Registry<br>Admin ID: Not Available From Registry Admin Name:<br>dsdsd sds Admin Organization: N A Admin Street: 4374<br>Atlanta Hwy Admin City: Hiram Admin State/Province: GA<br>Admin Postal Code: 30141 Admin Country: US Admin<br>Phone: +1.4844731622 Admin Phone Ext: Admin Fax:<br>Admin Fax Ext: Admin Email: drstacywalter@gmail.com<br>Registry Tech ID: Not Available From Registry Tech Name:<br>dsdsd sds Tech Organization: N A Tech Street: 4374 Atlanta |

| | |
|---|---|
| | Hwy Tech City: Hiram Tech State/Province: GA Tech Postal Code: 30141 Tech Country: US Tech Phone: +1.4844731622 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: drstacywalter@gmail.com Name Server: kiki.ns.cloudflare.com Name Server: bradley.ns.cloudflare.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-06-12T21:16:18Z <<< |
| OFFICEONEDRIVESECURE FILE.COM | Domain Name: OFFICEONEDRIVESECUREFILE.COM Registry Domain ID: 2913486945_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-09-10T08:10:03Z Creation Date: 2024-09-03T09:11:04Z Registrar Registration Expiration Date: 2025-09-03T09:11:04Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED Registrant Organization: DATA REDACTED Registrant Street: DATA REDACTED Registrant City: DATA REDACTED Registrant State/Province: PA Registrant Postal Code: DATA REDACTED Registrant Country: US Registrant Phone: DATA REDACTED Registrant Phone Ext: DATA REDACTED Registrant Fax: DATA REDACTED Registrant Fax Ext: DATA REDACTED Registrant Email: https://domaincontact.cloudflareregistrar.com/officeonedrive securefile.com Registry Admin ID: Admin Name: DATA REDACTED Admin Organization: DATA REDACTED Admin Street: DATA REDACTED Admin City: DATA REDACTED Admin State/Province: DATA REDACTED Admin Country: DATA REDACTED Admin Postal Code: DATA REDACTED Admin Phone: DATA REDACTED Admin Phone Ext: DATA REDACTED Admin Fax: DATA REDACTED Admin Fax Ext: DATA REDACTED Admin Email: https://domaincontact.cloudflareregistrar.com/officeonedrive securefile.com Registry Tech ID: Tech Name: DATA REDACTED Tech Organization: DATA REDACTED Tech Street: DATA REDACTED Tech City: DATA REDACTED Tech State/Province: DATA REDACTED Tech Postal Code: DATA REDACTED Tech Country: DATA REDACTED Tech Phone: DATA REDACTED Tech Phone Ext: DATA REDACTED Tech Fax: DATA REDACTED Tech Fax Ext: DATA REDACTED Tech Email: |

| | |
|---|---|
| | https://domaincontact.cloudflareregistrar.com/officeonedrive securefile.com Registry Billing ID: Billing Name: DATA REDACTED Billing Organization: DATA REDACTED Billing Street: DATA REDACTED Billing City: DATA REDACTED Billing State/Province: DATA REDACTED Billing Postal Code: DATA REDACTED Billing Country: DATA REDACTED Billing Phone: DATA REDACTED Billing Phone Ext: DATA REDACTED Billing Fax: DATA REDACTED Billing Fax Ext: DATA REDACTED Billing Email: https://domaincontact.cloudflareregistrar.com/officeonedrive securefile.com Name Server: anita.ns.cloudflare.com Name Server: denver.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse Contact Email: registrar-abuse@cloudflare.com Registrar Abuse Contact Phone: +1.4153197517 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T13:07:59Z <<< |
| ONMEMBERSONLN.COM | Domain Name: ONMEMBERSONLN.COM Registry Domain ID: 2964313200_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-05-04T01:05:17Z Creation Date: 2025-03-04T16:00:58Z Registrar Registration Expiration Date: 2026-03-04T16:00:58Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: love you Registrant Organization: REDACTED FOR PRIVACY Registrant Street: 314 west st Registrant City: Boone Registrant State/Province: IA Registrant Postal Code: 50036 Registrant Country: US Registrant Phone: +1.5156752233 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: store.mca@maxx-coffee.id Registry Admin ID: Not Available From Registry Admin Name: love you Admin Organization: Admin Street: 314 west st Admin City: Boone Admin State/Province: IA Admin Postal Code: 50036 Admin Country: US Admin Phone: +1.5156752233 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: store.mca@maxx-coffee.id Registry Tech ID: Not Available From Registry Tech Name: love you Tech Organization: Tech Street: 314 west st Tech City: Boone Tech State/Province: IA Tech Postal Code: 50036 Tech Country: US Tech Phone: +1.5156752233 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: |

| | |
|---|---|
| | store.mca@maxx-coffee.id Name Server: algin.ns.cloudflare.com Name Server: naomi.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T13:08:44Z <<< |
| OFF365DOCSSHARE.COM | Domain Name: off365docsshare.com Registry Domain ID: D202410311676245-COM Registrar WHOIS Server: whois.nicenic.net Registrar URL: http://www.nicenic.net Updated Date: 2024-10-31T13:48:07Z Creation Date: 2024-10-31T13:48:07Z Registrar Registration Expiration Date: 2025-10-31T13:47:36Z Registrar: NICENIC INTERNATIONAL GROUP CO., LIMITED Registrar IANA ID: 3765 Registrar Abuse Contact Email: abuse@nicenic.net Registrar Abuse Contact Phone: +853.2354112 Reseller: Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Domain Status: clientHold https://icann.org/epp#clientHold Registry Registrant ID: REDACTED FOR PRIVACY Registrant Organization: Registrant State/Province: Iowa Registrant Country: US Registrant Email: http://whois.nicenic.net/?page=whoisform Admin Email: http://whois.nicenic.net/?page=whoisform&emailtype=admin Tech Email: http://whois.nicenic.net/?page=whoisform&emailtype=tech Name Server: TEAGAN.NS.CLOUDFLARE.COM Name Server: AUGUSTUS.NS.CLOUDFLARE.COM DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2024-10-31T13:48:07Z <<< |
| OFFICEDOCSUITE.COM | Domain Name: OFFICEDOCSUITE.COM Registry Domain ID: 2909523941_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-08-27T08:08:31Z Creation Date: 2024-08-20T13:01:07Z Registrar Registration Expiration Date: 2025-08-20T13:01:07Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited Registry Registrant ID: Registrant Name: DATA REDACTED |

Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/officedocsuite
.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/officedocsuite
.com Registry Tech ID: Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED Tech Street:
DATA REDACTED Tech City: DATA REDACTED Tech
State/Province: DATA REDACTED Tech Postal Code:
DATA REDACTED Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED Tech Phone Ext: DATA
REDACTED Tech Fax: DATA REDACTED Tech Fax Ext:
DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/officedocsuite
.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/officedocsuite
.com Name Server: ken.ns.cloudflare.com Name Server:
ziggy.ns.cloudflare.com DNSSEC: unsigned Registrar
Abuse Contact Email: registrar-abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517 URL of the
ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/ >>> Last update of WHOIS
database: 2025-08-24T13:10:08Z <<<

| OFFICE365PDFSHARE.COM | Domain Name: office365pdfshare.com Registry Domain ID: 2939819690_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.internet.bs Registrar URL: Updated Date: 2024-12-08T12:05:17Z Creation Date: 2024-12-05T15:35:15Z Registrar Registration Expiration Date: 2025-12-05T15:35:15Z Registrar: Internet Domain Service BS Corp. Registrar IANA ID: 2487 Registrar Abuse Contact Email: abuse@internet.bs Registrar Abuse Contact Phone: +1.5163015301 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: Domain Admin Registrant Organization: Whois Privacy Corp. Registrant Street: Ocean Centre, Montagu Foreshore, East Bay Street Registrant City: Nassau Registrant State/Province: New Providence Registrant Postal Code: 00000 Registrant Country: BS Registrant Phone: +1.5163872248 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: OWNER@office365pdfshare.com.customers.whoisprivacyc orp.com Registry Admin ID: Not Available From Registry Admin Name: Domain Admin Admin Organization: Whois Privacy Corp. Admin Street: Ocean Centre, Montagu Foreshore, East Bay Street Admin City: Nassau Admin State/Province: New Providence Admin Postal Code: 00000 Admin Country: BS Admin Phone: +1.5163872248 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: ADMIN@office365pdfshare.com.customers.whoisprivacyc orp.com Registry Tech ID: Not Available From Registry Tech Name: Domain Admin Tech Organization: Whois Privacy Corp. Tech Street: Ocean Centre, Montagu Foreshore, East Bay Street Tech City: Nassau Tech State/Province: New Providence Tech Postal Code: 00000 Tech Country: BS Tech Phone: +1.5163872248 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: TECH@office365pdfshare.com.customers.whoisprivacycor p.com Registry Billing ID: Not Available From Registry Billing Name: Domain Admin Billing Organization: Whois Privacy Corp. Billing Street: Ocean Centre, Montagu Foreshore, East Bay Street Billing City: Nassau Billing State/Province: New Providence Billing Postal Code: 00000 Billing Country: BS Billing Phone: +1.5163872248 Billing Phone Ext: Billing Fax: Billing Fax Ext: Billing Email: BILLING@office365pdfshare.com.customers.whoisprivacy corp.com Name Server: bradley.ns.cloudflare.com Name Server: kiki.ns.cloudflare.com DNSSEC: unsigned Whoisprivacy: 8 URL of the ICANN WHOIS Data Problem |
|---|---|

| | |
|---|---|
| | Reporting System: https://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T13:10:46Z <<< |
| ESHAREONEDRIVECLOUD. COM | Domain Name: ESHAREONEDRIVECLOUD.COM<br>Registry Domain ID: 2931988702_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.cloudflare.com<br>Registrar URL: https://www.cloudflare.com<br>Updated Date: 2024-11-06T17:31:04Z<br>Creation Date: 2024-11-06T17:31:00Z<br>Registrar Registration Expiration Date: 2025-11-06T17:31:00Z<br>Registrar: Cloudflare, Inc.<br>Registrar IANA ID: 1910<br>Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited<br>Domain Status: addperiod https://icann.org/epp#addperiod<br>Registry Registrant ID:<br>Registrant Name: DATA REDACTED<br>Registrant Organization: DATA REDACTED<br>Registrant Street: DATA REDACTED<br>Registrant City: DATA REDACTED<br>Registrant State/Province: PA<br>Registrant Postal Code: DATA REDACTED<br>Registrant Country: US<br>Registrant Phone: DATA REDACTED<br>Registrant Phone Ext: DATA REDACTED<br>Registrant Fax: DATA REDACTED<br>Registrant Fax Ext: DATA REDACTED<br>Registrant Email: https://domaincontact.cloudflareregistrar.com/eshareonedrivecloud.com<br>Registry Admin ID:<br>Admin Name: DATA REDACTED<br>Admin Organization: DATA REDACTED<br>Admin Street: DATA REDACTED<br>Admin City: DATA REDACTED<br>Admin State/Province: DATA REDACTED<br>Admin Postal Code: DATA REDACTED<br>Admin Country: DATA REDACTED<br>Admin Phone: DATA REDACTED<br>Admin Phone Ext: DATA REDACTED<br>Admin Fax: DATA REDACTED<br>Admin Fax Ext: DATA REDACTED<br>Admin Email: https://domaincontact.cloudflareregistrar.com/eshareonedrivecloud.com<br>Registry Tech ID: |

Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email:
https://domaincontact.cloudflareregistrar.com/eshareonedriv
ecloud.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing Email:
https://domaincontact.cloudflareregistrar.com/eshareonedriv
ecloud.com
Name Server: art.ns.cloudflare.com
Name Server: robin.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-
abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/

| O365EFILECLOUD.COM | Domain Name: O365EFILECLOUD.COM Registry Domain ID: 2918122528_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.cloudflare.com Registrar URL: https://www.cloudflare.com Updated Date: 2024-11-08T16:42:23Z Creation Date: 2024-09-19T03:01:33Z Registrar Registration Expiration Date: 2025-09-19T03:01:33Z Registrar: Cloudflare, Inc. Registrar IANA ID: 1910 Domain Status: clienttransferprohibited |

https://icann.org/epp#clienttransferprohibited Domain
Status: clienthold https://icann.org/epp#clienthold Registry
Registrant ID: Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED Registrant
Street: DATA REDACTED Registrant City: DATA
REDACTED Registrant State/Province: PA Registrant
Postal Code: DATA REDACTED Registrant Country: US
Registrant Phone: DATA REDACTED Registrant Phone
Ext: DATA REDACTED Registrant Fax: DATA
REDACTED Registrant Fax Ext: DATA REDACTED
Registrant Email:
https://domaincontact.cloudflareregistrar.com/o365efileclou
d.com Registry Admin ID: Admin Name: DATA
REDACTED Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED Admin City: DATA
REDACTED Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED Admin Country:
DATA REDACTED Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED Admin Fax: DATA
REDACTED Admin Fax Ext: DATA REDACTED Admin
Email:
https://domaincontact.cloudflareregistrar.com/o365efileclou
d.com Registry Tech ID: Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED Tech Street:
DATA REDACTED Tech City: DATA REDACTED Tech
State/Province: DATA REDACTED Tech Postal Code:
DATA REDACTED Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED Tech Phone Ext: DATA
REDACTED Tech Fax: DATA REDACTED Tech Fax Ext:
DATA REDACTED Tech Email:
https://domaincontact.cloudflareregistrar.com/o365efileclou
d.com Registry Billing ID: Billing Name: DATA
REDACTED Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED Billing City: DATA
REDACTED Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED Billing Country:
DATA REDACTED Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED Billing Fax: DATA
REDACTED Billing Fax Ext: DATA REDACTED Billing
Email:
https://domaincontact.cloudflareregistrar.com/o365efileclou
d.com Name Server: millie.ns.cloudflare.com Name Server:
vin.ns.cloudflare.com DNSSEC: unsigned Registrar Abuse
Contact Email: registrar-abuse@cloudflare.com Registrar
Abuse Contact Phone: +1.4153197517 URL of the ICANN
WHOIS Data Problem Reporting System:

| | http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T13:14:23Z <<< |
|---|---|
| VOICECALLME.COM | Domain Name: VOICECALLME.COM Registry Domain ID: 2969754176_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.publicdomainregistry.com Registrar URL: www.publicdomainregistry.com Updated Date: 2025-05-25T01:05:18Z Creation Date: 2025-03-25T11:26:23Z Registrar Registration Expiration Date: 2026-03-25T11:26:23Z Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com Registrar IANA ID: 303 Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Not Available From Registry Registrant Name: daddy kammy Registrant Organization: Daddy llc Registrant Street: no 99 halem avenue Registrant City: new york city Registrant State/Province: NY Registrant Postal Code: 33331 Registrant Country: US Registrant Phone: +1.40122333455 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: kimmit205@gmail.com Registry Admin ID: Not Available From Registry Admin Name: daddy kammy Admin Organization: Daddy llc Admin Street: no 99 halem avenue Admin City: new york city Admin State/Province: NY Admin Postal Code: 33331 Admin Country: US Admin Phone: +1.40122333455 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: kimmit205@gmail.com Registry Tech ID: Not Available From Registry Tech Name: daddy kammy Tech Organization: Daddy llc Tech Street: no 99 halem avenue Tech City: new york city Tech State/Province: NY Tech Postal Code: 33331 Tech Country: US Tech Phone: +1.40122333455 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: kimmit205@gmail.com Name Server: raphaela.ns.cloudflare.com Name Server: terry.ns.cloudflare.com DNSSEC: Unsigned Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com Registrar Abuse Contact Phone: +1.2013775952 URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-24T13:15:13Z <<< |
| RACCOONO365.COM | Domain name: raccoono365.com Registry Domain ID: 2899956375_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namecheap.com Registrar URL: http://www.namecheap.com Updated Date: 0001-01-01T00:00:00.00Z Creation Date: 2024-07-17T11:00:39.00Z Registrar Registration Expiration Date: 2025-07- |

| | |
|---|---|
| | 17T11:00:39.00Z Registrar: NAMECHEAP INC Registrar IANA ID: 1068 Registrar Abuse Contact Email: abuse@namecheap.com Registrar Abuse Contact Phone: +1.9854014545 Reseller: NAMECHEAP INC Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited Domain Status: clientHold https://icann.org/epp#clientHold Registry Registrant ID: Registrant Name: REACTIVATION PERIOD Registrant Organization: Withheld for Privacy Purposes Registrant Street: Kalkofnsvegur 2 Registrant City: Reykjavik Registrant State/Province: Capital Region Registrant Postal Code: 101 Registrant Country: IS Registrant Phone: +354.4212434 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: reactivation-pending@mail.withheldforprivacy.com Registry Admin ID: Admin Name: REACTIVATION PERIOD Admin Organization: Withheld for Privacy Purposes Admin Street: Kalkofnsvegur 2 Admin City: Reykjavik Admin State/Province: Capital Region Admin Postal Code: 101 Admin Country: IS Admin Phone: +354.4212434 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: reactivation-pending@mail.withheldforprivacy.com Registry Tech ID: Tech Name: REACTIVATION PERIOD Tech Organization: Withheld for Privacy Purposes Tech Street: Kalkofnsvegur 2 Tech City: Reykjavik Tech State/Province: Capital Region Tech Postal Code: 101 Tech Country: IS Tech Phone: +354.4212434 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: reactivation-pending@mail.withheldforprivacy.com Name Server: dns101.registrar-servers.com Name Server: dns102.registrar-servers.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T18:15:41.75Z <<< |
| WALKINGDEAD0365.COM | Domain name: walkingdead0365.com Registry Domain ID: 2921965324_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namecheap.com Registrar URL: http://www.namecheap.com Updated Date: 0001-01-01T00:00:00.00Z Creation Date: 2024-10-02T12:46:06.00Z Registrar Registration Expiration Date: 2025-10-02T12:46:06.00Z Registrar: NAMECHEAP INC Registrar IANA ID: 1068 Registrar Abuse Contact Email: abuse@namecheap.com Registrar Abuse Contact Phone: +1.9854014545 Reseller: NAMECHEAP INC Domain Status: clientTransferProhibited |

https://icann.org/epp#clientTransferProhibited Registry Registrant ID: Registrant Name: Redacted for Privacy Registrant Organization: Privacy service provided by Withheld for Privacy ehf Registrant Street: Kalkofnsvegur 2 Registrant City: Reykjavik Registrant State/Province: Capital Region Registrant Postal Code: 101 Registrant Country: IS Registrant Phone: +354.4212434 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: 601b822c726142f49577f80b9f92772d.protect@withheldfor privacy.com Registry Admin ID: Admin Name: Redacted for Privacy Admin Organization: Privacy service provided by Withheld for Privacy ehf Admin Street: Kalkofnsvegur 2 Admin City: Reykjavik Admin State/Province: Capital Region Admin Postal Code: 101 Admin Country: IS Admin Phone: +354.4212434 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: 601b822c726142f49577f80b9f92772d.protect@withheldfor privacy.com Registry Tech ID: Tech Name: Redacted for Privacy Tech Organization: Privacy service provided by Withheld for Privacy ehf Tech Street: Kalkofnsvegur 2 Tech City: Reykjavik Tech State/Province: Capital Region Tech Postal Code: 101 Tech Country: IS Tech Phone: +354.4212434 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: 601b822c726142f49577f80b9f92772d.protect@withheldfor privacy.com Name Server: dns1.namecheaphosting.com Name Server: dns2.namecheaphosting.com DNSSEC: unsigned URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ >>> Last update of WHOIS database: 2025-08-23T18:16:45.95Z <<<

**<u>APPENDIX B</u>**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,854,862

## United States Patent and Trademark Office

Registered June 15, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## SHAREPOINT

MICROSOFT CORPORATION (WASHINGTON
CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPILER PROGRAMS, DEBUGGER PRO-
GRAMS; COMPUTER PROGRAMS FOR RUNNING
DEVELOPMENT PROGRAMS AND APPLICATION
PROGRAMS IN A COMMON DEVELOPMENT EN-
VIRONMENT; COMPUTER PROGRAMS FOR USE
IN AND TO FACILITATE ELECTRONIC COM-

MERCE AND THE SECURE TRANSFER OF USER
FINANCIAL INFORMATION FOR USE IN INDIVI-
DUAL PURCHASES, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 5-31-2001; IN COMMERCE 5-31-2001.

SN 78-013,961, FILED 6-22-2000.

BRIAN PINO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,086,864**

**Registered Jun. 23, 2020**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

Microsoft Corporation (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WASHINGTON 980526399

CLASS 9: Downloadable computer software for use in project management; downloadable computer software for designing, creating, maintaining and accessing customized internal network sites and global communication network sites; downloadable computer authoring software for use on internal computer networks and global communication networks, namely, software for creating, editing and delivering textual and graphic information, locally and remotely; downloadable computer programs for developing other computer programs; downloadable computer utility programs for creating internal network and global communication network applications; downloadable computer programs for assisting developers in creating program code for use in internal computer networks and global communication networks; downloadable computer software for designing, creating, maintaining and accessing document management, authoring, storage and retrieval systems; downloadable computer software for document authoring, storage, retrieval, contention control, version history tracking, profiling, access control and security; downloadable computer software for automatically notifying users when documents have been updated; downloadable computer software for meeting and event scheduling and notification and for posting announcements on internal network sites and global communication network sites; downloadable computer software for posting links to internal network sites and global communication network sites; downloadable computer software for categorizing, searching and retrieving documents and data on internal computer networks; downloadable computer programs for use on and with computer networks and global communication networks, namely, user identification, registration and authorization programs; downloadable computer programs for automating login procedures to access web sites or internal networks; downloadable security and encryption computer programs; downloadable computer programs for maintaining user privacy; downloadable computer programs for maintaining and updating user profiles; downloadable computer programs for maintaining server profiles; downloadable computer software for use in developing other computer programs for use by workgroups and in project management applications; downloadable computer programs for running development programs and application programs in a common development environment

FIRST USE 11-00-2018; IN COMMERCE 11-00-2018

CLASS 42: Cloud computing featuring software for use in document management, authoring and publishing, developing customized internal network sites, designing, creating,



maintaining and accessing document management, authoring, storage and retrieval systems, and accessing remotely stored data for such applications; providing temporary use of on-line non-downloadable software and applications for document management, authoring and publishing internal network sites, developing customized internal network sites, designing, creating, maintaining and accessing document management, authoring, storage and retrieval systems; providing technical information in the field of computer software and cloud computing

FIRST USE 11-00-2018; IN COMMERCE 11-00-2018

The mark consists of three overlapping, vertically-oriented circles of varying shades; a square shape containing the letter "S" is superimposed over the left side of the three circles.

SER. NO. 88-430,399, FILED 05-14-2019

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h ttp://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# WINDOWS

**Reg. No. 6,502,499**

**Registered Sep. 28, 2021**

**Int. Cl.: 9, 35, 38, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

Microsoft Corporation  (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WASHINGTON 98052

CLASS 9: Computers, tablet computers, laptops; software developer kits (e.g. Windows SDKs); portable electronic devices for receiving and reading text, images and sound through wireless internet access, namely, mobile computers, portable computers, mobile phones; computer software for use in connection with the transmission of voice and data; computer software used for controlling stand-alone voice controlled information devices, namely, cloud-connected (Windows 10 IoT) and voice-controlled smart devices to monitor and control the functioning of household and electronic devices; electronic and wireless transmitters and receivers for transmitting and receiving voice and data; voice processing software, namely, software for the control of voice controlled information and communication devices; voice-activated software, namely, software for controlling stand-alone voice controlled information devices comprised of cloud-connected and voice-controlled information devices; voice-activated software, namely, software for controlling stand-alone voice controlled information devices comprised of cloud-connected and voice controlled smart devices with virtual personal assistant capabilities; Mixed-reality computing platforms for integrating real world and virtual reality environments (e.g. Windows 10 Mixed Reality); computer software for creating, uploading, and sharing 3D images and models (e.g. Paint 3D built into Windows 10); Malware protection software; Software for securing access to laptops, phones, and computers; facial recognition software; fingerprint recognition software; iris recognition software; software that enables a user to hand-write notes and text with a digital pen onto touch-enabled devices; software that interprets hand-written content on touch-enabled devices (e.g. Windows Ink); computer software for creating, editing, uploading and sharing digital drawing; software that allows for annotations to image via digital ink; software for connecting a smartphone (e.g. Windows 10 Mobile) or tablet computer to a monitor, mouse, and keyboard and project the desktop to the monitor

FIRST USE 6-2-2017; IN COMMERCE 6-2-2017

CLASS 35: Arranging and conducting business seminars and business conferences in the field of technology

FIRST USE 6-2-2017; IN COMMERCE 6-2-2017

CLASS 38: Electronic transmission of voice, data, images, music, audio, video,





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

multimedia, by internet and cellular telephone transmission broadcasting; internet and cellular telephone transmission broadcasting and electronic transmission of streamed music, audio, video, and multimedia content; subscription and electronic data transmission services; cellular electronic transmission of mail, electronic messaging, electronic data transmission, audioconferencing, and videoconferencing services; providing access to telecommunications networks, computer networks, the Internet, wireless communications networks providing access to websites, electronic bulletin boards, on-line forums, directories, music, and video and audio programs by means of Internet and cellular telephone transmission; communication by computer, namely, electronic transmission of data, sounds, images and documents among computer users; information, advisory and consultancy services relating to all the aforesaid

FIRST USE 6-2-2017; IN COMMERCE 6-2-2017

CLASS 41: Education services, namely, arranging, organizing, conducting, and presenting educational seminars, workshops, classes, non-downloadable webinars, educational conferences, online instruction, and distance learning programs, all in the field of technology, computing, productivity, mixed reality, education, gaming, and creative arts; production, distribution, and presentation of radio programs, television programs, motion pictures, sound recordings; entertainment services, namely, providing ongoing television, radio, audio, non-downloadable video, podcast, and webcast programs, all in the field of entertainment, sports, musical, current events, art, culture, technology, computing, productivity, mixed reality, education, gaming, and creative arts; entertainment services, namely, providing entertainment, sports, music, news, and current events continuing programs by means of telecommunications networks, computer networks, the Internet, satellite, radio, wireless communications networks, television, and cable television; providing a website featuring non-downloadable videos in the field of entertainment, sports, music, news, and current events; entertainment services, namely, providing a continuing program featuring educational, entertainment, sports, music, news, current events, and arts and culture accessible by means of the internet and web-based computer applications; entertainment services, namely, providing a continuing program featuring information in the field of education, entertainment, music, sports, news, and arts and culture accessible by means of the internet and web-based computer applications; entertainment services, namely, providing temporary use of non-downloadable computer games, electronic games, interactive games, and video games; providing a website and web-based applications featuring non-downloadable books, periodicals, newspapers, newsletters, manuals, blogs, journals, and magazines and articles in the field of entertainment, sports, musical, current events, art, culture, technology, computing, productivity, mixed reality, education, gaming, and creative arts

FIRST USE 6-2-2017; IN COMMERCE 6-2-2017

CLASS 42: Providing on-line non-downloadable computer programs for mapping and navigation; (e.g. Bing maps and navigation), for transmitting and receiving electronic mail and wireless communications, and for maintaining personal directories, contact lists, address and telephone number lists; Providing on-line non-downloadable computer programs for accessing global communication networks; Providing on-line non-downloadable computer programs for accessing global communication networks and displaying content therefrom; providing on-line non-downloadable web-based business application programs for e-mail, internet access, calendaring, creating and editing documents, note-taking, project management, electronic publishing, presentations, storytelling, business intelligence, database management, and productivity; design and development of computer hardware and software; computer services, namely, remote hosting of operating systems for others; computer services, namely, remote hosting of computer applications of others; providing hosted operating systems through the internet; providing hosted computer applications of others through the internet; providing, developing and designing on-line non-downloadable software accessible over a global computer network for managing computer applications; constructing in the nature of designing and developing a computer platform on the internet for electronic

commerce for others; managing and monitoring the websites of others that feature online discussion forums; data warehousing (e.g. Windows servers)

FIRST USE 6-2-2017; IN COMMERCE 6-2-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2463526, 2463510, 4407849

SER. NO. 87-473,722, FILED 06-02-2017

<div style="border:1px solid black">

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

</div>

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.**

# United States of America
## United States Patent and Trademark Office

# AZURE

**Reg. No. 4,932,997**
**Registered Apr. 5, 2016**
**Int. Cls.: 9, 38, and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR DATA STORAGE AND BACKUP, DATABASE MANAGEMENT, VIRTUALIZATION, NETWORKING, COLLABORATION, REMOTE ACCESS, REMOTE SUPPORT, CLOUD COMPUTING, DATA SHARING, DATA SECURITY, ACCESS, ADMINISTRATION AND MANAGEMENT OF COMPUTER APPLICATIONS AND COMPUTER HARDWARE, COMPUTER APPLICATION DISTRIBUTION, AND FOR TRANSMISSION OF VOICE, DATA, IMAGES, AUDIO, VIDEO, AND INFORMATION, AND FOR CONTENT MANAGEMENT, ONLINE PROJECT MANAGEMENT, ONLINE CONFERENCES, MEETINGS, DEMONSTRATIONS, TOURS, PRESENTATIONS AND INTERACTIVE DISCUSSIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2013; IN COMMERCE 12-0-2013.

FOR: ELECTRONIC TRANSMISSION AND STREAMING OF DIGITAL MEDIA CONTENT FOR OTHERS VIA CLOUD-BASED COMPUTER NETWORKS; STREAMING OF AUDIO, VISUAL AND AUDIOVISUAL MATERIAL VIA A CLOUD-BASED COMPUTER NETWORK; VIDEO-ON-DEMAND TRANSMISSION SERVICES; TELECOMMUNICATIONS AND INFORMATION TECHNOLOGY SERVICES, NAMELY, TRANSMISSION OF VOICE, DATA, IMAGES, AUDIO, VIDEO, AND INFORMATION VIA A CLOUD-BASED COMMUNICATION NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 12-0-2013; IN COMMERCE 12-0-2013.

FOR: COMPUTER SERVICES, NAMELY, CLOUD HOSTING PROVIDER SERVICES; COMPUTER SECURITY SERVICES, NAMELY, ENFORCING, RESTRICTING AND CONTROLLING ACCESS PRIVILEGES OF USERS OF COMPUTING RESOURCES FOR CLOUD RESOURCES BASED ON ASSIGNED CREDENTIALS; COMPUTER SERVICES, NAMELY, INTEGRATION OF PRIVATE AND PUBLIC CLOUD COMPUTING ENVIRONMENTS; CONSULTING SERVICES IN THE FIELD OF CLOUD COMPUTING TECHNOLOGY, INFRASTRUCTURE-AS-A-SERVICE (IAAS) CLOUD COMPUTING TECHNOLOGY, SOFTWARE-AS-A-SERVICE (SAAS) CLOUD COMPUTING TECHNOLOGY, AND PLATFORM-AS-A-SERVICE (PAAS) CLOUD COMPUTING TECHNOLOGY; PROVIDING VIRTUAL COMPUTER SYSTEMS AND VIRTUAL COMPUTER ENVIRONMENTS THROUGH CLOUD COMPUTING; TECHNICAL SUPPORT SERVICES, NAMELY, REMOTE AND ON-SITE INFRASTRUCTURE MANAGE-



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

**Reg. No. 4,932,997**  MENT SERVICES FOR MONITORING, ADMINISTRATION AND MANAGEMENT OF PUBLIC AND PRIVATE CLOUD COMPUTING IT AND APPLICATION SYSTEMS; APPLICATION SERVICE PROVIDER (ASP), NAMELY, HOSTING COMPUTER SOFTWARE APPLICATIONS OF OTHERS; CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN CREATING WEB APPLICATIONS, DATA STORAGE AND BACKUP, DATABASE MANAGEMENT, VIRTUALIZATION, NETWORKING, COLLABORATION, REMOTE ACCESS, REMOTE SUPPORT, CLOUD COMPUTING, DATA SHARING, DATA SECURITY, ACCESS, ADMINISTRATION AND MANAGEMENT OF COMPUTER APPLICATIONS AND COMPUTER HARDWARE, COMPUTER APPLICATION DISTRIBUTION, AND FOR TRANSMISSION OF VOICE, DATA, IMAGES, AUDIO, VIDEO, AND INFORMATION, AND FOR CONTENT MANAGEMENT, ONLINE PROJECT MANAGEMENT, ONLINE CONFERENCES, MEETINGS, DEMONSTRATIONS, TOURS, PRESENTATIONS AND INTERACTIVE DISCUSSIONS; PLATFORM-AS-A-SERVICE (PAAS), INFRASTRUCTURE-AS-A-SERVICE (IAAS) AND SOFTWARE-AS-A-SERVICE (SAAS) SERVICES FEATURING COMPUTER SOFTWARE PLATFORMS FOR CREATING WEB APPLICATIONS, DATA STORAGE AND BACKUP, DATABASE MANAGEMENT, VIRTUALIZATION, NETWORKING, COLLABORATION, REMOTE ACCESS, REMOTE SUPPORT, CLOUD COMPUTING, DATA SHARING, DATA SECURITY, ACCESS, ADMINISTRATION AND MANAGEMENT OF COMPUTER APPLICATIONS AND COMPUTER HARDWARE, COMPUTER APPLICATION DISTRIBUTION, AND FOR TRANSMISSION OF VOICE, DATA, IMAGES, AUDIO, VIDEO, AND INFORMATION, AND FOR CONTENT MANAGEMENT, ONLINE PROJECT MANAGEMENT, ONLINE CONFERENCES, MEETINGS, DEMONSTRATIONS, TOURS, PRESENTATIONS AND INTERACTIVE DISCUSSIONS; COMPUTER SERVICES, NAMELY, CREATING CLOUD-BASED INDEXES OF INFORMATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-0-2013; IN COMMERCE 12-0-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,309,317.

SN 86-218,994, FILED 3-12-2014.

TRICIA SONNEBORN, EXAMINING ATTORNEY

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# MICROSOFT

**Reg. No. 6,880,851**

**Registered Oct. 18, 2022**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Microsoft Corporation  (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WASHINGTON 98052

CLASS 35: Business services, namely, business consultation services, business advice and information services; business marketing services; business consulting services; business networking; providing information in the fields of business and commerce over global computer networks and global communications networks; providing consumer product information via the Internet; providing office functions; retail store and online retail store services featuring a wide variety of consumer goods of others; retail store services in the field of office products; online retail store services featuring computers, computer hardware, computer peripherals, laptops, tablets, portable music players, personal digital assistants, cell phones, digital media streaming devices, computer software, applications for personal computers, video game consoles, video game controllers, video games, gaming software, gaming equipment, security services, downloadable movies and television shows, webcams, books, clothing, back packs, messenger bags, computer bags, notebooks, journals, laptop sleeves, stickers, pens, pencils, toys, gift cards and novelty items; operating online marketplaces featuring software applications; provision of an on-line marketplace for buyers and sellers of goods and services; operating on-line marketplaces for sellers and buyers of goods and/or services; providing retail store and prepaid subscription services featuring downloadable, pre-recorded text, data, image, audio, video, and multimedia files, provided via the internet and other electronic and communications networks; compiling of information into computer databases, namely, compiling of internet based information and providing such information in response to voice or text controlled inquiries; advertising services; advertising and directory services, namely, promoting the services of others by providing a web page featuring links to the websites of others; digital advertising services; online advertising on a computer network; providing websites and applications featuring business related news and information; providing an internet website featuring news and information in the field of national and international politics; organization and conducting of virtual commercial exhibitions in the field of computers, artificial intelligence, information technology, and electronic business transactions via a global computer network; charitable services, namely, organizing, developing, and conducting volunteer and not-for-profit programs and volunteer and not-for-profit projects aimed at increasing technological development in rural and underdeveloped communities; organizing and developing charitable projects that aim to promote the importance of reading, writing, science, technology, engineering and math;



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



promoting public awareness of and the need to support social and economic development; charitable services, namely, organizing and conducting volunteer programs, community service projects and neighborhood improvement projects; information, advice and consultancy regarding the aforementioned services; organizing, promoting and conducting online, business-to-business events and webinars in the field of computing and digital transformation; organizing, arranging, conducting and promoting of trade shows, business, commercial, and promotional exhibitions and business conferences in the fields of computer hardware, software, telecommunications, and high technology and in the field of development of computer programs and systems; charitable services, namely, organizing and conducting volunteer programs to build and grow sustainable computer science programs through partnerships between classroom teachers and technology industry volunteers in the fields of technology education and literacy in schools; business management and advisory services in the agriculture field; business consulting services in the agriculture field; provision of business information relating to agricultural industry via global computer networks; business analysis, research and information services in the agriculture field; business services, namely, compilation and collection of data, information and statistics, business management data and data relating to the administration of farms and agricultural projects using technologies that include the internet of things (IoT), blockchain, robotics, software as a service (SaaS), platforms as a service (PaaS) and artificial intelligence; business management and advertising services for others, namely, assisting others in direct electronic mail advertising, assisting others in placing and running advertisements on computer networks and global communications networks; business on-line information services, namely, providing databases and website links to other content providers in the field of business issues; Promoting, marketing and advertising the brands and goods of others related to the computer software, applications, computer and video games and audio visual content sale and retail services industries; online retail store services in the field of computer software, applications, computer and video games and audio visual content; business data analysis services in the field of computers, artificial intelligence, information technology, and electronic business transactions via a global computer network; analyzing and compiling business data; market analysis and research services relating to customer behavior, satisfaction, attitude, effectiveness; computerized database management; marketing data integration; data processing services; market research and market analysis services; statistical analysis and compilation for business purposes; economic forecasting; market research and business analysis; preparation of business marketing information from and into computer database form; Marketing services, namely, preparation of product and company literature for others; online service for connecting social network users with retailers for the purpose of facilitating discounted purchases; compilation of information into computer databases; compilation of statistics for commercial purposes; compilation and systemization of information into computer databases; compilation of advertisements for use as web pages on the Internet; advertising on the Internet for others; distribution of advertising materials; Internet advertising services; advertising analysis; advertising and promotional services; advertising and marketing services; pay per click advertising; developing and coordinating volunteer projects for charitable organizations; providing business information via a website; providing a searchable on-line advertising website and guide featuring the goods and services of other vendors via the Internet; online advertising network matching services for connecting advertisers to websites; providing career information; arranging and conducting special events for business purposes; promotion of goods and services through sponsorship of sports events; arranging subscriptions to video games, computer games, and game content, for others; advisory and consultancy services relating to all the aforesaid services

FIRST USE 11-12-1975; IN COMMERCE 11-12-1975

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-402,126, FILED 12-22-2020

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# ■ Microsoft

Reg. No. 4,552,363
Registered June 17, 2014
Int. Cls.: 9, 16, 25, 28, 35, 36, 38, 39, 41, 42, and 45

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER OPERATING SYSTEM PROGRAMS AND UTILITIES; COMPUTER APPLICATION SOFTWARE FOR WIRELESS TELECOMMUNICATIONS FOR USE WITH WIRELESS DEVICES; COMPUTER SOFTWARE TO ENABLE UPLOADING, DOWNLOADING, ACCESSING, POSTING, DISPLAYING, TAGGING, BLOGGING, STREAMING, LINKING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION VIA COMPUTER AND COMMUNICATION NETWORKS; SOFTWARE FOR ALLOWING COMMUNICATION AND INTERACTION BETWEEN PHONES, MOBILE DEVICES, TELEVISIONS, VIDEO GAME CONSOLES, MEDIA PLAYERS, COMPUTERS, DIGITAL MEDIA HUBS, AND AUDIOVISUAL DEVICES; COMPUTER SOFTWARE FOR USE BY COMPUTER NETWORK ADMINISTRATORS TO DEPLOY AND MANAGE APPLICATION SOFTWARE AND NETWORK SERVER SOFTWARE; COMPUTER NETWORK SERVER SOFTWARE FOR MANAGING USER CONTENT ON COMPUTER NETWORKS AND GLOBAL COMPUTER NETWORKS; COMPUTER SOFTWARE FOR MANAGING SECURE COMMUNICATIONS OVER COMPUTER NETWORKS AND GLOBAL COMPUTER NETWORKS; COMPUTER SOFTWARE FOR DEVELOPING, MANAGING AND OPERATING INTRANET SITES; COMPUTER NETWORK OPERATING SOFTWARE AND UTILITIES; COMPUTER SOFTWARE DEVELOPMENT TOOLS FOR NETWORK SERVERS AND APPLICATIONS; COMPUTER SOFTWARE FOR INVENTORYING AND MONITORING COMPUTER HARDWARE AND SOFTWARE ASSETS AND USE WITHIN AN ORGANIZATION; COMPUTER APPLICATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE WITH COMMUNICATIONS SERVERS; COMPUTER PROGRAMS FOR MANAGING COMMUNICATIONS AND DATA EXCHANGE BETWEEN COMPUTERS AND ELECTRONIC DEVICES; OPERATING SYSTEMS SOFTWARE FOR USE IN PLAYING ELECTRONIC GAMES; COMPUTER HARDWARE AND PERIPHERALS; COMPUTER KEYBOARDS; COMPUTER MICE AND WIRELESS COMPUTER MICE; WIRELESS COMMUNICATIONS DEVICES, NAMELY, MOBILE PHONES, CELLULAR TELEPHONES, PERSONAL DIGITAL ASSISTANTS, AND HAND-HELD COMPUTERS; HARDWARE FOR TELECOMMUNICATIONS FOR CONNECTING DEVICES VIA IN-HOME PHONE AND ELECTRICAL WIRING, NAMELY, COMPUTER NETWORKS HUBS, COMPUTER SERVERS, SET-TOP BOXES, COMPUTER SWITCHES AND COMPUTER ROUTERS DESIGNED TO PROVIDE IN-HOME VOICE OVER INTERNET PROTOCOL (VOIP) COMMUNICATIONS; COMPUTER AND VIDEO GAME SYSTEMS DEVICES, NAMELY, ELECTRONIC SENSOR DEVICES, CAMERAS, PROJECTORS, HEADPHONES, AND MICROPHONES; ELECTRONIC GAME EQUIPMENT, NAMELY, EQUIPMENT COMMUNICATING WITH A



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

**Reg. No. 4,552,363**  TELEVISION OR COMPUTER FOR PLAYING ELECTRONIC GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PUBLICATIONS, NAMELY, USER MANUALS, INSTRUCTION GUIDES, REFERENCE GUIDES, BOOKS, MAGAZINES, AND NEWSLETTERS IN THE FIELD OF COMPUTERS, COMPUTER SOFTWARE, BUSINESS, BUSINESS MANAGEMENT AND ACCOUNTING, COMPUTER GAMES, GAMES AND ENTERTAINMENT; STATIONERY, STATIONERY-TYPE PORTFOLIOS, STATIONERY ITEMS, NAMELY, PENS, PENCILS, DESK SETS, PEN AND PENCIL HOLDERS, POSTERS, MEMO PADS, BINDERS, CALENDARS, NOTEBOOKS, NOTE CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: CLOTHING, NAMELY, SHIRTS, SWEATSHIRTS, VESTS, JACKETS, COATS, SWEATERS, CAPS, HEADWEAR, HATS, VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: TOYS AND SPORTING GOODS, NAMELY, SPORT BALLS, GOLF BALLS, GOLF TEES, SQUEEZABLE BALLS, AND FLYING DISC TOYS; PLUSH, STUFFED, AND SOFT SCULPTURED TOYS; YO-YOS; MECHANICAL ACTION TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-2013; IN COMMERCE 8-0-2013.

FOR: PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE OVER GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; RETAIL STORE SERVICES AND ONLINE RETAIL STORE SERVICES FEATURING COMPUTERS, COMPUTER HARDWARE, SOFTWARE, COMPUTER GAMES, COMPUTER PERIPHERALS, PORTABLE MUSIC PLAYERS AND ACCESSORIES, PERSONAL DIGITAL ASSISTANTS, CELL PHONES AND ACCESSORIES, VIDEO GAME CONSOLES AND ACCESSORIES, WEBCAMS, BOOKS, CLOTHING, BACK PACKS, MESSENGER BAGS, COMPUTER BAGS AND NOVELTY ITEMS; BUSINESS SERVICES, NAMELY, BUSINESS CONSULTATION AND MARKETING SERVICES, BUSINESS ADVICE AND INFORMATION SERVICES; PROVIDING CONSUMER PRODUCT INFORMATION VIA GLOBAL COMPUTER NETWORKS; PROMOTING THE GOODS AND SERVICES OF OTHERS VIA GLOBAL COMPUTER NETWORKS, PROCUREMENT SERVICES FOR OTHERS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS AND SERVICES, ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS AND SERVICES FROM AN INTERNET WEB SITE PARTICULARLY SPECIALIZING IN THE MARKETING OF THE SALE OF GOODS AND SERVICES OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PROVIDING INFORMATION IN THE FIELD OF FINANCIAL NEWS; CHARITABLE SERVICES, NAMELY, PROVIDING FUNDING AND FINANCIAL ASSISTANCE TO COMPUTER AND TECHNOLOGY TRAINING ORGANIZATIONS; FINANCIAL SERVICES, NAMELY, PROVIDING A VIRTUAL CURRENCY FOR USE BY MEMBERS OF AN ONLINE COMMUNITY VIA GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: COMMUNICATION SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG USERS OF COMPUTERS; TRANSMISSION OF VOICE, AUDIO,

**Reg. No. 4,552,363**

VISUAL IMAGES AND DATA BY TELECOMMUNICATIONS NETWORKS, WIRELESS COMMUNICATION NETWORKS, GLOBAL COMMUNICATION NETWORKS AND GLOBAL COMPUTER NETWORKS; STREAMING OF AUDIO AND VIDEO OVER GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; INFORMATION TRANSMISSION VIA ELECTRONIC COMMUNICATIONS NETWORKS; ELECTRONIC MAIL AND MESSAGING SERVICES; ELECTRONIC DATA TRANSMISSION; ELECTRONIC DELIVERY OF IMAGES AND PHOTOGRAPHS VIA GLOBAL COMPUTER NETWORKS; INSTANT MESSAGING SERVICES; VOICE OVER INTERNET PROTOCOL (VOIP) SERVICES; AUDIO AND VIDEO BROADCASTING SERVICES OVER GLOBAL COMMUNICATION NETWORKS AND GLOBAL COMPUTER NETWORKS; PROVIDING ONLINE CHAT ROOMS FOR SOCIAL NETWORKING; CONSULTING IN THE FIELD OF TELECOMMUNICATION SERVICES, NAMELY, TRANSMISSION OF VOICE, DATA, AND DOCUMENTS VIA TELECOMMUNICATIONS NETWORKS; CONSULTING SERVICES IN THE FIELD OF COMMUNICATIONS; PROVIDING ACCESS TO DATABASES; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK , IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: ELECTRONIC STORAGE AND ARCHIVING OF FILES, DOCUMENTS, DIGITAL PHOTOGRAPHS, VIDEOS, MUSIC, ELECTRONIC MEDIA, NAMELY, IMAGES, TEXT, AND AUDIO DATA; PROVIDING A WEB SITE AND WEB SITE LINKS TO GEOGRAPHIC INFORMATION, MAP IMAGES, AND TRIP ROUTING; PROVIDING AN ONLINE SEARCHABLE COMPUTER DATABASE FEATURING TRAVEL INFORMATION; PROVIDING INFORMATION, NEWS AND COMMENTARY IN THE FIELD OF TRAVEL; TRANSPORTATION SERVICES, NAMELY, PROVIDING INFORMATION CONCERNING MOTOR VEHICLES, TRAVEL, AND TRAVEL-RELATED SUBJECTS OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PROVIDING INFORMATION AND TRAINING PROGRAMS RELATING TO OPPORTUNITIES FOR YOUTH IN THE FIELD OF EDUCATION, TRAINING, EMPLOYMENT, AND ENTREPRENURSHIP; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE COMPUTER GAMES, ONLINE ELECTRONIC GAMES AND ONLINE VIDEO GAMES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING WEBSITES FEATURING INFORMATION IN THE FIELDS OF ENTERTAINMENT, MUSIC, MOVIES, VIDEO, GAMES, NEWS, AND SPORTS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING WEBSITES FEATURING VIRTUAL ENVIRONMENTS IN WHICH USERS CAN INTERACT FOR RECREATIONAL, LEISURE OR ENTERTAINMENT PURPOSES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING INTERACTIVE MULTIPLAYER GAME SERVICES FOR GAMES PLAYED OVER GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; PROVIDING INFORMATION ON THE VIDEO GAME AND COMPUTER GAME INDUSTRIES VIA GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; PROVIDING INFORMATION, NEWS AND COMMENTARY IN THE FIELD OF ENTERTAINMENT; PROVIDING INFORMATION ON COMPUTER GAMES, VIDEO GAMES, VIDEO GAME CONSOLES AND ACCESSORIES THEREOF VIA GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: APPLICATION SERVICE PROVIDER, NAMELY, HOSTING, MANAGING, DEVELOPING, ANALYZING, UPDATING AND MAINTAINING APPLICATIONS, COMPUTER OPERATING SYSTEMS, SOFTWARE, AND WEB SITES FOR OTHERS; PROVIDING TECHNICAL SUPPORT, CONSULTATION AND RESOURCES IN THE FIELDS OF COMPUTER SECURITY, PRIVACY AND ONLINE SAFETY; COMPUTER DIAGNOSTIC SERVICES; COMPUTER SERVICES, NAMELY, DATA RECOVERY SERVICES; ONLINE TECHNICAL SUPPORT, SERVICES, NAMELY, DATA RECOVERY SERVICES; ONLINE TECHNICAL SUPPORT, TROUBLESHOOTING, TESTING, AND CONSULTING SERVICES IN THE FIELD OF

**Reg. No. 4,552,363**   COMPUTERS, COMPUTER SOFTWARE AND COMPUTER SYSTEMS; COMPUTER SER-
VICES, NAMELY, COMPUTER SYSTEM ADMINISTRATION FOR OTHERS; COMPUTER
SERVICES, NAMELY, REMOTE MANAGEMENT OF THE INFORMATION TECHNOLOGY
(IT) SYSTEMS OF OTHERS; COMPUTER SERVICES, NAMELY, CLOUD HOSTING PRO-
VIDER SERVICES; CONSULTING SERVICES IN THE FIELD OF CLOUD COMPUTING;
COMPUTER SOFTWARE DESIGN; COMPUTER SOFTWARE DEVELOPMENT AND COM-
PUTER PROGRAMMING DEVELOPMENT FOR OTHERS; CONSULTANCY IN THE FIELD
OF SOFTWARE DESIGN; CONSULTING IN THE FIELD OF INFORMATION TECHNOLOGY;
CONSULTING SERVICES IN THE FIELD OF COMPUTER-BASED INFORMATION SYSTEMS
FOR BUSINESSES; CONSULTING SERVICES IN THE FIELD OF PROVIDING ONLINE,
NON-DOWNLOADABLE SOFTWARE AND APPLICATIONS; PROVIDING ONLINE NON-
DOWNLOADABLE BUSINESS AND GENERAL PURPOSE APPLICATION SOFTWARE;
PROVIDING ONLINE NON-DOWNLOADABLE SOFTWARE FOR WEBSITE DEVELOPMENT
AND DATABASE MANAGEMENT; PROVIDE NON-DOWNLOADABLE SOFTWARE FOR
INTERNET SEARCHING, DATABASE MANAGEMENT, PROVIDING INTERNET SEARCH
ENGINE; PROVIDING INFORMATION IN THE FIELD OF COMPUTER SYSTEMS, SOFT-
WARE, HARDWARE, INTERNET, NETWORKS, DATABASES AND MOBILE APPLICATIONS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: CONSULTING SERVICES IN THE FIELD OF MAINTAINING THE SECURITY AND
INTEGRITY OF DATABASES; PERSONAL SERVICES, NAMELY, PROVIDING ONLINE
SOCIAL NETWORKING SERVICES; PROVIDING ONLINE COMPUTER DATABASES AND
ONLINE SEARCHABLE DATABASES IN THE FIELD OF SOCIAL NETWORKING, IN CLASS
45 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

OWNER OF U.S. REG. NOS. 2,250,973, 4,029,299, AND OTHERS.

THE MARK CONSISTS OF FOUR SQUARES ARRANGED IN A RECTANGULAR GRID
ADJACENT TO THE WORDING "MICROSOFT". THE SQUARES ARE SEPARATED BY
BLANK SPACE.

SN 85-710,265, FILED 8-22-2012.

ZACHARY BELLO, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
accepted, the registration will continue in force for the remainder of the ten-year period, calculated
from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an
Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between
every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# OUTLOOK

**Reg. No. 4,255,129**

**Registered Dec. 4, 2012**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN EMAIL, CALENDARING, CONTACTS MANAGEMENT AND ACCESSING REMOTELY STORED DATA FOR SUCH APPLICATIONS; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE AND APPLICATIONS FOR EMAIL, CALENDARING, AND CONTACTS MANAGEMENT; PROVIDING TECHNICAL INFORMATION IN THE FIELD OF COMPUTER SOFTWARE AND CLOUD COMPUTING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-2-2008; IN COMMERCE 3-2-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,188,125.

SN 85-467,641, FILED 11-8-2011.

SETH A. RAPPAPORT, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,063,048**

**Registered Oct. 18, 2016**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**

Microsoft Corporation (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WA 980526399

CLASS 9: Computer programs for providing enhanced electronic mail and scheduling capabilities, for use by individual computer users, namely, computer programs for managing, viewing, and editing files, documents, electronic mail messages and private network and global computer network communications; computer programs for meeting and event scheduling, managing group calendars, task delegation and reporting, recording notes, transferring data to and from databases and to and from computer programs and computer files; address book computer programs, telephone dialing computer programs, computer programs for correcting typographical and capitalization errors and computer programs for tallying voting responses

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012

CLASS 42: Cloud computing featuring software for use in email, calendaring, contacts management and accessing remotely stored data for such applications; providing temporary use of on-line non-downloadable software and applications for email, calendaring, and contacts management; providing technical information in the field of computer software and cloud computing

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012

The color(s) blue and white is/are claimed as a feature of the mark.

The mark consists of a stylized depiction of a blue rectangle with a white letter "O" in the center partially covering an adjacent image of the back of an envelope featured in blue and white.

SER. NO. 86-928,361, FILED 03-03-2016
GEOFFREY A FOSDICK, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# ONEDRIVE

**Reg. No. 4,661,770**

**Registered Dec. 30, 2014**

**Int. Cls.: 9, 38, 39 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR USE IN ELECTRONIC STORAGE OF DATA FEATURING CLOUD COMPUTING , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014.

FOR: DATA COMMUNICATION OVER LOCAL NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS, INCLUDING THE INTERNET, INTRANETS, EXTRANETS, TELEVISION, MOBILE COMMUNICATION, CELLULAR AND SATELLITE NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014.

FOR: ELECTRONIC STORAGE OF DATA, TEXT, IMAGES, AUDIO, VIDEO; STORAGE SERVICES FOR ARCHIVING ELECTRONIC DATA, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014.

FOR: APPLICATION SERVICE PROVIDER (ASP) SERVICES FEATURING SOFTWARE FOR AUTHORING, DOWNLOADING, TRANSMITTING, RECEIVING, EDITING, EXTRACTING, ENCODING, DECODING, DISPLAYING, STORING AND ORGANIZING TEXT, GRAPHICS, IMAGES, AND ELECTRONIC PUBLICATIONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-916,372, FILED 4-26-2013.

KATHY WANG, EXAMINING ATTORNEY

*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

---

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Page: 2 / RN # 4,661,770

# United States of America

### United States Patent and Trademark Office

# OFFICE 365

**Reg. No. 4,380,754**

**Registered Aug. 6, 2013**

**Int. Cl.: 39**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: ELECTRONIC STORAGE OF FILES AND DOCUMENTS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 10-19-2010; IN COMMERCE 10-19-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,841,438, 3,625,391, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE", APART FROM THE MARK AS SHOWN.

SN 85-467,634, FILED 11-8-2011.

SETH A. RAPPAPORT, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

```
The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.
```

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# MICROSOFT 365

**Reg. No. 6,701,693**

**Registered Apr. 12, 2022**

**Int. Cl.: 9, 35, 37, 38, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

Microsoft Corporation (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WASHINGTON 98052

CLASS 9: computer software and computer programs for database management, data storage and backup, virtualization, networking, collaboration, remote access, remote support, cloud computing, data sharing, data security, access, administration and management of computer applications and computer hardware, computer application distribution, and for transmission of voice, data, images, audio, video, and information, and for content management, online project management, creating, offering, hosting, and delivering online conferences, meetings, demonstrations, tours, presentations and interactive discussions, word processing programs, and operating system programs; computer software, namely, a full line of computer software for business productivity, business IT service management, business computer devices management, business IT security management, business administration and management, accounting, and marketing in the fields of business, and computer software to facilitate e-commerce business transactions via a global computer network; computer operating system software; network access server operating software; computer programs for managing communications and data exchange between computers and electronic devices; computer network security, anti-virus protection, and intrusion detection and prevention; computer graphics and graphical user interface software; wireless communications devices, namely, mobile phones, cellular telephones, personal digital assistants, and hand-held computers; computer software development tools; website development software; computer software that provides web-based access to applications and services through a web operating system or portal interface; computer software for developing and operating cloud computer networks and applications; computer software for computer system and application development, deployment and management; computer hardware and software for monitoring automobiles performance, for mapping and navigation, for electronic mail and wireless communications, for maintaining personal directories, contact lists, address and telephone number lists

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 35: business services, namely, business consultation services, business advice and information services; business marketing services; and business consulting services; providing business information





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 37: consultancy concerning installation, maintenance and repair of computer hardware

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 38: telecommunications services, namely, providing on-line chat rooms for the transmission of messages among users in the field of general interest; voice chat services; electronic transmission and streaming of digital media, messages, documents, images, music, games and data; voice over internet protocol services; video-on-demand transmission services; providing online chat rooms and electronic bulletin boards for transmission of messages among users concerning business services, listings for announcements, events, meetings, activities, politics, family, arts and information on a wide variety of topics of general interest to the public and consultancy services, for all of the aforesaid services

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 41: providing education and training services, namely, classes, seminars, workshops, and non-downloadable webinars in the field of computers and computer technology; arranging and conducting educational conferences and exhibitions in the field of computer technology; providing information over computer networks and global communication networks in the fields of entertainment, music, interactive games, movies, sports, news relating to current events, and arts and culture; information, advice and consultancy services relating to the aforesaid services

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 42: computer services, namely, providing technical support, information and consultation services, namely, troubleshooting in the nature of diagnosing problems in computer hardware, computer software and computer operating systems; computer hardware and software testing services; computer services, namely, providing software updates via computer networks and global communication networks; computer services, namely, providing on-line non-downloadable software for database management, data storage and backup, virtualization, networking, collaboration, remote access, remote support, cloud computing, data sharing, data security, access, administration and management of computer applications and computer hardware, computer application distribution, and for transmission of voice, data, images, audio, video, and information, and for content management, online project management, creating, offering, hosting, and delivering online conferences, meetings, demonstrations, tours, presentations and interactive discussions, word processing programs, operating system programs; electronic data storage; cloud services, namely, providing on-line non-downloadable operating software for accessing and using a cloud computing network; cloud hosting provider services; computer security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud resources based on assigned credentials, integration of private and public cloud computing environments, remote and on-site infrastructure management services for monitoring, administration and management of public and private cloud computing it and application systems; providing virtual computer systems and virtual computer environments through cloud computing; application service provider (asp), namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases of others; providing technical information in the fields of design, development, programming, customization, selection, and implementation of computers, computer software, and computer networks, and information regarding diagnosing computer hardware and software problems and regarding the maintenance and updating of computer software, and the development and operation of computer systems, software and networks; computer software consulting services; consultancy in the design and development of computer hardware; consulting in the field of information technology; consulting in the field of cloud computing networks and

applications; design and development of networks and network software and applications; leasing computer facilities; electronic storage of files and documents; electronic storage of files, documents and databases; technology consultancy services in the field of development of computer software; platform-as-a-service (paas), infrastructure-as-a-service (iaas) and software-as-a-service (saas) services featuring computer software platforms for creating web applications, data storage and backup, database management, virtualization, networking, collaboration, remote access, remote support, cloud computing, data sharing, data security, access, administration and management of computer applications and computer hardware, computer application distribution, and for transmission of voice, data, images, audio, video, and information, and for content management, online project management, creating, offering, hosting, and delivering online conferences, meetings, demonstrations, tours, presentations and interactive discussions; computer services, namely, creating cloud-based indexes of information; computer hardware and software development

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON AZERBAIJAN APPLICATION NO. 201733579, FILED 05-17-2017

SER. NO. 87-640,393, FILED 10-10-2017

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# Office

**Reg. No. 4,456,462**
**Registered Dec. 24, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Deborah S. Cohn*
Commissioner for Trademarks of the
United States Patent and Trademark Office

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE AND COMPUTER PROGRAMS FOR USE IN DATABASE MANAGEMENT, ELECTRONIC SPREADSHEETS, DESIGNING, CREATING, EDITING AND PUBLISHING DOCUMENTS, NOTE TAKING, EMAIL, CALENDARING, SCHEDULING, CONTACT INFORMATION STORAGE AND MANAGEMENT, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, PRESENTATION GRAPHICS, DESKTOP PUBLISHING, WEB PUBLISHING, DOCUMENT MANAGEMENT, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, PRESENTATION GRAPHICS, WORD PROCESSING, INSTANT MESSAGING, VOICE OVER INTERNET PROTOCOL (VOIP), VIDEO CONFERENCING, AUDIO CONFERENCING, WEB CONFERENCING AND DOCUMENT SHARING, APPLICATION SHARING, COMPUTER DESKTOP SHARING, FILE TRANSFER, SENSING AND PROVIDING USER PRESENCE INFORMATION, TELEPHONY, REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, MAPPING GEOGRAPHICAL LOCATIONS, MANIPULATING VIDEO, AUDIO AND GRAPHICS; COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICATIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN ACCESSING WEB SITES AND EXCHANGING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEB SITES; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEB SITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED WRITTEN AND VOICE FORMAT; COMPUTER COMMUNICATIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEB SITES ON THE INTERNET; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICATION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; COMPUTER SOFTWARE FOR COMPUTER NETWORK SECURITY, ANTIVIRUS PROTECTION, AND INTRUSION DETECTION AND PREVENTION; COMPUTER GAME SOFTWARE; HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-12-2012; IN COMMERCE 12-12-2012.

**Reg. No. 4,456,462**    NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A THREE-DIMENSIONAL GEOMETRIC DESIGN WITH TWO VERTICAL SIDES AND TWO HORIZONTAL SIDES. THE VERTICAL SIDES AND TOP SIDE ARE THREE-DIMENSIONAL IMAGES OF RECTANGULAR SOLIDS AND THE BOTTOM SIDE IS A THREE-DIMENSIONAL IMAGE OF A TRIANGLE. TO THE RIGHT OF THE GEOMETRICAL DESIGN IS THE WORD "OFFICE".

SN 85-799,081, FILED 12-10-2012.

PAM WILLIS, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.**