UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Microsoft Corporation, a Washington State Corporation and Health-ISAC, Inc., a Florida non-profit organization, <br><br> Plaintiffs, <br><br> v. <br><br> Joshua Ogundipe, <br><br> and <br><br> John Does 1-4, Controlling A Computer Network and Thereby Injuring Plaintiffs and Their Customers, <br><br> Defendants. | Civil Action No. 25-cv-07111 <br><br> **FILED UNDER SEAL PURSUANT TO LOCAL RULE 5** |

## ORDER GRANTING PLAINTIFFS' REQUEST TO MODIFY TEMPORARY RESTRAINING ORDER SCHEDULE

On August 27, 2025, the Court issued an Order Granting Leave to Temporarily File the Case Under Seal and a Temporary Restraining Order ("TRO") enjoining defendants Joshua Ogundipe and John Does 1-4 (collectively "Raccoon0365 Defendants"). The Court requested that Plaintiffs Microsoft Corporation and Health-ISAC, Inc. (collectively "Plaintiffs") provide the Court with an update no later than September 3, 2025, regarding the status of domain reassignment, so that the Court could assess if sealing is still warranted. The Court noted that, absent a compelling reason to keep the case sealed beyond September 3, 2025, the Court would issue an order unsealing the case as of September 3, 2025.

On September 2, 2025, Plaintiffs informed the Court of their request to seek an extension of the current schedule. Based on the representations made by counsel for Plaintiffs, the Court finds good cause to modify the schedule.

**IT IS THEREFORE ORDERED,** pursuant to Federal Rule of Civil Procedure 65(b), that RaccoonO365 Defendants shall appear before this Court on September 24, 2025 at 2:00 p.m., to show cause why this Court should not enter a Preliminary Injunction enjoining RaccoonO365 Defendants from the conduct temporarily restrained by the provisions of the TRO. The provisions of the TRO are hereby extended, and shall remain in effect, until September 24, 2025, pursuant to Fed. R. Civ. P. 65(b)(2).

**IT IS FURTHER ORDERED** that Plaintiffs have demonstrated good cause and a compelling reason to extend the Order Granting Leave to Temporarily File Under Seal. The case shall remain under seal until September 9, 2025, after which time the Court will issue an unsealing order.

**IT IS FURTHER ORDERED** that Plaintiffs shall (1) effectuate service via email, facsimile, mail, and/or personal delivery to the contact information provided by Defendants no later than September 10, 2025; (2) effectuate service by publishing notice on a publicly available website no later than September 10, 2025; (3) effectuate service by personal delivery upon Defendants, to the extent RaccoonO365 Defendants provided accurate contact information in the United States, no later than September 10, 2025; and (4) effectuate service by personal delivery through the Hague Convention on Service Abroad or similar treaties upon RaccoonO365 Defendants, to the extent they provided accurate contact information in countries that are signatories to such treaties as soon as reasonably convenient.

IT IS SO ORDERED.

Entered this $2^d$ day of September, 2025.

New York, New York
at 3:28 pm.

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE