UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Microsoft Corporation, a Washington State Corporation and Health-ISAC, Inc., a Florida non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>Joshua Ogundipe,<br><br>and<br><br>John Does 1-4, Controlling A Computer Network and Thereby Injuring Plaintiffs and Their Customers,<br><br>Defendants. | Civil Action No. 25-cv-07111<br><br>**FILED UNDER SEAL PURSUANT TO LOCAL RULE 5** |

## ORDER GRANTING PLAINTIFFS' SECOND REQUEST TO MODIFY TEMPORARY RESTRAINING ORDER SCHEDULE

On August 27, 2025, this Court issued an Order Granting Leave to Temporarily File the Case Under Seal and a Temporary Restraining Order ("TRO") enjoining Joshua Ogundipe and John Does 1-4 (collectively "RaccoonO365 Defendants"). On September 2, 2025, and upon the showing of good cause by Plaintiffs, the Court modified the schedule set forth in the TRO.

On September 8, 2025, Plaintiffs requested a further extension to the unsealing and service deadlines set forth in the TRO, as modified. Based on Plaintiffs' representations, the Court finds good cause to again modify the unsealing and service deadlines.

**IT IS THEREFORE ORDERED**, pursuant to Federal Rule of Civil Procedure 65(b), that RaccoonO365 Defendants shall appear before this Court on September 24, 2025, at 2:00 p.m., to show cause, if there is any, why this Court should not enter a Preliminary Injunction, pending the

disposition of the Complaint against RaccoonO365 Defendants, enjoining RaccoonO365 Defendants from the conduct temporarily restrained by the TRO, as modified. All provisions of the TRO, as modified, shall be extended and remain in effect until September 24, 2025, pursuant to Fed. R. Civ. P. 65(b)(2).

**IT IS FURTHER ORDERED** that Plaintiffs have demonstrated good cause and a compelling reason to extend the Order Granting Leave to Temporarily File Under Seal. This case shall remain under seal until September 15, 2025, after which time the Court will issue an unsealing order.

**IT IS FURTHER ORDERED** that Plaintiffs shall (1) effectuate service via email, facsimile, mail and/or personal delivery to the contact information provided by Defendants no later than September 16, 2025; (2) effectuate service by publishing notice on a publicly available website no later than September 16, 2025; (3) effectuate service by personal delivery upon Defendants, to the extent that RaccoonO365 Defendants provide accurate contact information in the United States no later than September 16, 2025; and (4) effectuate service by personal delivery through the Hague Convention on Service Abroad or similar treaties upon RaccoonO365 Defendants, to the extent that RaccoonO365 Defendants provide accurate contact information in foreign countries that are signatories to such treaties as soon as reasonably convenient.

**IT IS SO ORDERED.**

Entered this ___9th___ day of September, 2025.

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE